# Forensic Building Science, Inc.
## 657 Lincoln Avenue
## St. Paul, MN 55105
## T: 651.222.6509
### www.forensicbuildingscience.com

**Date:**       January 19, 2018

**Client:**      Howarth Group

**Property:**    Rocky Waters Motel, Inc. (Days Inn Gatlinburg on the River)
324 Hemlock Street
Gatlinburg, TN 37738

Dear Mr. Howarth:

This letter will serve as an interpretation with recommendations from our particulate matter sampling at the above referenced property. Air sampling and tape lift sampling was performed by Forensic Building Science (FBS) on January 3 and January 4, 2018 in response to a recent brush fire.

## I.      Summary of Opinions

Based on the site inspection and documentation of the damages conducted by FBS, including review of the results of our soot sampling I have concluded that the property in question located at 324 Hemlock Street, Gatlinburg, TN 37738 has been damaged by the wildfire through the deposition of soot and ash throughout the attic assemblies, CMU block room divider walls, interior partition walls, and ducting. Based on the sample results, and the type of construction in the building, it is my opinion that the brush fire caused damage to the building through the deposition of carcinogenic soot into the entire attic, the CMU block walls, suspended ceiling spaces and ducts. This soot is still viable in the ambient air as evidenced by our sampling results.

## II.     Sampling Results

N.G. Carlson Analytical, Inc.
216 16th Ave. S.W.
New Brighton, MN 55112                              January 13, 2018

RE:    Days Inn 324 Hemlock St., Gatlinburg, TN 37738

1

Days in Gatlinburg

**Air-o-cell cassette samples (January 3, 2018 – January 4, 2018)**

| Location (description from chain of custody) | Trace density | Primary Particles | Notes |
|---|---|---|---|
| 1– Room 407 interior wall (30 liters) | Moderate | Char [<1]  Soot [<1] | **Asp/Pen Heavy** |
| 4 Room 405 bathroom ventilation (30 liters) | Moderate | Char [1-4]  No Soot | |
| 6 Attic space above rooms 409 – 412 CMU interior fire wall (30 liters) | Moderate | Char [1-2]  Soot [<0.5] | |
| 9 Room 412 dividing CMU (LE) wall (30 liters) | Light to Moderate | Char [1-2]  No Soot | |
| 10 Room 417 interior wall bathroom vanity (30 liters) | Light | Char [<0.5]  Soot [<0.5] | **Asp/Pen moderate to light** |
| 12 – Room 421 dividing CMU (LE) wall (30 liters) | Heavy | Char [10-20]  No Soot | |
| 13 – Room 319 dividing CMU (LE) wall (30 liters) | Heavy | Char [4-6]  No Soot | |
| 14 – Room 315 bedroom interior wall (30 liters) | Light | Char [<0.5]  Soot [<0.5] | |

2

Days in Gatlinburg

| Location | Density | Particles | Notes |
|---|---|---|---|
| 16 – Room 302 bedroom interior wall (30 liters) | Moderate | Char [<0.5] Soot [<0.5] | |
| 17 – Room 208 dividing CMU (RE) wall (30 liters) | Moderate | Char [2] Soot [<0.5] | |
| 19 – Elevator shaft 4th floor going down (30 liters) | Heavy | Char [2] Soot [<0.5] | |
| 20 – 3rd floor storage room ambient air (75 liters) | Moderate | Char [1] Soot [<0.5] | |

**Tease tape samples (January 3, 2018 – January 4, 2018)**

| Location (description from chain of custody) | Trace density notes | Primary Particles | Notes |
|---|---|---|---|
| 2 – Room 407 wood burning fire place – tape lift | | **Char [50+]** No Soot | |
| 3 – Attic space above room 403 & 404, wood joist – tape lift | | Char [2-5] No Soot | |
| 5 – Attic space above rooms 408 – 412 metal pipe - tape lift | | Char [1-3] Soot [<0.5] | |

3

Days in Gatlinburg

| | | | |
|---|---|---|---|
| 7 – Attic space above rooms 418-422 wood joist – tape lift | | Char [1-2]<br>Soot [<0.5] | |
| 8 – Attic space above rooms 418 – 422 - bulk insulation | | Char [<1]<br>No Soot | |
| 11 – Room 421 wood burning fire place - tape lift | | Char [3-7]<br>Soot [1-2] | |
| 15 – Room 305 dropped ceiling in bathroom metal pipe electrical chase way – tape lift | | Char [<1]<br>Soot [2-6] | |
| 18 – Room 214 metal pipe in dropped ceiling – tape lift | | Char [<1]<br>Soot [1-2] | |

**Char and soot-like particle interpretation:**

Less than 0.5 particles per field (400x) - negligible impact of smoke
0.5 and 2.0 particles per field (400x) - limited impact of smoke
2.0 and 10 particles per field (400x) - moderate impact of smoke
10 - 50 particles per field (400x) - Significant impact of smoke
> 50 particles per field TNTC - Major impact of smoke
* Several large clusters of soot-like particles noted

**Methods:**
The Air-o-cell Cassette traces were identified under light microscopy viewed at 100x, 200x and 400x. Lacto fuchsin stain in 85% lactic acid was used to aid in identification.

No chemical identification was conducted on the soot-like, char-like particles, and carbon black-like particles. Presumptive identification was based on particle morphology.

Days in Gatlinburg

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 4 of 72   PageID #: 3036

**Discussion:**
Soot levels varied from not noted to major on the tease tape samples.
Char levels varied from negligible to significant on the tease tape samples.

Char levels varied from not noted to moderate on the air samples.
Soot levels varied from not noted to limited on the air samples.

Sincerely,

Neil G. Carlson, C.I.H.
N.G. Carlson Analytical, INC.


## III.    Sampling Discussion

Typically, in post fire remediation strategies recommended by fire restoration companies and insurance companies, walls, ceilings and floors that do not show signs of actual fire damage (e.g. char, physically burned materials) are left in place and either surfaced cleaned or repainted. Post remediation complaints from building occupants often include descriptions of a "lingering smoke smell" months and years later, particularly when large variations in temperature and humidity occur. Soot left in these cavities is "recharged" by this increase in water vapor drive from the humidity causing the smell to present.

FBS collected a total of 20 interior samples at the Days Inn Gatlinburg on the River building. The primary purpose of the sample collection was to determine whether or not smoke soot consistent with the reported fire event is in the ceiling, wall, floor and ducting cavities, wire chase ways and other open bypass areas, and to assist in developing recommendations for repairs.

All the air samples were collected with an air sampling pump calibrated to run at a volume of 15 liters per minute. The sample duration varied by location. The air samples were collected with Air-O-Cell sampling cassettes.

The ambient air samples are collected for a five-minute sample period to use for comparison purposes. Tape lifts and were collected from visible surfaces where no sign of soot was viewed.

The sample locations were chosen based on my training, education and experience and the site-specific inspections and similar projects with similar failure mechanisms. All the samples were collected and entered in to a sample chain of custody. After the sampling was completed, the samples were delivered to Neil Carlson, CIH, of NG Carlson Analytical. The analysis of the results is included in the report from him.

In addition to the sample chain of custody, the locations of all the samples were written down in a site log book so that the information can be more easily viewed.

5

Days in Gatlinburg

## IV. Description of Soot

Definition of Soot:

*Soot is a general term that refers to the black, impure carbon particles resulting from the incomplete combustion of a hydrocarbon. It is more properly restricted to the product of the gas-phase combustion process but is commonly extended to include the residual pyrolyzed fuel particles such as <u>cenospheres</u>, charred wood, petroleum coke, etc. that may become airborne during pyrolysis and which are more properly identified as cokes or chars. The gas-phase soots contain polycyclic aromatic hydrocarbons (PAHs). The PAHs in soot are known mutagens and probable human carcinogens. Soot is in the general category of airborne <u>particulate matter</u>, and as such is considered hazardous to the lungs and general health. Soot is classified as a "Known Human Carcinogen" by the International Agency for Research on Cancer (IARC).[i]*

## V. Conclusions

Soot and/or Char was found in 20 out of 20 samples taken. Tow samples were taken as base line comparisons onside working wood burning fireplaces. This was done to compare morphology of the particulate matter inside the fire places to the particulate matter from the wild fire. Wild fire soot was typically seen in grape cluster patterns consistent with mixed fuels and components as opposed to single wood origin inside fire places. Char from the wild fire also differed from char in the fireplaces. In our opinion, the soot found throughout the buildings is from the wild fires. Generally, attic areas, drop ceiling spaces and the open cores of CMU blocks were most affected, while exterior walls and interior partition walls were affected at isolated locations. This would be consistent with the open atmosphere design of the buildings.

Based on the results of the sampling, all insulation should be removed from the attics, and all framing, exposed roof deck sheathing, ducting, piping and top surface of exposed upper ceiling in the attics should be cleaned by HEPA and back sprayed with BIN primer. During this work, all interior and interior walls that are exposed during the attic work should also be cleaned and reinsulated. Soot inside CMU block cells will be harder to clean. A hole should be drilled at the top and bottom of each cell. The cell should be pressure washed and dried. Then resealed. As an alternative, the cells can be filled with a closed cell foam.

All top floor ceiling lights and electrical outlets should be detached, cleaned and reset. To eliminate cross contamination removal should be done using enclosed critical containments and HEPA units.

Days in Gatlinburg

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 6 of 72   PageID #: 3038

Forensic Building Science's opinions and recommendations are made without regard to coverage. The Insurance Carrier determines coverage and any issues related to coverage are the responsibility of the Insured and the Carrier. Discovery is ongoing. Additional testing and inspections may need to be performed and additional and/or supplemental information and opinions may be contained in future reports issued by Forensic Building Science, Inc. This report is the exclusive property of the client noted previously and cannot be relied upon by a third party. Copies of this report are released to third parties only by written permission of the client.

_____     January 19, 2018
Adam Piero, Field Investigator            Date


_____     January 19, 2018
Thomas Irmiter, President & Owner         Date


_____

[i] Reference

US Department of Health and Human Services. Public Health Service, National Toxicology Program. Report on Carcinogens, Twelfth Edition. 2011. Accessed at http://ntp.niehs.nih.gov/ntp/roc/twelfth/roc12.pdf on June 14, 2011.

Days in Gatlinburg

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 7 of 72   PageID #: 3039



Figure 01. Front elevation (AP)



Figure 02. Left elevation. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 8 of 72   PageID #: 3040



Figure 03. Right elevation. (AP)



Figure 04. Back elevation. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 9 of 72   PageID #: 3041


Figure 05. (AP)


Figure 06. Room overview. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 10 of 72   PageID #: 3042



Figure 07. (AP)



Figure 08. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 11 of 72   PageID #: 3043



Figure 09. (AP)



Figure 10. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 12 of 72   PageID #: 3044



Figure 11. (AP)



Figure 12. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 13 of 72   PageID #: 3045



Figure 13. (AP)



Figure 14. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 14 of 72   PageID #: 3046



Figure 15. (AP)



Figure 16. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 15 of 72   PageID #: 3047



Figure 17. (AP)



Figure 18. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 16 of 72   PageID #: 3048



Figure 19. (AP)



Figure 20. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 17 of 72   PageID #: 3049



Figure 21. (AP)



Figure 22. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 18 of 72   PageID #: 3050



Figure 23. (AP)



Figure 24. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 19 of 72   PageID #: 3051



Figure 25. (AP)



Figure 26. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 20 of 72   PageID #: 3052



Figure 27. (AP)



Figure 28. (AP)

Case 3:19-cv-00006-DCLC-HBG    Document 53-19    Filed 02/28/20    Page 21 of 72    PageID #: 3053



Figure 29. Room overview. (AP)



Figure 30. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 22 of 72   PageID #: 3054

Sample # 4
Room 405 bathroom
ventilation
15 L/m for 2 min
5:30 pm

Figure 31. (AP)



Figure 32. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 23 of 72   PageID #: 3055



Figure 33. (AP)



Figure 34. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 24 of 72   PageID #: 3056



Figure 35. Attic space entry. (AP)



Figure 36. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 25 of 72   PageID #: 3057



Figure 37. (AP)



Figure 38. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 26 of 72   PageID #: 3058



Figure 39. (AP)



Figure 40. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 27 of 72   PageID #: 3059



Figure 41. (AP)



Figure 42. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 28 of 72   PageID #: 3060



Figure 43. (AP)



Figure 44. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 29 of 72   PageID #: 3061


Figure 45. (AP)


Figure 46. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 30 of 72   PageID #: 3062



Figure 47. Attic space entry. (AP)



Figure 48. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 31 of 72   PageID #: 3063



Figure 49. (AP)



Figure 50. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 32 of 72   PageID #: 3064


Figure 51. (AP)


Figure 52. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 33 of 72   PageID #: 3065



Figure 53. (AP)



Figure 54. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 34 of 72   PageID #: 3066



Figure 55. (AP)



Figure 56. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 35 of 72   PageID #: 3067



Figure 57. (AP)



Figure 58. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 36 of 72   PageID #: 3068



Figure 59. (AP)



Figure 60. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 37 of 72   PageID #: 3069



Figure 61. (AP)



Figure 62. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 38 of 72   PageID #: 3070



Figure 63. Room overview. (AP)



Figure 64. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 39 of 72   PageID #: 3071



Figure 65. (AP)



Figure 66. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 40 of 72   PageID #: 3072



Figure 67. (AP)



Figure 68. Room overview. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 41 of 72   PageID #: 3073



Figure 69. (AP)



Figure 70. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 42 of 72   PageID #: 3074



Figure 71. (AP)



Figure 72. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 43 of 72   PageID #: 3075



Figure 73. Room overview. (AP)



Figure 74. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 44 of 72   PageID #: 3076



Figure 75. (AP)



Figure 76. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 45 of 72   PageID #: 3077



Figure 77. (AP)



Figure 78. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 46 of 72   PageID #: 3078



Figure 79. (AP)



Figure 80. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 47 of 72   PageID #: 3079



Figure 81. Room overview. (AP)



Figure 82. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 48 of 72   PageID #: 3080



Figure 83. (AP)



Figure 84. (AP)

Case 3:19-cv-00006-DCLC-HBG    Document 53-19    Filed 02/28/20    Page 49 of 72    PageID #: 3081



Figure 85. (AP)



Figure 86. Room overview. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 50 of 72   PageID #: 3082



Figure 87. (AP)



Figure 88. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 51 of 72   PageID #: 3083



Figure 89. (AP)



Figure 90. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 52 of 72   PageID #: 3084



Figure 91. (AP)



Figure 92. Room overview. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 53 of 72   PageID #: 3085



Figure 93. (AP)



Figure 94. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 54 of 72   PageID #: 3086



Figure 95. (AP)



Figure 96. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 55 of 72   PageID #: 3087



Figure 97. (AP)



Figure 98. Room overview. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 56 of 72   PageID #: 3088



Figure 99.  (AP)



Figure 100.        (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 57 of 72   PageID #: 3089



Figure 101.　　(AP)



Figure 102.　　(AP)

Case 3:19-cv-00006-DCLC-HBG　Document 53-19　Filed 02/28/20　Page 58 of 72　PageID #: 3090



Figure 103.          (AP)



Figure 104.          Room overview. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 59 of 72   PageID #:
3091



Figure 105.          (AP)



Figure 106.          (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 60 of 72   PageID #: 3092



Figure 107.    (AP)



Figure 108.    (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 61 of 72   PageID #: 3093



Figure 109.        (AP)



Figure 110.        Room overview. (AP)



Figure 111.        (AP)



Figure 112.        (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 63 of 72   PageID #: 3095



Figure 113.          (AP)



Figure 114.          (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 64 of 72   PageID #: 3096



Figure 115.          (AP)



Figure 116.          4th floor elevator. (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 65 of 72   PageID #: 3097



Figure 117.     (AP)



Figure 118.     (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 66 of 72   PageID #: 3098



Figure 119.        (AP)



Figure 120.        (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 67 of 72   PageID #: 3099



Figure 121.        (AP)

Figure 122.



Figure 123.        (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 68 of 72   PageID #: 3100



Figure 124.        (AP)



Figure 125.        (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 69 of 72   PageID #: 3101



Figure 126.          (AP)

Case 3:19-cv-00006-DCLC-HBG   Document 53-19   Filed 02/28/20   Page 70 of 72   PageID #: 3102

Nu Analytical Inc.
216 16th Ave SW
New Brighton, MN 55112
Phone: 612-626-5714
Pager: 612-621-4819
E-mail: carls101@umn.edu

Name: Forensic Building Science, Inc.          (Page 1: of 2)
Address: 657 Lincoln Avenue
          St Paul, MN 55105
Phone: 651.222.6509
Fax:    651 528 6217
e-mail: felruiter@forensicbuildingsciences.com

**Sample location:** 324 Hemlock St,
          Gatlinburg, TN 37738

**Project Name:** Days Inn

**Send Billing Invoice to:**

**Date of Sampling:** 01/03/18 - 01/04/18

| Sample # | Location & Culture Media | Sample type (B) bulk (F) cassette filter (A) Andersen air (C) contact agar (T) tease tape (O) other, describe | Counts | Type and Number of Organisms |
|---|---|---|---|---|
| 1 | Room 407 interior wall 15L/m for 2 min. | F | | |
| 2 | Room 407 wood burning fire place tape lift | T | | |
| 3 | Attic space above rooms 403 & 404, wood joist tape lift | T | | |
| 4 | Room 405 bathroom ventilation 15L/m for 2 min. | F | | |
| 5 | Attic space above rooms 409-412 metal pipe tape lift | T | | |
| 6 | Attic space above rooms 409-412 cmu interior fire wall 15L/m for 2min | F | | |
| 7 | Attic space above rooms 418-422 wood joist tape lift | T | | |
| 8 | Attic space above rooms 418-422 bulk insulation | B | | |
| 9 | Room 412 dividing cmu (LE) wall 15L/m for 2min | F | | |
| 10 | Room 417 interior wall bathroom 15L/m for 2min vanity | F | | |

Sample(s) collected by: Adam Piero

Remitted to: NE // G Corlse    Date: 1/12/18    Recipient Signature: _____

Remitted to: _____    Date: _____    Recipient Signature: _____

Remitted to: _____    Date: _____    Recipient Signature: _____

Remitted to: _____    Date: _____    Recipient Signature: _____

Remitted to: _____    Date: _____    Recipient Signature: _____

Analysis by: Neil G. Carlson    Date: 1/12/2018
          (Printed Name / Signature)

NG. Analytical Inc
216 16ᵗʰ Ave SW
New Brighton, MN 55112
Phone: 612-626-5714
Pager: 612-621-4819
E-mail: cmls001@nunn.edu

Name: Forensic Building Science, Inc.    (Page 2 of 2)
Address: 657 Lincoln Avenue
St. Paul, MN 55105
Phone: 651.222.6509
Fax: 651.528.6237
e-mail: tejtmiter@forensicbuildingscience.com

Sample location: 324 Hemlock St., Gatlinburg, TN 37738

Project Name: Days Inn

Send Billing Invoice to:

Date of Sampling: 01/03/18 – 01/04/18

| Sample # | Location & Culture Media | Sample type (B) bulk (F) cassette filter (A) Andersen air (C) contact agar (T) tease tape (O) other; describe | Counts | Type and Number of Organisms |
|---|---|---|---|---|
| 11 | Room 421 wood burning fire place tape lift | T | | |
| 12 | Room 421 dividing wall (LE) 15L/m for 2 min. | F | | |
| 13 | Room 319 dividing CMU (LE) wall 15L/m for 2 min | F | | |
| 14 | Room 315 bedroom interior wall 15L/m for 2 min | F | | |
| 15 | Room 305 dropped ceiling in bathroom metal pipe electrical chaseway tape lift | T | | |
| 16 | Room 302 bedroom interior wall 15L/m for 2 min | F | | |
| 17 | Room 208 dividing CMU (RE) wall 15L/m for 2 min | F | | |
| 18 | Room 214 metal pipe in dropped ceiling tape lift | T | | |
| 19 | Elevator shaft 4ᵗʰ floor going down 15L/m for 2 min | F | | |
| 20 | 3rd floor storage room ambient air 15L/m for 5 min | F | | |

Sample(s) collected by: Adam Pierss

Remitted to: Neil G Carlse   Date: 1/10/18   Recipient Signature: Neil G Carlson

Remitted to: _____ Date: _____ Recipient Signature: _____

Remitted to: _____ Date: _____ Recipient Signature: _____

Remitted to: _____ Date: _____ Recipient Signature: _____

Remitted to: _____ Date: _____ Recipient Signature: _____

Analysis by: Neil G Carlsin, Neil G Carlson   Date: 1/12/2018
Printed Name / Signature