# Thomas J. Irmiter

2168 Juliet Ave, St. Paul, MN 55105
teirmiter@forensicbuildingscience.com
T: 651-222-6509
*2/27/20*

**Licenses/Certifications**

| | |
|---|---|
| State of Minnesota Building Official, *License# LB002764* | 2006-22 |
| International Code Council, Residential Building Inspector, *Certification# B1* | 2008-21 |
| International Code Council, Property Maintenance & Housing Inspector, *Certification# 64* | 2008-21 |
| International Code Council, *Corporate Member# 8053289* | 2015-22 |
| International Code Council, *Professional Member# 5313388* | 2007-08 |
| Insurance Appraisal & Umpire Association Member and Certified Appraiser/Certified Umpire | 2017-19 |
| Certified Renovator- Lead Safety | 2015-22 |
| Certified Vinyl Siding Installer, *ID# 18025* | 2015-18 |
| Metro Skywarn Spotter, *ID# 7154* | 2015-17 |

## Work Experience

**Forensic Building Science, Inc.,** *Owner/Principal*                    2004 to Present

- Forensic analysis and evaluation of water intrusion behind exterior boundary walls on residential single-family, two-family, multi-family dwellings and commercial low rise and high-rise buildings.
- Causation analysis of failed foundation, wall, floor, curtain wall and roof assemblies
- Evaluation of Codes and Standards including manufactures requirements
- Evidence collection and on-site documentation of remediation and repairs
- Producing project specifications
- Construction and Insurance dispute resolution and Arbitration
- Fenestration and curtain wall testing and deconstruction
- Causation analysis
- Project management and project cost estimating using Industry standard methods
- Staged site inspection and documentation on new homes and structures undergoing renovations and repairs including footing, framing, weather barrier, roofing, fenestrations inspections, and insulation and ventilation inspections
- Comparative bids and job cost analysis and project scope analysis
- Bulk mold, soot, and lead sampling
- Infrared and moisture infiltration studies
- Clean room design defects
- Review and evaluation of construction documents
- Inspection on first-party losses including fire, wind, hail, ice dams, hurricanes, tornadoes, floods, pipe burst, vehicle impact
- First-party loss claim inspections for building owners and insurance companies
- Pitched and flat roof and facade inspections including EPDM, copper, metal standing Seam, TPO, BUR, Mod Bit, shingles, tile, slate, flashing, stucco, EIFS, brick, stone, vinyl siding, Hardi-composite siding, wood siding and CMU.
- Insurance appraisals as umpire and appraiser
- Pre-sale due diligence inspections

As principal of FBS, Mr. Irmiter conducts on-site inspections and evaluations (both non-invasive and destructive) of foundation assemblies, wall assemblies, curtain and storefront walls, soffit assemblies and attic/roof assemblies to evaluate as-built conditions and determine causation for damages to these various assemblies. Preparing project specific repair scopes and unit price estimates as well as obtaining and reviewing bids from licensed contractors are also part of Mr. Irmiter's duties. Evaluation of applicable codes and standards in place at the time of original construction and at time of a loss, as well as, expert witness testimony regarding causation for both Federal and district court cases and first party appraisals, scope of repairs and applicable building codes and standards are also part of Mr. Irmiter's work.

Mr. Irmiter has conducted inspections in Alabama, Arizona, Arkansas, Colorado, California, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Kansas, Kentucky, Louisiana, Maryland, Massachusetts, Mexico, Michigan, Minnesota, Mississippi, Missouri, Nebraska, New Mexico, New York, New Jersey, North Carolina, North Dakota, Ohio, Oklahoma, Oregon, Pennsylvania, Puerto Rico, Rhode Island, South Carolina, South Dakota, Tennessee, Texas, U.S. Virgin Islands, Virginia, and Wisconsin.

**Advanced Building Solutions, Inc.,** *Senior Consultant* 2003-04
- Construction litigation consulting
- Principal expert witness for the company
- Forensic analysis of construction defects, including on-site testing
- Window deconstruction
- Building code evaluations
- Water intrusion studies and reports
- Water penetration testing
- Expert witness on three arbitrations and two court cases
- 8 depositions and numerous affidavits
- 15 mediations
- Final analysis of damages
- First party disputes

Responsible for on-site forensic destructive testing to determine problems related primarily to bulk water intrusion. Review all evidence gathered from full remediation projects and issue pertinent reports. Maintain and update a database of project costs representing a cross-section of contractors and project types. Research and test various products used to construct wall assemblies. Develop and maintain a protocol for destructive evaluations of fenestrations. Assist in developing and implementing "Best Practices" and protocols for remediation projects including partner contractor training.

**Donnelly Management Services, Inc.,** *Forensic Architectural Specialist* 2002-03
- Developed concept of a service to represent home owners experiencing failures to their homes as a result of water infiltration issues
- Created initial "Best Practices" for Donnelly Stucco for their involvement in the full remediation process
- Documented and issued pertinent reports on discoveries at failed structures, both residential and commercial
- Established and maintained protocols for on-site documentation and evidence gathering and storage
- Principal expert witness for company
- Established template for water intrusion reports including creation of terms in use by other consultants today

- Created some of the first full remediation specifications and templates in use by other firms today
- Developed a percentage of damages theory used in mediations today
- Developed a unit cost template still used by others today

**Donnelly Stucco Sales,** *Sales Manager* 2001-02
- Residential and commercial stucco sales and design for traditional 4-coat, proprietary 2-coat, and EIFS systems
- Daily sales for residential re-stucco and stucco related repairs
- Initial forensic destructive testing in spring of 2002
- On-site, hands-on involvement in remediation and reconstruction process
- Management of sales leads
- Maintain company marketing program
- Prepare all estimates including new construction stucco work
- Prepare and execute contracts
- Assist clients with color and texture designs
- Attend pre-job meeting with client and Donnelly plastering staff person
- Worked in the field as an installer from time to time

**Irmiter Contractors & Builders, Ltd.,** *President* 1984-00
Company received numerous local and national awards for design, management and implementation until unsuccessful merger acquisition of House of Dreams, LLC in 2000. This acquisition caused the company to close in January 2001.

In 1984, Mr. Irmiter purchased the assets of his father's sole proprietor business and formed Irmiter Contractors and Builders, Ltd. His training and education included:

- Application of Building Codes and Standards into practical field applications
- Advanced framing using floor truss systems
- Installation of flanged windows
- Installation of new product from Dupont called Tyvek
- Job sequencing and project scheduling
- Xactimate training and use
- Introduction to CAD design
- Use of Simpson fasteners and connectors to obtain structurally rated assemblies
- Point load design
- Requirements for Historic Restoration
- Steel beam and column construction
- Insulation and ventilation techniques
- Calculating loads on wall, floor and roof assemblies including mathematical formulas
- Blueprint reading and materials take-offs
- Building codes and standards by geographic region including UBC, BOCA, WDC and Model Energy Code
- Administration of construction projects
- Construction contracts and project specifications
- Fastening schedules for various components including, studs, plates, headers, sheathing, lath, weather barriers, and ledgers
- Calculating live load, dead loads, and snow loads
- Site layout and drainage

- Basic mechanical and electrical
- Received 100 hours of field training from Chevron Corporation on use of Chevron Industrial Membrane (CIM) for use on flat roof applications and pond liners. Install CIM product on over 50 residential and commercial structures over a four-year period. Product used to replace standard five-ply hot mop systems in place at the time. Included specific training on wall-to-roof flashing details, flashing at posts and penetrations, pitch pockets and special applications on vertical surfaces
- Received 40 hours training from manufacturer of EPDM systems including ballast system install, mechanical fastener install, and full adhesion system install. Installed various system membranes on flat roofs for ten-year period, including BUR and Mod Bit
- Received over 100 hours of training from Marvin Windows and their representatives, including John Taylor, on proper installation for and of Marvin windows and doors including sizing, measuring, layout, field mulling, structural field mulling, and designing window walls
- Direct training by Velux America through the W.J. White Company in Bloomington, Minnesota on installation and field service modification of Velux roof windows. 40-hour training included modification of engineered trusses for installation of oversized skylights, complex framing of skylight shafts, proper flashing techniques for skylights and roof windows on sloped and non-sloped roofs, and gag framing and flashing of skylights and roof windows. Personally, spent five years (approximately 3000 hours) trouble shooting and repairing improper insulations (leakers) in five state area, including commercial applications. Developed and installed first gang-flash system using low pitched roofing kit on flat roof; still in use today. Installed over 1500 roof windows and skylights from 1980-1990 including low-sloped applications
- Direct training by Solarium Systems Inc, Bloomington, Minnesota, Lord and Burnham Greenhouse Systems and Four Seasons Greenhouse through W.J. White Company for:
  - Erection and construction of glass solariums
  - Six-month training period (1000 hours) included both classroom and actual hands-on training on manufacturing at the plant
  - Including cutting extrusions
  - Installing weep tracks
  - Installing glazing tapes and glazing panes
  - Installing mull covers
  - Integration of operable fenestration components including windows doors and fan systems
  - Building and designing heat sink collectors using insulated slab on grade and wood foundations
  - Heat wall and trompe wall designs
  - Complex hip unit solariums and multiple unit designs and structurally rated extrusions and where to use these
  - Spread mull techniques and structurally rated mull assemblies
  - Integrating site built and erected solariums into wall and roof assemblies and proper flashing techniques
  - Installed over 100 solariums and solariums component systems for W.J. White during five-year period on both residential and commercial structures

**Bud Irmiter Remodeling,** *Master Carpenter* 1976-84

Worked full-time as a lead carpenter supervising numerous crews. Additional training included:
- Specification writing
- Blueprint reading and materials take offs for complex projects
- Integration of subcontractors and project scheduling
- Proper job sequencing

- Design and installation of wood foundation systems
- All aspects of framing
- Advanced electrical rough in
- Re-supporting houses with offset bearing walls
- Re-supporting failed and sagged footings, posts, beams and wall structures
- Changing structural bearing points
- Interior finishing trim including stair construction
- Multi-level deck design
- Advanced cabinet making
- Cabinet and countertop lamination
- Advanced plumbing including relocation of and offsetting of soils and waste pipes
- Working with poly retarders and un-faced insulation
- Training and installation of EPDM roofing and related materials
- Installing windows and doors
- Installing various types of siding
- Installing roofing products

**Bud Irmiter Remodeling,** *Apprentice Program* 1969-76

Received the following extensive training:
- Masonry
- Carpentry – which including all aspects of framing, siding, windows and roofing
- Stucco and brick
- Electrical, plumbing and heating
- Interior plastering and decorating
- Cabinet making
- Roofing (standard shingle, cedar shake, tile, slate, flashing details, chimney rebuilding and tuck pointing, BUR)

Specific duties and training in: 1969-71
- Clearing job sites particularly on the residential roofing projects
- Learning to properly stack and cover framing lumber
- Installing mop down starter edge and 90 lbs. rolled roofing (this was prior to the development of ice and water shield)
- Installing 18-inch lap to the weather rolled roofing on flat and slightly BUR (this was prior to EPDM membranes)
- Scrapping and priming exterior homes
- Sanding gypsum board
- Cutting and installing ceramic tile
- Concrete mixing

(Except for 10-month City of Minneapolis Internship) 1971-95
- Advanced framing including layout of floors, walls, roof structures, bearing points, point loads, stairs etc.
- Installation of metal roof flashing and underlayment flashing
- Installation of three-tab shingles and metal valleys
- Tuck pointing chimneys, rebuilding chimneys and chimney flashing
- Construction of chimney saddles and crickets
- Installation of lead flashing on tile roofs and tile and slate roof repairs
- Solder jointing metal roofing

- Inboard gutter repair and rebuilding
- Surface mounted gutter installations
- Foundation water proofing
- Wall framing and layout
- Installation of weather resistive barriers
- Installation of Kraft Faced insulation
- Gypsum board installation
- Fire taping Gypsum board
- Interior and exterior painting and staining
- Glass and sash chord replacement
- Repair and rebuilding of double hung windows
- Selection of wood and basic cutting of components for cabinet making
- Excavation and site preparations
- Foundation and footing layout
- Footing installation, including post, ledge and spread footings
- Block installation
- Installation of drain tiles
- Wood and steel siding installation
- Plywood and Bildrite sheathing installation
- Installation of lath and stucco
- Stucco re-dashing
- Gypsum board taping and plaster repair
- Spray texturing
- Wall papering and painting including faux and glazing
- Removal of lead and galvanized water pipes and installation of copper water pipes
- Removal and installation of hot water boilers
- Installation of carpet and linoleum
- Installation of wood floors including floor refinishing
- Stripping and refinishing woodwork
- Retrofitting new headers without installing temporary support walls
- Advanced cabinet making including mortise and tenon work
- Basic electrical rough in

**Office of Public Information, City of Minneapolis,** *Director*                                     1977-78
Reported directly to City Clerk, Lyle Schwarzkopf. Managed staff of eight people. Responsible for publishing monthly city employee newsletter. Assisted in lobbying effort for proposed stadium in Downtown Minneapolis. Received training from federal energy agency for thermography study regarding heat loss in residential structures; including extensive training on interpreting infrared images, convective loops and negative plain pressure as these relate to improper insulation and ventilation procedures and percentage of heat loss attributable to wall and roof assemblies. Implemented and delivered secondary training to citizens in local wards for presentation of the thermography images that were taken by the federal energy agency in conjunction with the Department of Housing and Urban Development (HUD). Personally, inspected approximately five homes in each ward (total of 50) to verify accuracy of testing procedures and make recommendations for proper insulation and ventilation of the attic areas.

**Construction Consulting Experience** 1985 to Present
- Expert witness testimony for both Plaintiffs and Defendants
- Destructive inspections on over 2500 residential properties
- Inspection of over 7500 Buildings
- WCCO (CBS Affiliate) I-Team investigation of local Home Builders on "Houses from Hell", Pajec Residence, Apple Valley, Minnesota (1991)
- Principal designer for ICB, Ltd. on over 1500 residential and commercial remodeling and renovation projects
- Developed installation strategies for Andersen Renewal Windows, including changes in flashing and flange designs
- Named by Hennepin County District Court Judge in 1998 to serve as sole arbitrator on construction dispute between Silver Bullet Construction and one of their clients
- Consulted for Marvin Windows only window store in St. Louis, Missouri for four years
- Consulted for the NAHB Research Center in Washington D.C. for four years
- Consulted with Malcolm Baldrige Institute in Washington D.C. and was part of five-person team to develop national quality standards for residential construction

**Guest Lecturer** 1986 to Present
- National Convention for NARI, 1986 – 1999
- International Symposium on Sustainable Housing Insulation in Northern climate houses, 1988
- City of St. Paul. District 14 Council, Annual Remodeling Exposition, 1990 - 1995
- National Conventions for NAHB, 1990 - 1998
- National Convention for NKBA, 1990 – 1998
- Remodelers Council: Anderson Windows, Marvin Windows, and Covey Institute, 1990 - 1999
- National Leadership Conference – Construction Management, Sponsored by NAHB, Hanley Wood, Andersen Windows, 1998
- ASHI – How to Inspect for Water Intrusion Current Methodologies, 2003
- Mold Summit, Chicago IL, 2005
- 54th Annual IBC Officials Meeting
- IFMA – Evaluating Existing Buildings – Ordinance & Law Issues in Insurance Policies
- Annual Building Officials Institute Guest Lecturer
- Annual Meeting Presenter for NARI, 2016
- GAPIA Fall Educational Conference Speaker, 2016
- NAPIA Mid-Year Meeting Presenter, 2017

**Education**
- Hamline University — Bachelor of Arts Degree — 1979
- AWCI International — Mold Remediation and Site Documentation — 2002
- University of Wisconsin (School of Engineering) — Advanced Project Management Class — 2007

**Advanced Product Training Seminars and Courses** 2007
- State of Minnesota Department of Labor and Industry (40 hours, Test for Certified State Building Official (CBO LTD) (Limited to one and two family residential, and small commercial and accessibility codes))
- Received designation as RBI for the ICC. Lic. No. 5313388-B-1

**Solarium Systems, Inc., Lord and Burnham Green, and Four Seasons**      1986
- Erection and construction of glass solariums
- Six-month training (1000 hours) included both classroom training and actual hands on manufacturing at the plant
- Including cutting extrusions
- Installing weep tracks
- Installing glazing tapes and glazing panes
- Installing mull covers
- Integration of operable fenestration components including windows doors and fan systems
- Building and designing heat sink collectors using insulated slab on grade and wood foundations
- Heat wall and trompe wall designs
- Complex hip-unit solariums and multiple unit designs and structurally rated extrusions and where to use these
- Spread mull techniques and structurally rated mull assemblies
- Integrating site-built & erected solariums into wall & roof assemblies & proper flashing techniques

**National Association for the Remodeling Industry (NARI)**      1989-02
- Advanced framing using floor truss systems
- Installation of flanged windows
- Supplemental Xactimate training
- New product from DuPont called Tyvek
- Job sequencing and project scheduling
- Introduction to CAD design
- Use of Simpson fasteners and connectors to obtain structurally rated assemblies
- Insulation and ventilation techniques

1989-2006 – Attended NARI Annual convention and took a minimum 12 hours (200 plus hours) CEUs each year on the following:
- Weather resistive barriers, including "D" paper, Pink wrap and Typar
- Window and door flashing
- CAD design
- Computer aided estimating Xactimate system
- Peachtree estimating system
- Xactimate training
- Vapor retarders
- Insulation
- Ventilation
- Roofing – EPDM, TPO, Mod Bit, steel, metal & Elastomeric
- Fasteners and connectors
- Compute aided structural analysis
- Caulks and sealants
- Tyvek, including an additional 10 hours direct training by Dupont in Florida in 1999 on new product call stucco wrap and flex wrap.
- MFM brand window tape seminar
- Pella Window Tape Seminar 2002, Indianapolis, Indiana
- Building Science Corporation, Joe Listerbeck, water intrusion diagnosis and repair, 2002, Indianapolis, Indiana
- Complex framing using LPI and TJI joists and connectors

- Using OSB as a structurally rated panel
- Barrier free design
- Proper installation of kick-out flashing, AWCI, 2002, San Antonio, Texas
- What causes mold? AWCI 2002
- Plaintiffs Mold Summit 2005 (16 hours training)

**National Association for the Remodeling Industry Certified Remodeler Test** 1990
- Calculating loads on wall, floor and roof assemblies
- Blueprint reading and materials take-offs
- Building codes and standards by geographic region including UBC, BOCA, WDC and Model Energy Code
- Administration of construction projects
- Construction contracts and project specifications
- Fastening schedules for various components including, studs, plates, headers, sheathing, lath, weather barriers, and ledgers
- Calculating live load and dead loads and snow loads
- Site layout and drainage
- Basic mechanical and electrical

**State of Minnesota Continuing Education:**
1993-2000: 42 hours CEUs, to maintain contractors' license
- Additionally, taught classes required for contractor continuing education including Lead Safety Training. At that time, Mr. Irmiter was the only non-State of Minnesota Department of Health person qualified by the Department of Commerce to teach Lead Safety Training.

**Code Official Licensing Requirements:**
2019: Attended 63rd Annual Institute for Building Officials. 35 CEUs
- State of the State
- Understanding the Roles of Participants in Emergency Response to Catastrophic Damage
- Firestop from an Inspection Standpoint
- Concrete and Reinforcing Steel Observations
- Structural Steel Observations
- Soils and Building Code
- The Remodeling Conundrum: When the Order Matters
- Ventilation: The Many Sides of Air
- 2018 IBC and IFC Fire Protection Systems
- Legal Aspects of Code Administration
- Building Inspector Roundtable

2019: Environmental Issues, 3hr course
2016: 2012 IBC Performing Nonstructural Plan Review, 24 CEUs
2015: Attended 59th Annual Institute for Building Officials, 18 hours CEUs
- The "State of the State"- Construction Regulation
- Update to MN Rule 1322 "Residential Energy"
- MN Amendments for 2012 IEBC
- MN Amendments for 2012 IRC
- Residential Masonry & Concrete
- Residential Deck Connections
- Legal Perspectives in Code Enforcement
- Tenant/Landlord Law Overview for Inspectors
- Application of International Mechanical Code to Existing Housing

2015: 2012 IBC Inspection of Fire-Resistant Rated Walls, Floors, Ceilings & Roofs, 7 CEUs
2015: Basic Techniques of Install of Vinyl Siding, 5 CEUs
2015: Lead Safety for Renovation, Repair & Painting, 8 CEUs
2013: Attended 57th Annual Institute for Building Officials, 24 hours CEUs
- 2012 IRC Fundamentals- Building Provisions
- IRC Changes 2006-2012
- Application of the 2012 IEBC

2012 IRC Wall Bracing
2010: Attended 55th Annual Institute for Building Officials

**First Party Claims Conference**
2017 Attendee
- Problems and Solutions Under Law and Ordinance and Code Upgrade Coverage- Finley Harckham, Esq., Anderson Kill Loss Advisors
- Hail Mechanics, Opacity, and Why Small Hail Can Do Big Damage- Matt Phelps, P.E., APEC, LLC
- New Developments in the Engineering Investigation of Wind/Hurricane Damage- Neil Hall, Ph.D., P.E., AIA, Neil Hall & Associates
- The Million Dollar Question … Literally: How to Determine the Date of Loss for Hail and Wind Claims- Howard Altschule, CCM, Forensic Weather Consultants, LLC

2015 Attendee
- Appraisals-Strategies and Techniques to Effectively Manage Process
- Judging the Validity and Efficacy of Engineering and other Expert Reports
- Little Known Technologies in Residential & Commercial Roofs
- Builders Risk and Construction Defects-Case Studies

2014 Presenter: Fire Investigation from the Perspective of the Adjuster, Insured and Investigator

**Special Training**                                                              January 1993
Marvin Windows, Warroad Plant, 30 hours, factory training, including:
- Removable vs. factory applied flanges
- Sealant at flanges
- Need for drip caps
- Introduction of SDL glazing
- Change in coating process for factory finishes
- Metal fame assembly installation over wood assembly
- Authentic divided lite limitation with glazing panels
- Use of commercial products in historic residential structures
- HPC approvals for Marvin Alpine
- Installation techniques including flashing gridlines
- First look at French casement prototypes

**Andersen Renewal Windows, Joint Venture**                                       1997-99
- Liaison to Andersen Partnership Council (group of 20 contractor advisors)
- Set up 20-person installation team to install first windows developed in pilot program
- Direct consultant with Aspen Technologies and Andersen Design Team
- Recommended modifications to the product including flange system
- Glazing pockets and type of seal at glazing panel
- Drip cap design and integration
- Weep system design

- Installation techniques and requirements
- Installation costs by unit, developed one of three tracking systems.
- Consulted on advertising and marketing of product
- Received over 200 hours in training from Andersen on fenestration products, including design installation, service, sales, mar keying and distribution
- Assisted Renewal in setting up in home sales and show room sales program
- Trained first sets of Renewal sales force by personally going with them on hundreds of initial calls to see if the product would work in the proposed applications

**Association of Wall and Ceilings International (AWCI) Conference** 2001
- Mold Abatement and Diagnostic Techniques class
- EFIS installation techniques and establishing drainage plains
- Barrier Wall Design vs. Drain Plane Design

**Remodelers Show, Indianapolis, Indiana** 2002
- Pella Window installation training and techniques using Tyvek and new Pella tape system seminar
- Mold seminar taught by Dr. Joseph Lstiburek
- Seminar on comparison of OSB, Dens Glass Gold and Plywood permeability

**Architectural Testing Window Performance Seminar** 2003
- Testing and interpreting testing results of fenestrations using AAMA and ASTM criteria
- Using ASTM E-2128 as performance criteria for evaluating water intrusion
- Class on glazing panels and U-values

**University of Wisconsin** 2007
- Advanced Project Management Techniques and Principals Level II – Masters Level

**Additional Seminars**
- ICC Residential Building Code Inspector — 2008
- Overview MN Rules Chapters: 1323, 1301 & 1322 — 2009
- ICC Residential Property Maintenance Inspector — 2009
- Performing IBC Commercial Inspections, 1-day — 2010
- UL Fire Research Light Weight Instruction, 1-day — 2010
- Fire Station Flashing, 1-day — 2010
- Fire Rated Assemblies, 1-day — 2010
- ICC – IRC Townhome Requirements, 1-day — 2010
- Building Science and Building Enclosures, 2.5 days — 2010, 2011
- IRC & IBC, 2-days — 2012
- 2012 International Existing Building Code, 1-day — 2013
- Brace Wall Panel Design, 1-day — 2013
- 2012 IBC Transitions From 2006 — 2013

**Industry Awards**
- Remodeling Magazine "Big 50" Awarded as one of Top 50 contractors in the nation — 1990
- First contractor in Minnesota to pass the certified remodelers test and received the Certified Remodelers Designation — 1990
- Outstanding leadership award, NARI, Minnesota chapter — 1989-96
- Leadership awarded each year by the Builders Association of Minnesota — 1994-97
- Founded Minneapolis/St. Paul Home Tour — 1994
- Criteria writer for National Quality Awards sponsored by NAHB, Washington, DC — 1995
- One of four judges for National Quality Awards for NAHB — 1996-98

**Professional Organization Membership**
- President, NARI, Minnesota Chapter — 1989-91
- Presented first Uniform Model Contractor Licensing Bill for Remodelers to Builders Association of Minnesota and State legislature — 1990
- Appointed to State Board Builders Association of Minnesota — 1996-98
- Member of Andersen Window's Partnership Council — 1996-98
- Assisted in development of Renewal window by Andersen — 1997-99
- Member of American Society of Testing and Materials (ASTM) — 2004-06
- International Code Council (ICC) Corporate membership — 2007-18
- Better Business Bureau — 2004-16
- RCI — 2013-14

**Department of Insurance Continuing Education Instructor** — 2014-18

Mr. Irmiter has been approved to teach continuing education classes for the Insurance industry in the following states:
- California
- Colorado
- Florida
- Georgia
- Minnesota
- New York State
- Pennsylvania
- Virginia

*No publications published*

# Testimonies, Depositions & Appraisals

Testimony at District Court Trials:
1. Interlachen Property Owners Association, Inc., v American Family Mutual Insurance (2013) Hennepin County, MN Court File No. 27-CV-11-12855, Judge Bruce A. Peterson. Attorney Brenda Sauro (Sauro & Bergstrom).
2. Interlachen Property Owners Association, Inc., v Kuepers Construction, Inc. (2013) Crow Wing County, MN Court File No. 18-CV-11-5061, Judge Kristine R. DeMay. Attorney Jason Tarasek (Hammargren & Meyer).
3. 77th Street, LLC v American Family Mutual Insurance (2014) U.S. District Court of Arizona, Case No. CV 12-01910-PHX-SLG, Judge Sharon L. Gleason. Attorneys Michael Doyle & Kevin Wein (Doyle Raizner).
4. Park Monaco Association v Myra Lansky, Denver County District Court, Case No. 2012CV2370, Judge Morris Hoffman, Attorneys Milo Miller & Steven Kabler (Miller Kabler), May 18, 2015.
5. Joseph and Jennifer Roach v County of Becker v Luxury Landscaping & Lawn Care LLP, County of Becker, MN Court File No. 03-C5-05-667, Judge Jay D. Carlson. Attorney James P. Peters (James P. Peters PLLC), November 16, 2015
6. King's Cove Marina, LLC v Zinniel Electric Company, and Schwickerts Tecta America, LLC. (2016) County of Dakota, MN Court File No. 19-HA-CV-14-2282. Attorney Stephen P. Watters (Watters Law Office), May 5, 2016
7. David and Marjorie Anderson v Apex Roofing Consultants, LLC (2016) Jefferson County, CO Case No.2016-CV-30422. Attorney Eric Schunk (Schunk & Associates).

8. Manchester Place HOA, Inc. v Owners Insurance Company, District Court of Colorado, Case No.14-cv-03226-REB-STV. Attorneys Daniel Barton, Robert Green & Wayne Collins (Robert Green Law Firm & Barton Law Firm), April 26, 2017
9. Norman Jones v State Farm, District Court of Tarrant County, Texas, Cause No. 017-279433-15. Attorneys Will Alan & Alex Nava (Allan Nava & Glander Law Firm), September 27, 2017
10. Arturo Salinas v USAA Texas Lloyd's Company, District Court, Hidalgo County, Cause No. C-1071-14-H. Attorneys Will Alan & Alex Nava (Allan Nava & Glander Law Firm), January 29, 2018
11. Joseph Garry v. Central Minnesota Renovations, Inc., Damage Assessment Division, Inc., and Andersen Corporation (2018) Dakota County, 19HA-CV-17-679. Attorneys Michael Sacchet & Mathew Korte (Ciresi Conlin), June 6, 2018
12. King's Cove Marina, LLC v Roehl Construction Company, Washington County, Court File No 82-CV-14-527. Attorney Stephen P. Watters (Watters Law Office), June 12, 2018
13. United States Roller Works, Inc v State Auto Property & Casualty Insurance, District of Tennessee, Nashville Division, No. 3:16-cv-2827. Attorney Brandon McWherter & Clint Scott (Gilbert Russell McWherter Scott Bobbitt), September 25, 2018
14. Mitzel Builders, Inc., d/b/a North Valley Homes, a North Dakota corporation, vs. Gene Kellogg, Eda Kellogg, Thomas U. Kellogg, and Donna Mae Kellogg: State of North Dakota county of McKenzie District Court Northwest Judicial District 10-29-19
15. Commerce Office Park-One, L.P. v. Texas Windstorm Insurance Association, Cause No. 2018 DCV-3027-D. District Court February 7, 2020

Testimony at Federal Court Trials:
1. Central Baptist Church of Albany, Georgia, Inc. v Church Mutual Insurance Company, Civil Action no. 1:16 cv0023-LJA. Attorney Brandon McWherter & Clint Scott (Gilber Russell McWherter Scott Bobbitt), December 17, 2019

First Party Appraisals & Expert Testimony:
1. Walnut Creek matter, OH, umpire 2014
2. Hawthorne Glen matter, OH, umpire 2014
3. Hoffman matter, IA, appraiser for Plaintiff 2014
4. Cauba matter, TX, appraiser for Plaintiff 2014
5. Ayala matter, TX, appraiser for Plaintiff 2014
6. Beaza matter, TX, appraiser for Plaintiff 2014
7. Cavazos matter, TX, appraiser for Plaintiff 2014
8. Conde matter, TX, appraiser for Plaintiff 2014
9. Escamilla matter, TX, appraiser for Plaintiff 2014
10. Espinoza, Sergio matter, TX, appraiser for Plaintiff 2014
11. Garza matter, TX, appraiser for Plaintiff 2014
12. Rodriguez, Ricardo matter, TX, appraiser for Plaintiff 2014
13. Villanueva/Lopez matter, TX, appraiser for Plaintiff 2014
14. Espinoza, Jose matter, TX, appraiser for Plaintiff 2014
15. Hernandez matter, TX, appraiser for Plaintiff 2014
16. Montalvo matter, TX, appraiser for Plaintiff 2014
17. Ramos matter, TX, appraiser for Plaintiff 2014
18. Casas matter, TX, appraiser for Plaintiff 2014
19. Castillo matter, TX, appraiser for Plaintiff 2014
20. Garcia, Ernesto matter, TX, appraiser for Plaintiff 2014
21. Garcia, Mario matter, TX, appraiser for Plaintiff 2014
22. Gonzalez, Raul matter, TX, appraiser for Plaintiff 2014

23. Marquez matter, TX, appraiser for Plaintiff 2014
24. Olvera matter, TX, appraiser for Plaintiff 2014
25. Pinon matter, TX, appraiser for Plaintiff 2014
26. Resendez matter, TX, appraiser for Plaintiff 2014
27. Lucio matter, TX, appraiser for Plaintiff 2014
28. Pope matter, MN, appraiser for Plaintiff 2014
29. Mendoza matter, TX, appraiser for Plaintiff 2014
30. Garcia, Isquel matter, TX, appraiser for Plaintiff 2014
31. Fogarty matter, MN, appraiser for Plaintiff 2014
32. Perez matter, TX, appraiser for Plaintiff 2014
33. Dominick matter, MO, appraiser for Plaintiff 2014
34. Colbert matter, KS, appraiser for Plaintiff
35. Windom matter, MO, umpire 2014
36. Haldeman matter, WI, appraiser for Plaintiff 2014
37. Herll matter, MN, expert testimony 2014
38. Fontana matter, MN, expert arbitration 2014
39. Sabri matter, MN, expert testimony 2014
40. Simons, 2 matters, TX, appraiser for Plaintiff 2014
41. Gonzalez, Rosendo matter, TX, appraiser for Plaintiff 2014
42. Zamarripa matter, TX, appraiser for Plaintiff 2014
43. Vasquez matter, TX, appraiser for Plaintiff 2014
44. Villas at Boulder Ridge matter, IL, appraiser for Plaintiff 2015
45. Dawson Mill Village matter, IL, appraiser for Plaintiff 2015
46. Wicklow Village Townhomes matter, IL, appraiser for Plaintiff 2015
47. Westridge Homeowners Association matter, IA, appraiser for Plaintiff 2015
48. Orchard Pointe matter, MN, appraiser for Plaintiff 2015
49. Mainali matter, TX, appraiser for Plaintiff 2015
50. Northstar Condo Association matter, IL, appraiser for Plaintiff 2015
51. Shorely Wood matter, IL, appraiser for Plaintiff 2015
52. Colonnade matter, CO, appraiser for Plaintiff 2015
53. American Star Inn- Munday matter, TX, appraiser for Plaintiff 2015
54. Travel Inn- Abilene matter, TX, appraiser for Plaintiff 2015
55. JD&B Midtown matter, ATL, umpire 2015
56. Holiday Inn Express- Coon Rapids matter, MN, appraiser for Plaintiff 2015
57. Jonah Investments/Bailey's Furniture matter, TX, appraiser for Plaintiff 2015
58. Heritage Place matter, CO, appraiser for Plaintiff 2015
59. Long Birch Lodge matter, MN, appraiser for Plaintiff 2015
60. Patrick's Fine Dining matter, MN, appraiser for Plaintiff 2015
61. Colonial Patriot HOA matter, MN, appraiser for Plaintiff 2015
62. First Evangelical Free Church matter, IA, appraiser for Plaintiff 2015
63. Delfs, Henry matter, IA, appraiser for Plaintiff 2015
64. Woodland Trail Condominium matter, IA, appraiser for Plaintiff 2015
65. Karathansas, George matter, TN, appraiser for Plaintiff 2015
66. Travel Inn- Snyder matter, TX, appraiser for Plaintiff 2015
67. Family Dollar- Raeouf, Mohammad matter, CO, appraiser for Plaintiff 2015
68. Wak Inc.- Marrakech Café matter, CO, appraiser for Plaintiff 2015
69. South Texas Education Technologies matter, TX, appraiser for Plaintiff 2015
70. La Quinta-Stephenville matter, TX, appraiser for Plaintiff 2015
71. Holiday Inn Express- Eastland matter, TX, appraiser for Plaintiff 2015
72. American Star Inn- Throckmorton matter, TX, appraiser for Plaintiff 2015

73. Poremba, Scott matter, IL, appraiser for Plaintiff 2015
74. The Willows of Vernon Hills matter, IL appraiser for Plaintiff 2015
75. Deer Run Condominium matter, IL, appraiser for Plaintiff 2015
76. Neudearborn Station matter, IL, appraiser for Plaintiff 2015
77. Motel 6-Tyler matter, TX, appraiser for Plaintiff 2016
78. Pebblewood at Pinecliff HOA matter, CO, appraiser for Plaintiff 2016
79. The Greens of Irish Prairie matter, IL, appraiser for Plaintiff 2016
80. Irish Prairie Recreation Center matter, IL, appraiser for Plaintiff 2016
81. Olde Schaumburg Row Houses matter, IL, appraiser for Plaintiff 2016
82. Olde Schaumburg Condominium matter, IL, appraiser for Plaintiff 2016
83. Villas of Gleneagle Farms HOA matter, IL, appraiser for Plaintiff 2016
84. Comfort Inn- Columbus matter, TX, appraiser for Plaintiff 2016
85. Days Inn- Ft Worth matter, TX, appraiser for Plaintiff 2016
86. Microtel- Ft Worth matter, TX, appraiser for Plaintiff 2016
87. Williamstown Apartments matter, TX, appraiser for Plaintiff 2016
88. Scholar's Walk Townhomes matter, CO, appraiser for Plaintiff 2016
89. Weaver, Sheryl matter, MN, appraiser for Plaintiff 2016
90. Delux Inn Motel matter, TX, appraiser for Plaintiff 2016
91. Buttar Family (3 matters), TX, appraiser for Plaintiff 2016
92. Greenview Inn matter, TX, appraiser for Plaintiff 2016
93. Valley View Budget matter, TX, appraiser for Plaintiff 2016
94. Masters, Ketan matter, TX, appraiser for Plaintiff 2016
95. Burleson Inn matter, TX, appraiser for Plaintiff 2016
96. Wyndham Plaza matter, TX, appraiser for Plaintiff 2016
97. Gleannloch Farms matter, TX, appraiser for Plaintiff 2016
98. Ecolodge matter, IL, appraiser for Plaintiff 2016
99. Arlington Club Condominium Association matter, IL, appraiser for Plaintiff 2016
100. Kellington matter, MN, appraiser for Plaintiff 2017
101. Historic Lemp Brewery matter, MO, appraiser for Plaintiff 2017
102. Meglio Investments matter, MO, appraiser for Plaintiff 2017
103. Summit Development/Westline Industries matter, MO, appraiser for Plaintiff 2017
104. Runaway Bay matter, IL, appraiser for Plaintiff 2017
105. Hutchins Warehouse matter, TX, appraiser for Plaintiff 2017
106. Scripture Doctors Park matter, TX, appraiser for Plaintiff 2017
107. Manors of Broadmoor matter, MO, appraiser for Plaintiff 2017
108. Silverton Condos matter, MD, appraiser for Plaintiff 2017
109. Armet matter, TX, appraiser for Plaintiff 2017
110. Pinnell Square matter, TX, appraiser for Plaintiff 2017
111. Bayview Tower matter, TX, appraiser for Plaintiff 2018
112. AMP Manufacturing matter, DE, appraiser for Plaintiff 2018
113. Glen Oaks Townhomes matter, IA, appraiser for Plaintiff 2018
114. White Transfer & Storage matter, IA, appraiser for Plaintiff 2018
115. Robstown Enterprises- Best Western Tropic Inn matter, TX, appraiser for Plaintiff 2018
116. Gloff Motors Inc matter, TX, appraiser for Plaintiff 2018
117. South Texas Hindu Society matter, TX, appraiser for Plaintiff 2018
118. Tamkas Management- Plantation Suites matter, TX, appraiser for Plaintiff 2018
119. Terrum Investments matters (2 Properties), TX, appraiser for Plaintiff 2018
120. Cedar Point Townhomes matter, TX, appraiser for Plaintiff 2019
121. Smoky Hills Vineyard Baptist Church matter, CO, appraiser for Plaintiff 2019
122. Bobick, Brigitta matter, MN, appraiser for USAA 2019

Depositions and/or Affidavits Filed in Courts:
1. New England Compounding Pharmacy, Inc., Products Liability Litigation, State of Massachusetts. Court File No. 1:13-md-02419-FDS
2. Frank and Beth Insana v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-018143, January 6, 2014
3. Rudolf and Elva Lehman v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-017999, January 6, 2014
4. Henry Nguyen v American Family Mutual Insurance, District Court, District of Arizona, Case No. CV12-2103-PHX-DGC, January 6, 2014
5. Terry and Karen Vander Vulcht v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-010410, January 17, 2014
6. David and Pamela Van Winkle v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-018329, January 17, 2014
7. Linda Walters v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2011-018392, January 17, 2014
8. Francisco and Gloria Magana v State Farm Fire and Casualty, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-05132, January 21, 2014
9. Casa Del Pueblo HOA v American Family Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-004465, February 20, 2014
10. Healthspace Regions Lancaster, LLC v Hanover Lloyd's Insurance, District Court of Dallas County, Texas, Case No. DC-13-03877-L, February 26, 2014
11. Diane and Jesse Salazar v State Farm Lloyds, District Court, Southern District of Texas, Case No. 4:13-CV-01904, March 4, 2014
12. Dominion/TM Mian v Lexington Insurance, District Court of Dallas County, Texas Case No. DC-12-13349, March 18, 2014
13. Erika Smith and Gabriel Smith v Country Mutual Insurance, Superior Court, State of Arizona, Maricopa County, Case No. CV2012-014980, April 29, 2014
14. Arlington Southern Hills, LLC v The American Insurance, District Court, Northern District of Texas, Case No. 4:13-CV-676, April 30, 2014
15. Fairways at Tagalong Condominium Association Inc, v Tagalong USA, LLC, Circuit Court, State of Wisconsin, Barron County, Case No. 12-CV-560, July 3, 2014
16. Southgate Townhome Association v Allstate Insurance, Circuit Court, Illinois, Cook County, Case No. 12 L 003185, July 15, 2014
17. Robert Howie & Jaclyn M. Moore v State Farm Lloyds and Jarvis W. Mayes, District Court, Texas, Harris County, Case No. 2013-45419, August 14, 2014
18. Carlos A. Flores Villanueva v State Farm Lloyds and Delfino Mendoza, Jr., District Court, Southern District of Texas, Case No. 7:13-CV-00601, September 17, 2014
19. La-Ben Realty LLC v Valley Forge Insurance, District Court, Northern District of Texas, Case No. 2:14-CV-00057-J, October 3, 2014
20. Avalon Condominium Association, Inc. v Secura Insurance, District Court, District of Colorado, Case No. 14-cv-00200-CMA-KMT, January 27, 2015
21. Harvey Property Management Co. v Travelers Indemnity, District Court, District of Arizona, Case No. 2:12-CV-05136-SLG, March 4, 2015
22. Patricia Schniedwind v American Family Mutual Insurance, District Court, District of Colorado, Civil Action No. 14-CV-01734-PAB-NYW, June 11, 2015
23. Shaun & Debra Oppenheimer v Allstate Fire and Casualty Insurance, District Court, District of El Paso, Case No. 2014cv31834, June 23, 2015

24. Jesus & Joanne Borrego v American Family Mutual Insurance, District Court, District of Colorado, Civil Action No. 14-cv-01732-WYD-MJW, June 24, 2015
25. The Fairway 16 Heatherridge Association v. American Family Mutual Insurance, District Court, District of Colorado, Civil Action No. 14-CV-02717-WJM-NYW, August 28, 2015
26. Charles & Laurie Leggett v State Farm Fire and Casualty Company, District Court, District of Colorado, Civil Action No. 1:14-CV-02269, November 3, 2015
27. Mark Marcucci v Great Northern Insurance Company, Eighteenth Judicial Circuit Court, County of Dupage, Illinois, 2014L000372, November 5, 2015
28. Risk Services Corp et. al. v Lexington Insurance Company, District Court, Northern District of Georgia, Atlanta Division, Civil Action File No. 1:14-cv-03322-TWT, December 18, 2015
29. Pear Ridge Creek Apartments v AIX Specialty Insurance Company et al, District Court, Dallas County, Texas, No. DC-14-0073, January 19, 2016
30. El Nacional de Oklahoma, Inc. v Travelers Casualty Insurance, District Court, Western District of Oklahoma, Case No. CIV-14-728-D, January 20, 2016
31. ADRE Country Square LLC v Westchester Surplus Lines Insurance Company, District Court, District of Colorado, Case No. 1:15-cv-00184-PAB-KMT, January 28, 2016
32. Gateway Townhomes Association, Inc v Travelers Indemnity Company, District Court, District of Colorado, Civil Action No. 1:15-cv-000395-NYW, February 5, 2016
33. Linda Patten v Allstate Insurance Company, Circuit Court, Jasper County, Missouri, Case No. 14AO-CC00065, April 20, 2016
34. OHM Properties LLC v American Family Mutual Insurance Company, Circuit Court of St. Louis, Missouri, Case No. 14SL-CC03296, July 12, 2016
35. Arthur Rawlings and American Litho Color, Inc. v American Economy Insurance Company, District Court, Dallas County, Cause No. DC-15-14509, August 31, 2016
36. Hartford Fire Insurance Company v Nationwide Magazine and Book Distributors, Inc., District Court, Northern District of Indiana, No. 3:15-cv-00265-RL-CAN, September 14, 2016
37. West Bend Mutual Insurance Company v West James Courts, Inc., Circuit Court of St Charles County, Missouri, Case No. 1511-CC00028, September 27, 2016
38. Norman & Toylaan Jones v State Farm Lloyds, District Court of Tarrant County, Texas, Cause No. 017-279433-15, October 7 & 25, 2016
39. Manchester Place HOA, Inc. v Owners Insurance Company, District Court, District of Colorado, Civil Action No. 1:14-cv-03226-REB-KLM, November 29, 2016
40. The Box Factory, Inc and CHJ Leasing, LLC v Verlan Fire Insurance Company, District Court, District of Texas, Civil Action No. 4:15-CV-861-A, December 5, 2016
41. Wilshire Manor Apartments v State Farm Insurance Company, District Court, District of California, Civil Action No. 2:16-cv-04363-R-GJS, December 6, 2016
42. Copper Ridge Owner's Association v Philadelphia Indemnity Insurance Company, District Court, Western District of North Carolina, Case No. 3:16-cv-305, April 5, 2017
43. WWMS, Inc. v Ohio Security Insurance Company, District Court, Western District of Tennessee, Civil Action No. 1:16-cv-01113, April 6, 2017
44. Northend Investors LLC v Southern Trust Insurance Company, District Court, Western District of Tennessee, No. 1:16-cv-01137 JDB-egb, April 7, 2017

45. Joe Kaniki v Texas Fair Plan Association, District Court, Tarrant County, Texas, Cause No. 342-281451-15, May 16, 2017
46. Donald Hudgins Jr. and Baker Development Company v The Netherlands Insurance Company, District Court, Tarrant County, Texas, Cause No.067-281402-15, July 20, 2017
47. Greater Bethesda Missionary Baptist Church v Philadelphia Indemnity Insurance Company, District Court, Northern District of Illinois, Case No. 1:16-CV-3351, July 27, 2017
48. Grace & Mercy Missionary Baptist Church v Texas Windstorm Insurance Association, District, Court, Galveston County, Texas, Cause No. 16-CV-0831, August 10, 2017
49. Jana Food Service v Nationwide Insurance Company, District Court, Fort Worth Division, Texas, Civil Action No. 4:16-cv-864-A, September 7, 2017
50. JNH Holding v Nationwide Property and Casualty Insurance Company, District Court, Sherman Division, Texas, Civil Action No. 4:16-cv-866-ALM, September 7, 2017
51. Wak Inc, Amal Inc, Marrakech Café v Ohio Security Insurance Company, District Court of Colorado, Civil Action No. 1:16-cv-01191-MSK-MJW, October 24, 2017
52. Welcome Properties 201, LLC v National Fire & Marine Insurance Company, District Court, District of New Mexico, No. 16-cv-01301 JCH-SMV, November 8, 2017
53. AM Royal, Inc. v Milwaukee Casualty Insurance Company, District Court of Dallas County, Cause No. DC-17-01769, November 13, 2017
54. Dena Davis v Allstate Vehicle & Property Insurance Company, District Court, Tarrant County, Cause No. 342-289965-17, November 15, 2017
55. Arturo Salinas v USAA Texas Lloyd's Company, District Court, Hidalgo County, Cause No. C-1071-14-H, December 18, 2017
56. Royal Architectural Products v Acadia Insurance Company, District Court, Potter County. Cause No. 104713-B, January 10, 2018
57. Cambridge Condominium v Peleus Insurance Company, District Court of Dallas County, Cause No. DC-17-04060, January 12, 2018
58. TBC-JR-LR, JV v Allied Property and Casualty Insurance Company, District of Texas, Fort Worth Division, Civil Action No. 4:17-CV-131-Y, February 15, 2018
59. United States Roller Works v State Auto Property & Casualty Insurance Company, District of Tennessee, at Nashville, No. 3:16-cv-02827, February 28, 2018
60. Sreeram Natarajan and Aparna Natarajan, v Brian J. McDonald and Jennifer A. Rodriguez, Circuit Court for The Eighteenth Judicial Circuit, DuPage County, Illinois, Case No. 2017 CH 273, March 15, 2018
61. Andrew Chong & Hongeng LTD v Westchester Surplus Lines Insurance Company, District Court for 55th Judicial District, Harris County, Texas, Cause No. 2016-79600, March 21, 2018
62. Fraser Crossings-Founders Pointe Condominium Association v. Intrawest/Winter Park Development Corporation, Judicial Arbiter Group, Englewood, Colorado, Case No. 2017-0633A, April 11, 2018
63. Samuel Garcia, D/B/A Calvary Memorial v Travelers Casualty Insurance Company, District Court of New Mexico, No. 2:17-cv-00423-JCH-KRS, April 23, 2018
64. Central Baptist Church of Albany Georgia, Inc v Church Mutual Insurance Company, District Court of Albany, Civil Action No. 1:16 cv00231-LJA, May 7, 2018

65. Forest Ridge Homeowners Association v Greater New York Mutual Insurance Company, Northern District Court of Illinois, Eastern Division, Case No. 1:17-cv-4193, May 17, 2018
66. Iglesia El Jordan v Church Mutual Insurance Company, District Court of Western District of Texas, San Antonio Division, Civil Action No. 5:17-cv-01077-FB, May 22, 2018
67. Mohammed Raeouf v Travelers Property Casualty Company of America, District Court of Colorado, Civil Action No. 16-cv-01974-CMA-MEH, June 11, 2018
68. Lakes of Bent Tree Condominium Association v Peleus Insurance Company, Strata Claims Management & Engle Martin & Associates, District Court of Dallas County Texas, Cause No. DC-17-10965, June 15, 2018
69. Miller Creek Holdings, LLC v Landmark American Insurance Company, District Court of Dallas County Texas, Cause No. DC-17-04796, August 20, 2018
70. HIE of St. Louis Airport, LLC v The Cincinnati Insurance Company, Circuit Court of St. Louis County MO, Cause No. 17SL-CC02582, February 27, 2019
71. Taslid Interests, Inc and Katy Motels, Inc dba Memorial Inn & Suites v Arch Specialty Insurance Company, Southern District Court of Texas, Houston Division, Case No. 4:18-cv-1692, April 1, 2019
72. By the Sea Council of Co-Owners Inc. v Texas Windstorm Insurance Association, District Court of Galveston County Texas, Cause No.18-CV-0529, April 3, 2019
73. Rothchild Family Partnership v State Automobile Mutual Insurance Company, Southern District Court of Texas, Houston Division, Civil Action No. 4:18-cv-2594, June 18, 2019
74. Scottsburg Hospitality Corp dba SHC Motel 6 Victoria v Rockhill Insurance Company, Southern District Court of Texas, Victoria Division, Civil Action No. 6:18-CV-00038, August 9, 2019
75. Lan Chow v Business Alliance Insurance Company, Superior Court of California, Case No. RG16834332, December 12, 2019.
76. HIE of St Louis Airport LLC, v The Cincinnati Insurance Company. Cause No: 17SL-CC02582, December 19, 2019.
77. Haman Inc. d/b/a Knights Inn v Chubb Custom Insurance Company. Civil Action File No. 2:18-CV-01534-JHE. December 27, 2019.
78. Hollingsworth Investments VI, LLC, Plaintiff, v. The Cincinnati Insurance Company, Cause no. 3:18-cv-353-DPJ-FKB. January 30, 2020.
79. Virtuwave Holdings, LLC v. State Farm Lloyds and Benjamin Conrad Stuenkel, Cause No. 416-04266-2018. District Court, 135th Judicial District Collin County, TX. February 24, 2020