1                   UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF TENNESSEE
2
      -----------------------------------------------------------
3     ROCKY WATERS MOUNTAIN INN, LLC,
4           Plaintiff,
5     v.                      Docket No.  3:19-CV-6
6     THE TRAVELERS INDEMNITY
      COMPANY OF AMERICA,
7
            Defendant.
8     -----------------------------------------------------------
9
10
11
12
13
14
15
16    -----------------------------------------------------------
17                   VIDEOTAPE DEPOSITION
18                           OF
19                    NEIL G. CARLSON
20    -----------------------------------------------------------
21
22
23
24
25    Taken February 28, 2020      By Christine M. Clark, RPR

**Benchmark Reporting Agency**
**612.338.3376**

## Page 2

1  APPEARANCES:
2
3  MCWHERTOR SCOTT & BOBBITT PLC
   54 Exeter Road
4  Suite D
   Jackson, Tennessee 38305
5  Phone:  731.664.1340
   Email:  cscott@gilbertfirm.com
6
   By:  Clinton H. Scott
7      (Appearing telephonically)
       For the Plaintiff
8
9
10 FORAN GLENNON PALANDECH PONZI & RUDOLPH PC
   222 North LaSalle Street
11 Suite 1400
   Chicago, Illinois 60601
12 Phone:  312.863.5000
   Email:  bdevilling@fgppr.com
13
   By:  Brian E. Develling
14     For the Defendant
15
16
17 ALSO PRESENT:
18 Stephen Smith, Legal Videographer
19
20
21
22
23
24
25

## Page 3

1      I N D E X
2
   Examination by Mr. Devilling, Page 5
3
4
       INDEX OF EXHIBITS
5
6  NUMBER   DESCRIPTION
7  1    Mr. Carlson's CV, Page 7
8  2    January 13, 2018 Report, Rocky Waters Motor
        Inn, Page 19
9
   3    January 13, 2018 Report, Days Inn, Page 20
10
11     (Exhibits marked prior to deposition.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1  THE VIDEOTAPE DEPOSITION of NEIL G. CARLSON is taken on
2  this 28th day of February 2020, at Benchmark Reporting
3  Agency, 450 South Ninth Street, Suite 450, Minneapolis,
4  Minnesota, commencing at 12:55 p.m.
5      THE VIDEOGRAPHER:  Good afternoon.  We are
6  on the record, and the time is 12:55 p.m.  This is the
7  videotaped deposition of Neil Carlson, in the matter of
8  Rocky Waters Motor Inn v. The Travelers Indemnity
9  Company of America, Case Number 3:19-CV-6, filed in the
10 United States District Court, Eastern District of
11 Tennessee.
12     The court reporter's name is Christine Clark.  My
13 name is Stephen Smith, the legal videographer.  We are
14 with Benchmark Reporting Agency.
15     Would the attorneys present please introduce
16 themselves?
17     MR. DEVILLING:  Brian Devilling, for
18 Travelers.
19     MR. SCOTT:  Clint Scott, for the plaintiff.
20     THE VIDEOGRAPHER:  Thank you very much.  The
21 court reporter will now swear in the witness and then
22 we can proceed.
23         NEIL G. CARLSON,
24     a witness in the above-entitled action,
25     after having been first duly sworn,

## Page 5

1  deposes and testifies as follows:
2      EXAMINATION
3  BY MR. DEVILLING:
4  Q. Hello, Mr. Carlson.  My name is Brian Devilling.  I
5  represent Travelers in the Rocky Waters Motor Inn versus
6  Travelers Indemnity case.
7      Have you given a deposition before?
8  A. Yes, I have, sir.
9  Q. All right.  How many times?
10 A. Between less than 20, but more -- probably more than 10.
11 Q. Okay.  Standard ground rules apply.  If you could wait
12    -- wait to give your answer until I'm done asking my
13    question.  Okay?
14 A. Yes, sir.
15 Q. And if you need a break at any time, let me know.  Okay?
16 A. I will, sir.
17 Q. And if you can answer yes or no as opposed to uh-huh or
18    uh-uh, it makes it easier for the court reporter to
19    transcribe.
20 A. Yes, sir.
21 Q. And if you don't understand a question that I ask, just
22    let me know and I'll rephrase it.
23 A. Thank you, sir.
24 Q. What is your current employment position?
25 A. I am currently employed at the University of Minnesota

## Page 6

1  Department of Environmental Health and Safety, as an
2  industrial hygienist and as a public health specialist,
3  and I also do consulting work as President of N.G.
4  Carlson Analytical. And I'm representing N.G. Carlson
5  Analytical and not any way affiliated with the
6  University of Minnesota with respect to this case.
7  Q. Okay. All the work you did in this case is through N.G.
8  Analytical, correct?
9  A. That is correct, sir. Yes.
10 Q. I'm sorry. N.G. Carlson Analytical.
11 A. That's correct. N.G. And I think, for legal purposes,
12 I think it's N.G. Carlson Analytical, Inc., but...
13 Q. Okay. In your position with the University of
14 Minnesota, do you do any teaching?
15 A. I do adjunct faculty teaching, yes, sir.
16 Q. And what courses do you teach?
17 A. I assist with teaching a course in laboratory analysis
18 for industrial hygiene students. I teach a course on
19 indoor air with respect to housing and housing
20 inspection for a group on the St. Paul campus. I also
21 teach an architecture class on indoor air quality, and
22 these are typically one to two session pieces. I'm --
23 I'm assisting the -- the faculty member. I also teach a
24 course with the Midwest Center on fungal remediation,
25 and we do that as needed.

## Page 7

1  Q. Have you taught any courses on -- or portions of any
2  courses on any topics related to wildfire analysis?
3  A. No courses on wildfire analysis, sir.
4  Q. Okay. I'll show you what we've marked as Exhibit 1. I
5  believe this is a copy of your CV, correct?
6  A. Yes, sir. That is.
7  Q. All right. And can you just look through it and let me
8  know if it's current?
9  A. It's the most current one that I put together, yes.
10 Q. Any additional seminars, publications, licenses, degrees
11 that need to be added to this to make it complete?
12 A. Well, let me look. Let me see if they have the one. I
13 think the one that might be relevant to this case is
14 that I reviewed a webinar, although I did not attend it.
15 It was on smoke and soot analysis, from EMLab P&K. So I
16 don't know if that one's listed here, but I think that
17 would be the relevant one.
18 Q. Okay.
19 A. There are probably other ones, but I don't think they'd
20 be relevant to this case.
21 Q. Can you point me to aspects of your CV that are -- that
22 you consider relevant to wildfire analysis?
23 A. I don't think I'd have any specific ones with respect to
24 wildfire analysis.
25 Q. Okay. How about same -- same question, just slightly

## Page 8

1  different. How about with respect to analyzing debris
2  from a wildfire?
3  A. Nothing specific to analyzing debris from a wildfire.
4  Q. Okay. Let's see. You're -- what was your undergraduate
5  degree?
6  A. Biology, with a minor in chemistry.
7  Q. Okay. That's from the University of Minnesota, Morris,
8  correct?
9  A. That is correct, yes.
10 Q. And then you got an MS in General Environmental Health,
11 correct?
12 A. Yes. From the University of Minnesota.
13 Q. Was any of your training for your Master's in General
14 Environmental Health specifically pertinent to wildfire
15 debris or wildfire analysis?
16 A. Not specific to wildfire analysis.
17 Q. Okay. Excuse me. At this point in your career, have
18 you -- I assume that you've analyzed debris under a
19 microscope on multiple occasions for the purpose of
20 determining whether it was a -- contains wildfire
21 residue?
22 A. Let's see. Yes. And it wouldn't be specific to
23 wildfire residue, if I may add. It would be soot or
24 char, irrespective of what the source was.
25 Q. Okay.

## Page 9

1  A. Does that clarify?
2  Q. Yes.
3  A. Okay.
4  Q. Yes, it does. Do you know how many -- how many cases
5  you've been involved in or analyzed involving claims
6  that wildfire debris has caused damage to property?
7  A. I wouldn't know the exact one because when I get the
8  reports it doesn't specify whether it was a building
9  fire. So an internal source or an external source
10 wildfire. So I couldn't give you a precise number on
11 that. I can give you a range, if that would be helpful.
12 Q. Sure.
13 A. I would say more than probably 20 and definitely less
14 than 100.
15 Q. How many times have you analyzed debris for the
16 purpose of determining the level of soot or char in the
17 debris?
18 A. That would be more than 100, less than 200.
19 Q. Okay. Are you the sole owner of N.G. Carlson
20 Analytical, Inc.?
21 A. Yes, sir.
22 Q. Okay. And how long has that company been in existence?
23 A. That company has been in existence -- and if you
24 wouldn't mind, sir, I will refer to here.
25 Q. Certainly.

## Page 10

1  A. So I will make sure I get an accurate -- accurate date
2     on that. Let's see here.
3  Q. And just, for the record, what are you looking at?
4  A. I'm looking at -- sorry. Thank you, sir. I am looking
5     at my CV.
6  Q. Oh, okay.
7  A. Thank you for asking that. If you don't mind, sir, I
8     have taken a photo of that particular piece of
9     information on my cell phone, and I can refer to that to
10     give you a correct date. Would that be acceptable to
11     you?
12  Q. Well, has the company been around for more than 10
13     years?
14  A. Yes. It was approximately -- and the date is
15     approximately '96.
16  Q. Okay. And what does N.G. Carlson Analytical do?
17  A. N.G. Carlson Analytical does fungal -- fungal spore
18     analysis. I've also done ergonomic analysis, although
19     that's not my primary work. Indoor air quality
20     assessments. I'll do home assessments for indoor air
21     quality, both viable, nonviable fungal spore analysis.
22     And then I'll do particulate analysis with respect to
23     soot, char analysis, and that started September of 2 --
24     2011 is when we started doing that.
25  Q. Okay. About what percentage of your work in the last

## Page 11

1  year has involved analysis of fire debris as opposed to
2     analysis for fungal spores?
3  A. I'm going to give you a rough estimate in a range. I
4     would say probably -- because some of it is actually
5     mixed. So it's going to be a little difficult, and I
6     actually do both on a dataset, but, if you count both, I
7     would say between probably 50 and 75 percent.
8  Q. Okay. Can you give me examples of the types of people
9     or entities that hire N.G. Carlson Analytical?
10  A. Sure. There's been primarily two companies that hire
11     it. And I'm assuming -- are you -- point of
12     clarification, sir. Are you looking at primarily just
13     the soot and char, or are you looking at fungal, soot
14     and char?
15  Q. Everything.
16  A. Everything. Okay. The first one would be personal
17     homeowners that -- and there would be a wide variety of
18     them that would call and just say I've got a mold
19     problem and I need somebody to take a look at it about.
20     The second one would be FBS, and then there's also a
21     company, PCG, I believe, that has also had me do work.
22     There are a couple other companies. Their names escape
23     me, but they're similar, similar structure to what PCG
24     and FBS would be with respect to sending me samples and
25     then asking me to do analysis.

## Page 12

1  Q. Okay.
2  A. Is that helpful?
3  Q. Yeah. So with respect to all of your work --
4  A. Mm-hmm.
5  Q. -- whether it's related to mold spores or related to
6     soot and char analysis, can you tell me what percentage
7     of your work comes from personal homeowners who ask you
8     directly to analyze some sort of --
9  A. Yeah.
10  Q. -- substance?
11  A. I would say homeowners are -- represent -- it varies
12     annually, but definitely represent less than 25 percent.
13  Q. Okay. And then how about FBS?
14  A. It varies each year. I would say probably around
15     roughly 40 percent. It varies. Forty, 40 to
16     50 percent.
17  Q. And when you say FBS, you're talking about Forensic
18     Building Sciences, correct?
19  A. Yes, sir. Forensic Building Sciences.
20  Q. That's Tom Irmiter's company?
21  A. That's correct. Yes, sir.
22  Q. Then what does PCG stand for?
23  A. I would have to look that up. I'm not sure. I've just
24     seen PCG, and it's a -- I believe it's a -- it looks
25     like a law firm or something like that, and they have --

## Page 13

1  they do primarily work with fire cases, and they also do
2     some work that apparently runs into some mold issues.
3  Q. Okay. Do personal homeowners, have they ever contacted
4     you directly to analyze fire debris, or is that more the
5     mold issues?
6  A. I'm trying to think if anyone's ever done that. I think
7     primarily the personal homeowners are -- are fungal.
8  Q. Okay. And how about in terms of the work that you said
9     that 40 percent of your overall work comes from Forensic
10     Building Sciences? Is that a mix of fire debris and
11     mold analysis?
12  A. Yes. Lately -- and that shifted. When I first started
13     out, it was -- prior to 2000, it was all mold analysis.
14     And then the percentage has shifted over to higher soot
15     and char analysis as we've progressed.
16  Q. Have you ever done a soot and char analysis for anyone
17     other than FBS?
18  A. Yes. The PCG would be one, and then there's a -- there
19     was another company who just sent me one -- I can't
20     recall their name -- just recently. And I -- there's a
21     couple other companies, and I don't remember. I've only
22     done, I would say less than 10 percent business, but I
23     can't recall their names.
24  Q. Are the other companies also law firms?
25  A. I do not know.

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 4 of 29   PageID #: 4064

Page 14

1  Q. Okay.
2  A. Or I do not know, or I do not recall.
3  Q. About how many times have you analyzed debris for
4     Forensic Building Sciences, whether it be for mold or
5     for soot and char?
6  A. That's a -- I -- I don't recall for sure. I can give
7     you a range that it's -- let's see. It would be more
8     than -- definitely more than 200, probably less than
9     600.
10 Q. Okay.
11 A. Just to make sure I'm accurate.
12 Q. Somewhere in there?
13 A. Somewhere in that range --
14 Q. All right.
15 A. -- sounds good.
16 Q. Do you know how many times you've analyzed soot and char
17    for FBS?
18 A. It would be -- I'm going to guess it's -- well, I don't
19    want to say guess because I was attempting to determine
20    that before, looking through, and my emails didn't go
21    back to when I started as far as doing a count. So it
22    is more than 50 but less than probably 150, at my best
23    estimate.
24 Q. Okay. When you get a -- well, when FBS sends you a
25    sample they want analyzed, how does that communication

Page 15

1  happen? Is it by email or phone or what?
2  A. It can come several different ways. Primarily,
3     sometimes I will just get a package without any email
4     communication, and then I will do the analysis.
5     Sometimes I will get a -- a phone call just saying are
6     you available, we have samples coming. Not often that
7     I'll get an email notification of the way -- maybe
8     sometimes I will. In this case, as far as when I look
9     through the email chains, I didn't see an email coming
10    beforehand.
11 Q. Okay. Can you describe -- just if I -- well, first of
12    all, where is your lab located?
13 A. I do my analysis at two locations. One is I have a
14    microscope set up in my home, in my residence. Do you
15    need the address of that?
16 Q. No, I don't need the address.
17 A. Okay. All right. So I have a lab set up in my home.
18    And then I also use a microscope that I have available
19    at the lab at the University of Minnesota.
20 Q. All right.
21 A. But primarily most of the work is done at home.
22 Q. What kind of microscope?
23 A. It is -- the one at the lab is a -- it's a light
24    microscope. It is an Olympus. I don't know the exact
25    name of it. It's got 4X, 10X, 40X and 60X are the ones

Page 16

1  that I use on that one, and the -- and the name of the
2  scope that I have is escaping me. It's essentially a
3  light microscope. I don't recall the brand for the one
4  at home. And then I have 4X, 10X, 20X, 40X and 60X that
5  I use for analysis, and it's a light, both are light
6  microscopy.
7  Q. Okay. Do you have any equipment that can go beyond 60X?
8  A. I can, but I don't use that typically. There's an oil
9     immersion setting, and I typically don't go -- don't go
10    to that.
11 Q. Okay. So do you have any other equipment that you
12    consider part of the laboratory?
13         MR. SCOTT: Object to the form.
14 A. I -- I don't understand --
15 Q. (MR. DEVELLING) Sure.
16 A. -- exactly what you're -- you're talking about.
17 Q. Sure. Do you have any other equipment that you use to
18    analyze debris samples, other than those two
19    microscopes?
20 A. Well, let's just say I'll -- to maybe help clarify, I
21    use microscope slides. I use mounting fluids. I use
22    coverslips. I use a 3M red tartan Scotch tape. Let's
23    see if there's anything else. I may use something to
24    break a sample up a little bit if it's too compact, some
25    mechanical piece. Tweezers. That -- I think that would

Page 17

1  approximately be it.
2  Q. Okay. Do you have any equipment that's capable of doing
3     an elemental analysis of any debris?
4  A. I don't -- as you asked it, I'm not doing anything other
5     than visual light microscopy analysis. I'm not doing a
6     chemical analysis. Was that what you were asking?
7  Q. Yes.
8  A. Okay.
9  Q. Well, actually, what I want to know, if you have any
10    equipment capable of doing a chemical analysis.
11 A. No, I do not.
12 Q. Okay. Would you know how to run a test to determine the
13    elemental composition of any particulate material?
14 A. No. That's not the type of analysis that I'm doing.
15 Q. Okay. And are you trained to do that analysis?
16 A. To do the chemical analysis, no.
17 Q. All right. I've heard the certain laboratories
18    described as Level 1 laboratories and also Level 4
19    laboratories. Are you familiar with that distinction?
20 A. Yes, I am, sir.
21 Q. What's the difference between a Level 1 and a Level 4
22    laboratory?
23 A. Well, Level 1 laboratory will be doing light microscopy
24    to do a visual analysis through magnification of the
25    particles that are either on an Air-O-Cell sample or a

## Page 18

1   tease tape sample or bulk sample and look at it under
2   the microscope, but there is no chemical analysis done
3   on a Level 1 as to chemical composition of it.  There
4   isn't enhanced magnification through let's say electron
5   microscopy.  There isn't any other specific chemical
6   analysis of -- of the different types of particles in
7   there.  So I did -- I did not do any of that.
8   Q.  Okay.  Do you charge a flat fee for doing your Level 1
9   microscopy analysis?
10  A.  Yes.  I have two separate flat fees.  One is $35 for
11  both fungal and soot and char analysis, and another one,
12  if they need to have a rush sample, it's $50 a sample.
13  Q.  Oh, for rush?
14  A.  Yeah, for rush.
15  Q.  Okay.
16  A.  Yeah.
17  Q.  Do you charge anything additional for drafting a report
18  of what you saw?
19  A.  No.  The only additional charge I would is if -- if I
20  have to -- if they would like photographs included with
21  the report, I charge $5 for photographs because it takes
22  some time to put the photos in the report, but I don't
23  charge for putting together a report for that analysis.
24  Now, if I am asked to comment on or give interpretation
25  on the report, then I charge $150 an hour to prepare

## Page 19

1   that for just a straight one, nonlegal, but just a
2   straight one.
3   Q.  Okay.  In this case, did you do any interpretation of
4   the results, or did you just provide FBS with the --
5   with the results themselves?
6   A.  I didn't do any extensive interpretation.  About the
7   only thing that would be construed as interpretation
8   probably would be that I bolded some areas.  Let me take
9   a look at the re -- may I refer to the report, sir?
10  Q.  Yeah.  Why don't we do this.
11  A.  Okay.
12  Q.  I already marked color --
13  A.  Okay.
14  Q.  -- copies of both reports as Exhibits 2 and 3.
15  A.  Sure.
16  Q.  This would probably be a good time for me to hand these
17  over to you.
18  A.  Okay.
19  Q.  First of all, is Exhibit 2 a true and correct copy of
20  your report with respect to samples from the Days Inn on
21  Hemlock Street?
22  A.  I'll just -- if you don't mind, I'll just compare to
23  what I've got --
24  Q.  Sure.
25  A.  -- to make sure that it's accurate.

## Page 20

1   Q.  Yeah, by all means.
2   A.  Let's see where -- there's the Days Inn.  Yes, sir.
3   Q.  All right.  So Exhibit 2 is a complete copy of your
4   report with respect to the Days Inn, correct?
5   A.  Yes, sir.
6   Q.  And if you could look at Exhibit 3 and let me know if
7   that's a true and correct copy of your report with
8   respect to the Rocky Waters Motor Inn.
9   A.  Yes, sir.
10  Q.  All right.  Now I forget the original question that
11  caused us to get those out.
12  A.  Oh, we were -- I think, sir, we were trying to determine
13  if I gave you any more interpretation of the analysis.
14  Q.  Correct.
15  A.  Is that correct, sir?
16  Q.  Yeah.  Could you let me know if you did provide any
17  additional interpretation beyond just the, you know,
18  characterizing the results themselves?
19  A.  I think the only other interpretation would be in the
20  discussion session, and it would just give the range of
21  -- of the relative concentration of the char-like and
22  soot-like particles in both -- in both of those.  I also
23  stated that they didn't do any chemical identification.
24  So essentially stating that I'm not doing a Level 4
25  analysis.

## Page 21

1   Q.  Okay.
2   A.  I'm doing a Level 1.
3   Q.  Are there organizations that provide accreditation to
4   laboratories?
5   A.  There are.  I think the -- I participate in the ones
6   that deal with fungal identification.  I'm not -- I'm
7   not cognizant of the specific one associated with the
8   Level 1 analysis.
9   Q.  All right.  Is your laboratory accredited by anyone?
10  A.  For -- for -- no, it is not.
11  Q.  Okay.  And is there any specific accreditation for
12  laboratories analyzing fire residue?
13  A.  I -- there may be.  I'm -- I don't know.
14  Q.  Is there any specific accreditation, to your knowledge,
15  for laboratories analyzing fungal spores?
16  A.  Yes, there is.  The fungal spore accreditation is
17  handled with the American Industrial Hygiene
18  Association.  They have a couple different levels of
19  accreditation.  They have one process that they do
20  through EMPAT that has for culturable fungi.  There's
21  also one that they do for nonviable fungal organisms.  I
22  do participate in the -- in both of those through the
23  University of Minnesota.  Our specific lab though is not
24  accredited with the -- with that organization.
25  Q.  All right.  And does that include the -- that would

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 6 of 29   PageID #:
4066

Page 22

1    include your lab that you have at home and what you use
2    at Minnesota?
3    A. I'm not exactly sure we're -- are you saying being not
4    accredited, or what are you saying?
5    Q. Yeah. If I understood your testimony earlier, you said
6    you sometimes use a microscope at the University of
7    Minnesota, and you sometimes use one that's at your home
8    laboratory, correct?
9    A. Yes. Yes.
10   Q. Do you know where you performed the analysis in this
11   case?
12   A. I -- I do not recall. It would have been in one or the
13   other. I would say, given what I'm looking at here, let
14   me look at the --
15   Q. Sure.
16   A. May I look at the photos? And that would tell me. The
17   photos are taken with my microscope at home. If I took
18   the photos with the microscope at the university, there
19   would be a grid marking.
20   Q. Okay. Your home lab is not accredited by -- or
21   accredited by any organization, correct?
22   A. That is correct. Yes, sir.
23   Q. Do you have any background in the field of construction
24   or engineering?
25   A. Modest background. Not in -- not with respect to

Page 23

1    construction, but with respect to investigating
2    buildings that have had water damage and that type of
3    stuff, and some experience with plan review for building
4    construction, and then in certification of buildings
5    post construction.
6    Q. And what is your role in -- in those instances?
7    A. In those instances -- and those are primarily done
8    through the University of Minnesota. I will get a plan
9    review and then determine if the ventilation system is
10   set up appropriately for the type of occupancy in the
11   building, and then will do some review about proper
12   drainage systems on the -- on the building. Not -- and
13   then, when they're doing remodeling for a roofing
14   project, will take a look at the location of the -- of
15   the asphalt device and with respect to air intakes.
16       For the consulting, I have done some inspections,
17   and more recently, and that would be after these reports
18   were done, but in a building where there's been
19   significant fire damage. And they ask me to come in and
20   assist with developing a sampling protocol and then
21   analyzing the -- samples.
22   Q. Do you have any medical training?
23   A. I received training as a certified nursing assistant and
24   I've taken other courses, but I don't have any degree in
25   that.

Page 24

1    Q. Okay. You've never been licensed in the medical field?
2    A. No, I have not been licensed.
3    Q. Do you have any training in toxicology?
4    A. Yes. I've had training in toxicology through the
5    University of Minnesota with respect to the master's
6    program I had. I took a course in toxicology. I also
7    took some courses in -- there was a seminar that was in
8    New York on microtoxins. So I've done some work on
9    that. And there -- through the continuation education
10   that I received here, there's probably been many other
11   courses on it, but I don't recall all of them.
12   Q. Okay. You're not a toxicologist though?
13   A. That is correct.
14   Q. Okay.
15   A. I am not a toxicologist.
16   Q. Are your opinions in this case, are they fully expressed
17   here in what you see as Exhibits 2 and 3?
18   A. As far as I know, unless you ask me a question that
19   might trigger something else.
20   Q. Sure.
21   A. But as far as I know, yes.
22   Q. Okay. Let's talk about, first of all, your report for
23   the Days Inn.
24   A. Okay.
25   Q. I believe we marked that as Exhibit 2, right?

Page 25

1    A. That is correct. Yes, sir.
2    Q. Actually before we get into that, you -- so when you're
3    retained by FBS, they send you -- well, how do they send
4    you samples to analyze?
5    A. There's a couple different ways that they send.
6    Sometimes they will personally drop it off at my -- at
7    the university location and hand it to me. In other
8    ways, they will ship it by mail to my residence. They
9    may also have it sent by UPS or FedEx and have it placed
10   in a box by my door.
11   Q. Do you know how the samples in this case were delivered
12   to you?
13   A. I don't recall, sir.
14   Q. Okay. Suffice to say though, at some point you received
15   some samples from FBS with respect to the Days Inn and
16   the Rocky Waters Motor Inn, correct?
17   A. Yes. That's correct, yeah.
18   Q. And I assume you're -- the only basis you had for
19   knowing that they came from Days Inn and Rocky Waters
20   Motor Inn was information you got from FBS, correct?
21   A. That is correct, sir, yes.
22   Q. Have you -- have you ever been to either of those
23   properties?
24   A. I have not been to those properties, sir.
25   Q. Okay. And by the way, in this case, have you -- have

Page 26

1  you reviewed any -- any estimates related to the
2  insurance claim?
3  A. I want to think for a second to make sure. I don't
4  recall seeing any estimates on this one, and, if
5  something comes to light later, that would be just
6  because of faulty memory, but I don't recall.
7  Q. Have you reviewed any other expert reports in this case?
8  A. I did review one, two sets of other expert reports with
9  respect to both the Rocky Waters Motor Inn and the Days
10 Inn.
11 Q. And what reports were those?
12 A. That was a Level 4 analysis, and I don't recall the name
13 of the company. That was done on both properties.
14 Q. Okay. Was it Enrique Medina Alliance Consulting?
15 A. I -- I -- I think that's probably it. I don't recall
16 the name, but I think so.
17 Q. Okay.
18 A. Is it a company based out of California?
19 Q. Yes, sir.
20 A. Okay. Then I believe that would be it.
21 Q. Okay. Beyond -- beyond the fact that they did a Level 4
22 analysis, as you sit here today, do you have any
23 specific recollection of Mr. Medina's or Alliance
24 Consulting's findings?
25 A. Other than the fact that it was a Level 4 and that they

Page 27

1  found, or they found -- at least reading through it,
2  based on their report, they found char and soot
3  particles and that there was a suggestion about using
4  that analysis to determine possible origin of the fire.
5  Q. Okay. Beyond that, do you have any recollection or
6  opinions about the report?
7  A. Not that I can recall right now. But if there's another
8  question that comes up that triggers it, I will respond.
9  Q. Certainly. Okay. All right. So, once you receive a
10 sample from FBS, what do you do with it?
11 A. Well, the first thing I do is take it into my lab area,
12 and then I will sign off on the -- the chain of custody.
13 So I'll -- I think I probably got a copy of it for each
14 one. But I'll sign and date when I receive the sample,
15 and then -- then I'll sign and then I will date it when
16 I did the analysis.
17 Q. Where -- where is your lab located in your home?
18 A. It is in -- I got to get the directions right. It is in
19 the southwest corner of my house.
20 Q. First floor or basement?
21 A. It's -- it's a split level. So it would be first floor.
22 Q. Okay. Is it an isolated room?
23 A. It's an isolated room. I have a microscope set up with
24 my Sharps boxes on one side and then tease tape,
25 mounting fluid equipment on the other side. And then I

Page 28

1  have a location where I can do my write-up on the
2  report, and then a disposal spot for the materials when
3  I'm finished.
4  Q. Okay. I asked a little bit earlier about accreditation
5  for laboratories.
6  A. Yes.
7  Q. Is there any licensing or accreditation that is given
8  out to individuals like yourself?
9  A. I am not aware of that. Or I'm -- now let's clarify
10 your question. Is that with respect to analysis of char
11 and soot? Is that what you're asking, or...
12 Q. Well, let's start there. With respect to analysis of
13 char and soot, is there any accreditation that's given
14 out to individuals?
15 A. I do not know if there is. If there is, I'm not aware
16 of it.
17 Q. How about with respect to analysis of fungal samples?
18 A. Well, the accreditation that I talked to, referred to
19 previously with respect to the American Industrial
20 Hygiene Association, and EMPAT does have accreditation.
21 Q. Okay. And earlier I asked if your laboratory was
22 accredited. Let me ask the same question. Are you
23 personally accredited by any organizations or licensed
24 by any organizations?
25 A. I'm not accredited for any specific analysis. I do have

Page 29

1  a certified industrial hygienist, but that's not an
2  accreditation. Is that clear --
3  Q. Yeah.
4  A. -- for you?
5  Q. That's clear. Okay. So once you -- explain to me the
6  process of getting the samples out of their container
7  and onto a -- onto a slide, a microscope.
8  A. Sure. The samples would typically be in a -- in a box
9  or a plastic Ziploc bag. I don't recall specifically
10 with respect to these samples. I'd take the sample out,
11 and it depends on -- if it's okay, I'm going to look and
12 see if, you know --
13 Q. Sure.
14 A. -- what type we've got. So these, in the -- right now
15 we're referring to Days Inn, correct?
16 Q. Well, my question is more general.
17 A. Okay. So for an Air-O-Cell cassette, I would write down
18 the information that's presented on the Air-O-Cell
19 cassette and place it on a lab report form. And, for
20 instance, sample 1, and then all the information I can.
21 Do a line below that and then take the -- there's an
22 inside -- open up the Air-O-Cell cassette, and inside
23 there there is a -- let's say a slide with a gel that's
24 on one side, and no gel on the other. I'll place that
25 on top of a microscope cover, microscope slide, and then

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 8 of 29   PageID #:
4068

## Page 30

1 place mounting fluid on a clear coverslip, and then
2 place that directly on top of the -- of that material,
3 and then take that directly onto a microscope stage and
4 then visually look through the field. And then for
5 soot-like and char-like particles, then and also look
6 for fungal particles. And in some case, with respect to
7 the Air-O-Cell cassette, make some sort of determination
8 with respect to the density of the trace and then mark
9 that information down in the lab note here. Once I'm
10 done with that, then I will dispose of that in a Sharps
11 container.
12 Q. Okay. Where does your training or expertise in terms of
13 how to visually differentiate between char and soot come
14 from?
15 A. When we first began, Tom Irmiter approached me and he
16 asked me if I could do this analysis. And I said I am
17 not familiar with it, and so we talked about ways of
18 getting me familiar with it. So he purchased a large
19 collection of different styles of wood. And so I took
20 the wood into the laboratory, and at this time it was a
21 laboratory that was over at Boynton Health Service, and
22 we moved positions. And then I burned each different
23 kind of wood and then took an Air-O-Cell cassette
24 analysis or Air-O-Cell cassette sample close to the
25 piece of wood. And then I looked at the resulting char

## Page 31

1 from the different styles of wood. So that gave me some
2 comfort level with respect to the variety of char styles
3 I may anticipate seeing. So, after seeing a large
4 number of them, I was able to -- to be comfortable with
5 that analysis. Then, with respect to soot analysis, I
6 burned some other material, primarily material that
7 produced a little bit better soot particle. The wood,
8 with the high temperature of burner, primarily produced
9 more char than soot. And then we also had some
10 electrical fires on campus that produced a large amount
11 of soot particles. And there's a YouTube video out
12 there that shows me taking a sample of that. Then I
13 looked at the soot particles generated by that. And
14 then also did online references. And I don't have the
15 specific ones for you, but looking at here's how soot
16 particles present and how they compare to some other
17 particles that are somewhat similar.
18 Q. Have you ever received any training from any third
19 parties as to how to visually differentiate between soot
20 and char particles?
21 A. Not the -- not -- no -- no in-person third-party
22 training. No.
23 Q. Okay. How does the appearance of char and soot
24 particles differ under a microscope?
25 A. The char particle will typically be larger. It will be

## Page 32

1 very plainer. It will have defined edges. Sometimes
2 the char particle will have open circles in several
3 spots due to the type of burn it's had. They may be a
4 black and opaque with sharp edges, or they may be sort
5 of amber colored, but, in general, they're fairly --
6 they're kind of -- I would call it sheets or very thin
7 sheets with much larger width and length than -- than
8 depth. Very thin.
9 The soot particles are typically less than one
10 micron in size. They'll be a spherical. They tend to
11 agglomerate into what look like small grapelike
12 clusters. The edges are irregular. They're -- they are
13 less opaque or less dark than the char particles and
14 they'll have uneven edges. And they'll -- it's very
15 difficult with the light microscopy -- microscopy to
16 pick out one, but it can be pick out clusters. So
17 that's why it's more of a presumptive method of doing --
18 you need electron microscopy to pick up something
19 because it's outside the optical limit of the light
20 microscopy.
21 Q. Okay. And the light microscopy goes -- on yours, goes
22 up to only 60 times, right?
23 A. That's as high as I choose to look at -- at the
24 particular samples I look at, yes.
25 Q. Okay. In terms of your lab analysis, do you -- do you

## Page 33

1 analyze the Air-O-Cell cassette samples any differently
2 than tape samples?
3 A. With respect to counts, it's slightly different. So the
4 Air-O-Cell cassette samples, typically there are -- at
5 400x, there's typically approximately 25 fields from one
6 end of the trace to the other. So, with respect to the
7 number that's listed after like char, soot, that is
8 the average number of that type of particles in that
9 field. So, for instance, if I'll go along in -- in this
10 section, and it depends on how many that are there, if
11 it's a small number, then I will actually count the
12 whole number of that type of particles from one end to
13 the other and divide that number by 25 to get -- to get
14 the number that's associated with this.
15 So, in other words, if I find 25 particles of char
16 all the way through that whole trace, then the answer
17 would be one, because there's one particle per field.
18 Let's see here.
19 Q. So just so I have that clear then, so like if we look at
20 the report that's marked as Exhibit 2 as an example --
21 A. Right.
22 Q. -- we have sample number 9, Room 412, dividing CMU. Do
23 you see that?
24 A. Yes.
25 Q. And it says, char 1 to 2. Do you see that?

Page 34

1   A. Yes.

2   Q. Does that mean that's 1 to 2 particles per field that

3       you observed?

4   A. That's correct, yes.

5   Q. And what is the size of that field?

6   A. The size of the field is the size of the field

7       circumscribed by the 400x. I can give you a rough

8       estimate of the size. It's approximately -- well, I

9       would have to -- I'd have to measure it out with a

10      micrometer. It's approximately -- do my diameters

11      right. I think it's -- I'm going to give you

12      approximate range between 150 and 200 micrometers in

13      diameter.

14  Q. Okay. And how about in terms -- my -- my math is not as

15      good as yours. Can you express that in square

16      millimeters?

17  A. Well, let's see. I'd have to take it times pi.

18  Q. Okay.

19  A. Let's say I can do the radius. Let's say the radius is

20      roughly 100. It's not a very big one as far as

21      millimeters. It's micrometers. So do you really need

22      it? I mean we can...

23  Q. No, I don't need an exact answer.

24  A. Okay.

25  Q. And if you don't have a reasonable approximation,

Page 35

1       there's no need to stop and figure it out.

2   A. Yeah.

3   Q. But is it -- after you've looked -- strike that.

4       Excuse me. For the record, I just had to stop and

5       take a drink of water.

6       When you're analyzing the tape samples or the

7       Air-O-Cell samples, do you look at the entire field?

8   A. As much as I can. In some cases, for instance, if I may

9       refer to this, I think there's one. For instance, there

10      was a tease tape sample that had char of 50 plus. I

11      would look probably at the field, kind of zoom in a

12      couple spots, but, if it's essentially opaque, I'm not

13      going to go into every one that looks like there's a lot

14      of problems. If there's a really low count, then I'm

15      going to have to go through the whole field to make sure

16      I'm -- because I'm looking for a needle in a haystack

17      essentially.

18  Q. Okay. So, in terms of the field size that this is, we

19      use number 9 as an example, char 1 to 2 particles,

20      correct?

21  A. Yeah.

22  Q. And that's expressed as 1 or 2 particles per field that

23      you're viewing under the microscope, correct?

24  A. Yeah. Yeah.

25  Q. And I don't -- I don't need an exact figure. But is

Page 36

1       that more or less than 1 square millimeter field?

2   A. It would be less.

3   Q. Okay. Looking at Exhibit 2, my understanding is that

4       the notation Asp/Pen heavy, that's a reference to mold

5       spores, correct?

6   A. Yes. It's -- it's a reference to Asp/Pen mold spores.

7       The reason why it's designated Asp/Pen is the spores are

8       similar to those produced by an aspergillus or

9       penicillium organism, but using this technique with the

10      tape, it's unable to differentiate between the two.

11      That's why it's referred to Asp/Pen.

12  Q. Unable to differentiate between the aspergillus and

13      penicillium?

14  A. That is correct. Yes, sir.

15  Q. All right. So you've -- in Room 407, interior wall, the

16      first sample that you analyze here on Exhibit 2, this is

17      a Days Inn, you noted that Asp/Pen was heavy, correct?

18  A. Yes.

19  Q. Do you know how many particles per field there were?

20  A. That one I don't typically measure in particles per

21      field. If I -- if I may refer to the interpretation on

22      -- let's see if I've got one in this one. This one

23      actually -- okay. I usually have a fungal

24      interpretation. This one I don't. The typical fungal

25      interpretation is if I see fungal growth, so actual

Page 37

1       growth of a -- of organisms or a large number of fungal

2       spores. But in this particular case the primarily --

3       primary analysis is focused on the soot and char; not so

4       much in that. If I'm doing a specific fungal analysis,

5       then I'll give you actual spores per cubic meter, but I

6       didn't do that in this case.

7   Q. Okay. As you sit here today, we have no idea what the

8       spores per cubic millimeter of mold spores was, correct?

9   A. No, I don't have a specific one.

10  Q. Okay.

11  A. In that it's based on past experience, it looked like

12      there was a significant number that -- and when I do

13      that, it just -- when I make this notation, it's just

14      suggesting that when the person is looking at the spot

15      that there may be an internal source for that organism

16      in that space. And typically they'll follow up and try

17      to figure out where that is or what's -- what's the

18      problem.

19  Q. Okay. So on the sample number 1, Room 407, interior

20      wall, what was the proportion of mold spores that you

21      observed to char and soot particles?

22  A. I won't give you a -- I can't give you an exact one, but

23      I would say -- let's see. If I'm looking at maybe a

24      1,000 to 1 or something or more.

25  Q. So like 1,000 -- 1,000 units of the mold spores to 1

Page 38

1　unit of the char and soot?
2　A. Yeah. Since the char and soot are negligible there.
3　Q. Okay.
4　A. There's not very many. So it would be primarily those.
5　And I'm ball-parking it with respect to 1,000.
6　Q. Sure. You've got Asp/Pen noted at moderate to light
7　down here on sample 10. Can you tell me what range of
8　spores is moderate to light?
9　A. I would -- and I'm -- again, I'm going to give you a
10　ballpark, but I would say somewhere between 10 and maybe
11　75, or something like that.
12　Q. All right.
13　A. Per -- for that whole trace.
14　Q. And that's particles per field, right?
15　A. No. That would be if you're looking at that more of
16　particles per -- per cubic meter.
17　Q. Okay.
18　A. And in these samples there are 30-liter samples. So...
19　Q. Do you have any opinion on whether air samples or
20　surface samples are more reliable?
21　A. I'll say in some cases it depends. It's easier to get
22　recovery from a surface sample than it is from an air
23　sample because the air samples tend to be variable and
24　are affected a lot more by let's say a disturbance in
25　the environment, and there's a lot more variables. So

Page 39

1　I've taken samples in, let's say, a half hour apart, and
2　it's been very different. So there's a lot of
3　variability associated with the air samples. With a
4　surface sample, it tends to be less variable.
5　Q. Okay. Is that because a surface sample has to be
6　disturbed more to -- to move?
7　A. I would say, yes, or it's settled there and it hasn't --
8　you know, I'm not -- I'm not relying on the aerodynamics
9　of the particles to move around or mechanical force to
10　move it.
11　Q. Okay. So there's a column on here in Exhibit 2 titled
12　Trace Density. Do you see that?
13　A. Yes.
14　Q. Where do the terms moderate or light to moderate or
15　heavy come from? Are those from some independent
16　source, or are those your characterizations?
17　A. They're my characterizations. I've seen them on other
18　reports. And essentially it helps. At least my
19　intention is to help the person that I'm sending the
20　sample, saying that -- that there's a -- and it's kind
21　of a -- it's on a relative scale, but are -- are the
22　particles very dense or are they not too numerous. So,
23　in other words, it would be I can give you a ballpark,
24　and it may be less than 10 particles per field on a
25　rough basis would be considered light. I mean I'm

Page 40

1　looking through and I can see fairly clearly. For a
2　heavy one I would see almost a matte of particles, and
3　that would make it more difficult for me to see, to
4　determine the particles that are -- are -- are present
5　and do an identification on.
6　Q. Okay. Let's move. Just past that table there's a Char
7　and soot-like particle interpretation section there. Do
8　you see that?
9　A. Yes.
10　Q. Where does that table come from?
11　A. That one was -- and I can't -- I don't recall the exact
12　place it was from. I think Tom Irmiter may be able to
13　help you answer that question.
14　Q. Okay. So, as you sit here today, you don't know where
15　this table came from?
16　A. I don't remember. I don't recall exactly where it came
17　from, but I recall somehow looking through some other
18　reports and finding that this seemed to be more or less
19　a way that people were looking at it. It is similar to
20　what -- as far as interpretation, I don't think it's
21　there, but the EMLab P&K seminar on it did have
22　subrogations based on that that were fairly similar to
23　this. So I would say that would probably be close to.
24　Q. That kind of brings me to my next question. Is there a
25　generally accepted particle count that constitutes, you

Page 41

1　know, negligible, limited, moderate, or significant, or
2　major?
3　A. I think there's general agreement on the major part of
4　it. In other words, if they're -- the way that this is
5　typically interpreted is primarily tease tape
6　samples slightly modified for the Air-O-Cell sample.
7　But for a tease tape sample, if about 50 percent of the
8　particles you observe in a field are of one type, that
9　would be considered a major impact. And if you can't --
10　then on the other end it's negligible if you can only
11　find less than 1 particle. That would be considered
12　negligible. In between there I think there's probably
13　some room for interpretation.
14　Q. Okay. Is there any publication you can point me to that
15　establishes any sort of standard for how these particle
16　counts are characterized?
17　A. There may be some, but I can't off the top of my head.
18　Q. Okay.
19　A. No.
20　Q. So like if you look at the trace density of sample 1 in
21　Room 407, it's described as moderate, correct?
22　A. Yes. Yep.
23　Q. And the primary particles, you observed char less than
24　1; soot less than 1, correct?
25　A. Yes.

Page 42

1  Q. And if we go to char and soot-like particle
2     interpretation, moderate is 2 to 10 particles per field,
3     correct?
4  A. No. The -- you're looking at the trace density? Or
5     where are you?
6  Q. Yes.
7  A. Okay. You're looking at -- sorry.
8  Q. That's okay.
9  A. The moderate, the trace density has nothing to do with
10    that interpretation.
11 Q. Okay. And why not?
12 A. It just has to do with the total number of particles
13    that are in there, but not the -- the number, if you're
14    going to interpret it, that would be the number after
15    the char. So look at the number after the char. It's
16    less than 1. And then, if you look at the -- that would
17    be particles per field. Does that make sense to you?
18    So it would be under the limited impact of smoke.
19 Q. Okay. All right. So 1 would be --
20 A. Less than 1 would be.
21 Q. -- limited?
22 A. Yeah.
23 Q. Correct?
24 A. Yep.
25 Q. All right. 4 would be limited to moderate, correct?

Page 43

1  A. Yeah. 4 would be like moderate, yeah.
2  Q. For char at least?
3  A. Yeah.
4  Q. Correct?
5  A. Yeah.
6  Q. Sample 6 would be limited, correct?
7  A. Yep.
8  Q. Okay. Sample 9 would be limited as well, correct?
9  A. That's correct, yes.
10 Q. As to char?
11 A. Yep.
12 Q. And back to sample 1. Soot would be negligible,
13    correct? Or limited?
14 A. Limited, yep. Yep.
15 Q. 4 would be negligible, correct, for soot?
16 A. Yeah. That be would be negligible. Yep.
17 Q. All right. 6 would be limited for soot -- or negligible
18    to limited for soot, right?
19 A. Negligible for soot, yeah.
20 Q. Okay. So 9 would be negligible for soot, correct?
21 A. That's correct. Yes.
22 Q. Sample 9 would be limited impact for char, correct?
23 A. Yes.
24 Q. And then sample 10 would be negligible impact for both
25    char and soot, correct?

Page 44

1  A. Yes.
2  Q. Sample 12 for char would be significant impact, correct,
3     for char?
4  A. Yes.
5  Q. Okay. And it would be negligible for soot, correct?
6  A. Yes.
7  Q. Sample 13 would be moderate impact for char and
8     negligible for soot, correct?
9  A. Yes.
10 Q. Okay. Samples 14 and 16 would be negligible for both
11    char and soot, correct?
12 A. Yes.
13 Q. Sample 17 would be limited for char, correct?
14 A. Yes.
15 Q. Negligible for soot, right?
16 A. Yes.
17 Q. Sample 19 would be limited for char, correct?
18 A. Yes.
19 Q. And negligible for soot?
20 A. Yes.
21 Q. And sample 20 would be limited for char and negligible
22    for soot, correct?
23 A. Yes.
24 Q. Okay.
25 A. And did you want to do 19, or not?

Page 45

1  Q. Did I skip 19?
2  A. Yes.
3  Q. Ah. 19 would be limited to moderate for char and
4     negligible for soot, correct?
5  A. Yes.
6  Q. All right. Did you have any role in determining where
7     these samples were taken from?
8  A. No, I did not.
9  Q. Is there a typical number of samples that you receive
10    when you're doing work with FBS?
11 A. No. It's highly variable. It depends on how many
12    samples that they -- in their professional opinion
13    determine they need to set up the scope. And I assume
14    there's also a budget involved as far as how many
15    samples that they're allowed to take.
16 Q. Are you aware of any established standard or protocol
17    governing the number of samples that must be taken per
18    square foot or cubic foot of a building?
19 A. I am not personally aware of that.
20 Q. Okay. So, if we move down here to the tape samples on
21    Exhibit 2, you see there's one Room 407 wood burning
22    fireplace tape lift. Do you see that?
23 A. Yes.
24 Q. And it looks like you've identified quite a bit of char
25    in that sample, correct?

## Page 46

1  A. Yes.
2  Q. And that's 50 plus particles of char, right?
3  A. Yes.
4  Q. But no soot, correct?
5  A. Yes.
6  Q. Okay. Is there a typical proportion of char to soot
7  that you see in wildfire residue?
8  A. I would not be qualified to answer that question.
9  Q. Okay. Would you be qualified to -- well, let me ask a
10  similar question. Is there a typical proportion of char
11  to soot that you would expect to see just from use of a
12  wood burning fireplace?
13  A. I'm not -- I don't know.
14  Q. Okay. Do you consider yourself qualified to even answer
15  the question?
16  A. With respect to knowledge about the proportion of char
17  and soot emanating from a fireplace, I'm not qualified
18  to answer that question.
19  Q. Okay. Do you expect to see more char or soot in a
20  wildfire?
21       MR. SCOTT: Object to the form.
22  Q. (MR. DEVILLING) That was a poor question.
23    Do you know if -- if you would expect to see a
24  higher level of char or a higher level of soot in a
25  wildfire?

## Page 47

1  A. I'm not qualified to answer that.
2       MR. SCOTT: Object to the form.
3  A. Sorry.
4  Q. (MR. DEVILLING) Let's look at Exhibit 3.
5  A. Okay. That is the Rocky Waters Motors Inn?
6  Q. Correct.
7  A. Okay.
8  Q. And Exhibit 3 is a true and correct copy of your report
9  with respect to your analysis for the Rocky Waters Motor
10  Inn, correct?
11  A. Yes.
12  Q. Okay. And it's got the same char and soot-like particle
13  interpretation table, correct?
14  A. Yes.
15  Q. Okay. So is trace density, in that column, is that
16  basically like your impression just looking at the
17  density through the microscope?
18  A. Yes. It's looking at the total number of particles,
19  irrespective to type.
20  Q. Ah, okay.
21  A. Does that help?
22  Q. Yes. Yes. Okay. So, for example, sample number 4,
23  Room 105, bathroom, dropped ceiling, it says trace
24  density very heavy. That just means it's a very heavy
25  concentration of lots of different types of particles?

## Page 48

1  A. Yes.
2  Q. All right. And do you know what types of particles
3  those might be?
4  A. I don't recall. I'll see -- if it's okay for you, I'll
5  see if I have the photo from that.
6  Q. Sure.
7  A. It might help. I do not have the photo from that; so I
8  would not know.
9  Q. In analyzing samples like this under a microscope, are
10  you typically seeing more particles than just the char
11  and the soot?
12  A. Yes.
13  Q. For example, there could be -- there could be like
14  residual dead skin, correct?
15  A. Yes.
16  Q. Could be dead insects in there, correct?
17  A. Yes.
18  Q. All right. Could be burnt clays, right?
19  A. There could be; although, I -- I don't do analysis for
20  that. So...
21  Q. Okay. Suffice to say, there's lots of other types of
22  residue in -- in a tape sample that you're looking at,
23  correct?
24  A. Yes.
25  Q. And what you're doing is just trying to identify the

## Page 49

1  char and the soot within all those other types for your
2  analysis?
3  A. The char-like and soot-like particles.
4  Q. Okay.
5  A. Yes.
6  Q. Okay. If we look at this report here, Exhibit Number 3,
7  let's go to the -- let's take sample number 2 and sample
8  number 4 as an example. So, when you're looking at
9  sample number 2 and describing the trace density as
10  light, can you give me an estimate of the number of
11  particles per field that you're talking about there?
12  A. It would be a range probably less than 5 particles per
13  field. It's very easy to see through. There isn't a
14  lot of obstruction.
15  Q. Okay. And then we've got number 4. Trace density is
16  described as very heavy. Can you tell me about how many
17  particles per field very heavy would be?
18  A. There would be thousands of particles per field.
19  Q. Okay.
20  A. It would be essentially like looking like this.
21  Q. Okay. So, when we see under number 4, 8 to 10 char
22  particles per field, that says nothing about what the
23  percentage of char is with respect to all of the other
24  substances that are on that tape, correct?
25  A. Yes. That would be correct.

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 13 of 29   PageID #: 4073

Page 50

1  Q. Okay.
2  A. The char particles would typically be the darker
3  particles, and there would be lighter colored particles
4  that I wouldn't know. And in that case the soot
5  particles would be extremely hard to see because they're
6  smaller, and they would be covered up by everything
7  else.
8  Q. Understood. Okay. If you go to the tape samples, it
9  looks like sample 1 and sample 12 are both fireplace
10  samples, correct?
11  A. Yes.
12  Q. And number 1 you found char particles 20 to 30, and soot
13  50 plus, correct?
14  A. Yes.
15  Q. And then sample 12, you have char participate 10 to 20
16  and soot 50 plus, correct?
17  A. Yes.
18  Q. If you compare that to the fireplace sample that was
19  taken from the Days Inn, that would be sample number 2.
20  Do you have that?
21  A. Yes. I have both of them. That would be sample number
22  2 from the -- let me make sure I've got the exhibit
23  right.
24  Q. Exhibit 2.
25  A. Yes. That's correct, yeah.

Page 51

1  Q. So, comparing sample 2 from the Days Inn from sample 1
2  from Rocky Waters Motor Inn, there are a few differences
3  there, correct?
4  A. Yes.
5  Q. All right. For one thing, there's soot at Rocky Waters
6  Motor Inn, but no soot over at the Days Inn, correct?
7  A. Yes.
8  Q. Can you explain --
9    MR. SCOTT: Object to the form.
10    MR. DEVILLING: Yeah. Let me restate that
11  question.
12  Q. (MR. DEVILLING) so, for one thing, there's soot shown
13  in sample number 1 from the Rocky Waters Motor Inn, but
14  no soot shown in sample number 2 from the Days Inn,
15  correct?
16  A. Yes.
17  Q. All right. Can you explain why there is 50 plus level
18  of soot in sample number 1, but no soot in sample number
19  2?
20  A. It would require me to speculate.
21  Q. Okay. And can you tell me why there's a difference in
22  the proportion of char to soot in -- as between sample
23  number 1 and sample number 2?
24  A. Again, it would require me to speculate.
25  Q. Okay. What are there -- what potential reasons could

Page 52

1  there be for presence of 50 plus soot particles in one
2  wood burning fireplace and no soot particles in another
3  wood burning fireplace.
4  A. Well, there may be --
5    MR. SCOTT: Object to the form. I think
6  he's already testified that he's not qualified, but you
7  can answer.
8    THE WITNESS: Yeah.
9  Q. (MR. DEVILLING) If you know.
10  A. It would be generally a different combustion
11  temperature, or it may be a different sampling location.
12  Q. Okay.
13  A. So there may be some char over here. May be some soot
14  over here, and you're sampling with a tease tape, trying
15  to represent an area. So...
16  Q. Okay. And, again, I'm just asking you what some
17  possibilities might be.
18  A. Yeah.
19  Q. And not...
20  A. Yeah.
21  Q. I understand that's not -- not something that you know
22  for certain, correct?
23  A. That is correct. Yes.
24  Q. Okay. If you go back to the char and soot-like particle
25  interpretation on here, you see it's listed at 400x,

Page 53

1  correct?
2  A. The -- that's -- yeah. That's the magnification.
3  Q. Okay. Now, if we go to your comments after the tables,
4  right now I'm looking at the Rocky Waters Motor Inn
5  Report. That's Exhibit 3.
6  A. Yes. And are -- a question. You're referring to the
7  discussion section?
8  Q. Well, I want to talk about methods first.
9  A. Okay. Yes.
10  Q. It says the Air-O cassette traces were identified under
11  light microscopy viewed at 100x, 200x and 400x, correct?
12  A. Yes.
13  Q. I thought you said your microscope only went to 60x.
14  A. No. 600. It's -- the 60x is the magnification.
15  There's a 10. Good question. There's a 10x, 10x up
16  here and 60 down here.
17  Q. Ah.
18  A. And that goes --
19  Q. Okay.
20  A. So thank you for clarifying that.
21  Q. Thank you for clarifying.
22  A. Yes.
23  Q. That's what I was --
24  A. I couldn't see very much if it was only 60.
25  Q. Yeah. Okay. So you've got -- you've got one lens up

Page 54

1  top that's 10 and the other, that's 60. At the bottom,
2  you put it together, you get 600, correct?
3  **A. That's correct. Yes.**
4  Q. Okay. Thank you. And then to change the magnification,
5  you just change out the lens at the top, correct?
6  **A. You change out the lens at the bottom.**
7  Q. Ah, okay.
8  **A. 10 always stays up at the top, and then you change the**
9  **ones at the bottom.**
10  Q. Okay. My mind's still stuck in the microscope I used in
11  fifth grade I think.
12  It says Lacto fuchsin stain in 85 percent lactic
13  acid was used to aid in identification. Can you explain
14  what that means?
15  **A. Sure. Lacto fuchsin is a stain I use primarily for**
16  **fungal organisms. Although, it does help separate out**
17  **some of the soot and char particles and make them a**
18  **little more easier to observe under the microscope.**
19  Q. Okay.
20  **A. It gives it a slight reddish tint to the background.**
21  Q. Okay. And back to this, you said you viewed it at three
22  different magnifications; 100x, 200x and 400x. When
23  you're doing the particle counts above in the table, are
24  those particle counts based on the view at 100, 200 or
25  400?

Page 55

1  **A. The particle counts are based at 400.**
2  Q. Okay. And when you're -- when you're at a 100x and
3  you're looking down at the -- the field through the
4  microscope, do you make a decision as to what part of
5  that field you want to zoom in on next?
6  **A. Yes. I typically will do a full scan. For instance, at**
7  **100x or 200x to kind of find out what -- what particles**
8  **appear to be interesting and then will zoom down on some**
9  **that I'm -- I'm trying to figure out if they're soot or**
10  **char, and then I can zoom back and then start doing the**
11  **counting, but I just want to see if there's -- for**
12  **instance, on the ones that are really light, I'll just**
13  **go through and say I don't see much here at all. I've**
14  **got to zoom in and see if I can find one or two or**
15  **something like that.**
16  Q. Mm-hmm. Do you typically zoom in to areas that are more
17  dense?
18  **A. Yeah. At least on the initial scan, just to find out**
19  **what type, what's going on there, what does it look**
20  **like. Is it -- for instance, from afar, from a**
21  **distance, in other words, so, if I'm looking at 100x,**
22  **it's difficult for me to discern whether the dark**
23  **cluster would be maybe a cluster of fungal particles or**
24  **char particles, and as I zoom in, then I'll be able to**
25  **sort that out.**

Page 56

1  Q. Okay. But when you make a decision as to which area of
2  the field in the microscope to zoom in on, are you
3  typically then choosing to zoom in on a denser area?
4  **A. I'll look at all of the areas. So that -- so that's**
5  **what you'll see in some cases where you'll see a range,**
6  **because the number of particles, particularly more so on**
7  **the tease tape samples aren't evenly distributed. So**
8  **there will be some areas where it's really dense and**
9  **some others that aren't. And that's what kind of puts a**
10  **variability in -- in that number. You'll see like 20 to**
11  **30 because some areas are more dense than others.**
12  Q. Okay. You testified -- I think you testified earlier
13  that you -- you will look at the entire tape area under
14  the microscope during your analysis, correct?
15  **A. As much as I can, and in some cases, if it's fairly**
16  **obvious that we've got a problem, I'm not going to look**
17  **at everything. And in some cases, as I do a scan, it**
18  **seems to be fairly uniform, then I will focus on a small**
19  **area. And that's particularly with a tape sample where**
20  **it's a huge area to look at. So I'll focus in on a**
21  **couple of them that seem to be more representative than**
22  **-- than the whole piece. With respect to the**
23  **Air-O-Cell, I will look at the whole trace.**
24  Q. Can you tell me what -- what percentage of the area of
25  the tape sample you end up viewing at 400 times

Page 57

1  magnification?
2  **A. It really varies. Sometimes it would be 5 to 10**
3  **percent. Other times maybe 40 or 50. It depends. And**
4  **then also sometimes the tape that they give me will**
5  **either be really wide or narrow. And if it's a really**
6  **wide tape, then the percentage would be down because it**
7  **will be covering some areas. In other areas I won't**
8  **look at terribly closely if there's a lot of debris that**
9  **makes it impossible to see through. So I'm looking for**
10  **something that looks -- for instance, I'll see some dark**
11  **shadows in there, but I can't tell what they are. Then**
12  **I'll move over to a spot that's a little clearer, and I**
13  **can clarify whether -- what I'm seeing.**
14  Q. Do you know what kind of tape FBS uses to collect their
15  samples?
16  **A. I -- it appears to be Scotch 3M 600. It's the red**
17  **tartan tape. It's the clear tape.**
18  Q. Okay.
19  **A. That's the one I've told them to use. Yeah.**
20  Q. All right. Do you know if there are tapes manufactured
21  specifically for the purpose of collecting surface
22  samples?
23  **A. I've seen some that have been used. So, yes, I would**
24  **say there are some that people have used, and they will**
25  **use either that that's already built in on a slide, and**

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 15 of 29   PageID #: 4075

## Page 58

1   then they will switch over to the Scotch 600 if it's an
2   area where it's difficult. For instance, like a curved
3   surface or a difficult surface, then they'll switch over
4   to the tape.
5   Q. If you go out and collect samples, what kind of tape do
6   you use?
7   A. I use the Scotch 600 --
8   Q. Okay.
9   A. -- because of the optical properties.
10  Q. It's clearer?
11  A. It's clear. It's not like the Magic tape, the green
12  tape where you have all this debris in front. You can't
13  see through it.
14  Q. Under methods, it then says no chemical identification
15  was conducted on the soot-like, char-like particles and
16  carbon black-like particles do you see that?
17  A. Yes.
18  Q. And is that a reference to the fact you're doing a Level
19  1 analysis as opposed to a Level 4?
20  A. Yes.
21  Q. Okay. It says soot-like. What do you mean by soot-like
22  particles?
23  A. It means that the analysis that I'm doing is there are
24  other particles that could be similar to soot and would
25  look visually similar upon identification. So I'm doing

## Page 59

1   a presumptive analysis of soot. So I'm saying this
2   appears to be soot to me. It has optical properties for
3   it, but, if you want to do more thorough analysis, you
4   can go to a Level 4 to make sure that -- that that
5   presumption that I'm making in this case is correct.
6   Q. Okay. What other kinds of particles look like soot?
7   A. There are a couple different ones, and they'll typically
8   manifest slightly different. But paint particles, for
9   instance, spray paint particles, if they're aerosolized
10  and they break up, they'll typically be -- they'll
11  typically be in spheres, but sometimes the spheres break
12  up, and they can look somewhat similar to a soot-like
13  particle. If a -- if some of the carbon-like particles
14  will break up, you'll also see something that looks
15  fairly similar to -- to soot. And there may be some
16  other ones that I can't recall off -- off the top of my
17  head. There's some mineral deposits or minerals that
18  will look somewhat similar; although, they're -- the
19  light refraction on it is slightly different. But,
20  again, if it's a really heavy, dense piece, then I'm
21  having a difficult time trying to do that, and I would
22  say, you know, I'd make some notes on that one.
23  Q. Okay. And you list three types of particles here;
24  soot-like, char-like and carbon black-like. What is a
25  carbon black-like particle?

## Page 60

1   A. Those are typically -- they can break into smaller
2   particles like soot, but they're typically very
3   spheroidal. So there will be a cluster into a sphere,
4   as opposed to that rough configuration that you would
5   have with a soot that looks like very tiny grapes. This
6   would be a very black sphere, and it typically will
7   range in between, oh, let's say 3 microns in size to 20
8   to 30 microns in size.
9   Q. And that's -- that's how it appears under the
10  microscope, right?
11  A. That's how it appears under the microscope, yes.
12  Q. And what I'm actually wondering is just what are carbon
13  black particles, just what kinds of materials?
14  A. You could produce them like from a copy machine, very
15  similar to it. You'll have a -- so they're -- it's
16  essentially strictly made out of carbon, and they tend
17  to agglomerate based on the temp -- and I'm not an
18  expert with respect to the temperature required for the
19  production of it. But they will agglomerate much
20  differently than the soot particles.
21  Q. Do they come from specific types of materials?
22  A. I'm not -- I'm not sure of all of the materials where
23  that comes from.
24  Q. Okay.
25  A. No.

## Page 61

1   Q. By the way, did you -- were you looking at all for ash?
2   A. I was not.
3   Q. Okay. And you understand that ash is a different
4   substance than char and soot?
5   A. Yes.
6   Q. By the way, how would you define char?
7   A. Char would be a -- typically a product of combustion
8   that results in plainer, typically opaque to moderately
9   opaque material that has some of the original
10  constituent of the material that's burned, and it will
11  have a very flat sheetlike appearance. So the aspect
12  ratio is very thin, and it will have much more length
13  and width, and it will have sharp edges under light
14  microscopy.
15  Q. How do you define soot?
16  A. Soot would be submicron sized spheroidal particles that
17  are aggregated in microscopic grapelike structures that
18  have rough edges, and they're produced as a part of a
19  combustion process, typically different than the process
20  of char-like particles.
21  Q. And then how would you define ash?
22  A. Ash would be the mineral, minerals that are typically
23  released during the production of fire.
24  Q. Is it fair to say that in terms of on the spectrum of
25  the completeness of combustion of the material that char

## Page 62

1  is the least combusted and ash would be the final
2  product of combustion?
3  A. I -- I don't know.
4  Q. Oh, okay. All right. And then it says under methods,
5  presumptive identification was based on particle
6  morphology, correct?
7  A. Yeah.
8  Q. And I think we've already pretty much touched on that.
9  And then you've got photographs attached to Exhibit 3
10  here. It looks like just three photographs, correct?
11  A. That's correct. Yeah.
12  Q. And are these photographs that were actually taken from
13  the samples you analyzed?
14  A. Yeah. Yes. That's correct.
15  Q. Did you take any more photographs than these three?
16  A. I probably did, and I -- I chose the ones that seemed to
17  be the most relevant to...
18  Q. Okay. Do you know if you still have all of the
19  photographs that you took?
20  A. I do not know that.
21  Q. I'm sorry. You do not know?
22  A. I do not know if I do.
23  Q. Okay.
24  A. I sometimes look for them and not found them. So --
25  Q. Okay.

## Page 63

1  A. -- in the past.
2  Q. On Exhibit 2, it looks like you included eight
3  photographs, correct?
4  A. Let's see. Well, I've got one, two, three, four, five,
5  six, seven, eight. Yep.
6  Q. So it looks like a total, between the two reports,
7  you've got 11 photographs total, correct?
8  A. Yes.
9  Q. How many different samples do you have photographs of in
10  this report?
11  A. One. Let's see. One, two.
12  MR. SCOTT: Which report?
13  MR. DEVILLING: Let me -- let me strike
14  that.
15  Q. (MR. DEVILLING) How many samples do you have
16  photographs of in both reports?
17  A. Okay. One --
18  Q. That's still a poor question. Let me strike that.
19  A. Okay.
20  Q. There are 20 samples total between the two reports,
21  correct?
22  A. Let's count that up.
23  Q. No. That's not even correct.
24  A. That's not correct.
25  Q. All right. Let's take them one report at a time.

## Page 64

1  A. Well, that sounds good.
2  Q. Usually when Clint speaks, I learn.
3  A. Eighteen samples in --
4  Q. All right. So Exhibit 2, Days Inn, we've got a total of
5  20 samples, correct?
6  A. Yes.
7  Q. All right. And of those 20 samples, how many samples do
8  you have pictures of?
9  A. Six.
10  Q. And then in the other report, Exhibit 3, how many
11  different samples did you analyze?
12  A. Did I -- I analyzed -- let me check for a final number
13  there. Eighteen.
14  Q. And how many photographs do you have? It looks like
15  three different samples of photographs, correct?
16  A. Yes.
17  MR. DEVILLING: We've been going a while.
18  Why don't we take about a five-minute break?
19  THE WITNESS: Okay.
20  THE VIDEOGRAPHER: Very good.
21  MR. SCOTT: All right.
22  THE VIDEOGRAPHER: We are going off the
23  record and the time is 2:25 p.m.
24  (Break taken at 2:25 p.m. - 2:33 p.m.)
25  THE VIDEOGRAPHER: We are back on the

## Page 65

1  record, and the time is 2:33 p.m.
2  Q. (MR. DEVILLING) Okay. In looking at any of the samples
3  that you reviewed in this case for either hotel, did you
4  find any traces of chemical fire retardant in the
5  samples?
6  A. I was not analyzing for that, no.
7  Q. Okay. Did you see anything that you thought was trace
8  amount of fire retardant?
9  A. I would not know it if I saw it.
10  Q. Okay. Are you aware -- and if this is outside of your
11  expertise, that's fine. Just let me know. But are you
12  aware of any regulations governing cleanup of wildfire
13  debris?
14  A. I don't know specifically on regulations.
15  Q. All right. In terms of recommendations for remediating
16  any debris there, is that something you would defer to
17  Mr. Irmiter on?
18  A. I would do that, yes.
19  Q. Okay. I noticed there's no specific recommendations
20  contained in either of your reports, correct?
21  A. That is correct.
22  Q. Okay. Your report has dates on which the cassette
23  samples and tape samples were taken. I've got
24  January 4th. Well, it looks like January 3rd and 4th,
25  2018, on the Days Inn. And I've got January 4th and 5th

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 17 of 29   PageID #:
4077

Page 66

1    on the Rocky Waters Motor Inn on your reports.
2        Do you have any opinion as to whether there are
3    advantages to taking samples closer in time to the
4    event?
5    A. I need to think about that. It's -- it's helpful on the
6    Air-O-Cell cassette if you are taking them immediately
7    after rather than at a longer time since because you
8    have a chance to see that suspension that's in the air
9    immediately after the smoke event. And then the people
10   that are actually taking the sample that have experience
11   with fire remediation can take that into account, the
12   time differential.
13   Q. Do you agree that air samples are just a snapshot in
14   time of the air at a given location?
15   A. Yes.
16   Q. What is gas-phase soot, if you know?
17   A. I'm not familiar with that term.
18   Q. Okay. Do you know whether the -- and this might be an
19   obvious question. Maybe not. But the particles that
20   you're looking at under a microscope, those are
21   solid-phase particles, correct? In other words --
22   A. I would think they would be because -- again, I -- that
23   term, that differentiation between solid and gas phase
24   is something I haven't looked at specifically.
25   Q. Okay. Are you familiar with the different forms of

Page 67

1    soot, such as aciniform carbon, carbonaceous xerogel
2    particles, carbon cenospheres, and coke and char
3    fragments?
4        MR. SCOTT: Object to the form.
5        THE WITNESS: Just clarification, do I still
6    answer, or is that just a...
7        MR. SCOTT: Yes.
8        THE WITNESS: Okay. All right. Just want
9    to make sure that -- okay.
10   A. The aciniform I'm somewhat familiar with, and that's
11   what I've described for you. That's the grapelike
12   structures. The other three I'm not as familiar with.
13   Q. Okay. So we're dealing with aciniform carbons here in
14   this case; is that correct?
15   A. Yeah. The ones that I'm seeing are more -- that -- that
16   I'm able to see and that I've -- now there may be the
17   other ones may have been present, but I've been focused
18   on the aciniform.
19   Q. Okay.
20   A. And to clarify, that's with respect to soot.
21   Q. Okay.
22   A. Yeah.
23   Q. What kind of mounting medium is used under the
24   microscope? A slide?
25   A. Yeah. Microscope slide was placed on the -- on the --

Page 68

1    it's different between the tease tape and the
2    Air-O-Cell. Would you like me to clarify that, or...
3    Q. Sure.
4    A. Sure. With the tease tape sample, the slide is placed
5    down. The mounting fluid is placed on the slide, and
6    then the tape is placed over that. And then I described
7    previously how the Air-O-Cell is put together.
8    Q. Okay. Did you use any polarized light in your
9    microscopy?
10   A. There was no polarized light. It was optical light
11   microscopy.
12   Q. Did you use any reflected light?
13   A. I'm not sure exactly what you're referring to on that.
14   Q. Is there a microscopy technique known as -- that's a
15   reflective light technique?
16   A. I'm not using a specific reflective light technique.
17   Q. Okay. Is there a microscopy technique known as dark
18   field illumination?
19   A. There is one, but I didn't use it.
20       MR. DEVILLING: Okay. Okay. Those are all
21   the questions I have. Thank you for your time.
22       THE WITNESS: You're welcome, sir. How long
23   are you here?
24       MR. SCOTT: No questions. Neil will read
25   and sign.

Page 69

1        THE WITNESS: All right.
2        THE VIDEOGRAPHER: And we are going off the
3    record, and the time is now 2:40 p.m.
4        (Whereupon, the deposition concludes at
5    2:40 p.m.)
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 70

1           ERRATA SHEET
2    Page/Ln    Correction         Reason
3    _____
4    _____
5    _____
6    _____
7    _____
8    _____
9    _____
10   _____
11   _____
12   _____
13   _____
14   _____
15   _____
16   _____
17   _____
18   _____
19   _____
20   _____
21   _____
22   _____
23   _____
24   _____
25   _____

Page 71

1    I, Neil G. Carlson, have read this transcript, pages 1 -
2    69, and acknowledge herein its accuracy except as noted
3    on the errata sheet.
4
5
6       _____
7               Signature
8
9
10   _____
11       Notary Public
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 19 of 29   PageID #: 4079

Page 72

1     STATE OF MINNESOTA
2               CERTIFICATE
3     COUNTY OF CARVER
4          I, Christine M. Clark, RPR, hereby certify
that I reported the Videotape Deposition of Neil G.
5    Carlson on this 28th day of February, 2020, in
Minneapolis, Minnesota, and that the witness was by me
6    first duly sworn to tell the truth and nothing but the
truth concerning the matter in controversy aforesaid;
7

        That I was then and there a notary public in and
8    for the County of Carver, State of Minnesota; that by
virtue thereof I was duly authorized to
9    administer an oath;
10       That the foregoing transcript is a true and
correct transcript of my stenographic notes in
11   said matter, transcribed under my direction and
control;
12

        That the cost of the original has been
13   charged to the party who noticed the deposition and
that all parties who ordered copies have been
14   charged at the same rate for such copies;
15       That the reading and signing of the
deposition was not waived;
16

        That I am not related to any of the
17   parties hereto, nor interested in the outcome of the
action and have no contract with any parties,
18   attorneys or persons with an interest in the action
that has a substantial tendency to affect my
19   impartiality;
20       WITNESS MY HAND AND SEAL this 3rd day of
March 2020.
21
22

        ------------------------
23       Christine M. Clark, RPR
          Notary Public
24
25

Videotape Deposition of Neil G. Carlson - 2/28/2020
Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America

Page 73

**A**

able 31:4 40:12
  55:24 67:16
above-entitled
  4:24
acceptable
  10:10
accepted 40:25
account 66:11
accreditation
  21:3,11,14,16
  21:19 28:4,7
  28:13,18,20
  29:2
accredited
  21:9,24 22:4
  22:20,21
  28:22,23,25
accuracy 71:2
accurate 10:1
  10:1 14:11
  19:25
acid 54:13
aciniform 67:1
  67:10,13,18
acknowledge
  71:2
action 4:24
  72:17,18
actual 36:25
  37:5
add 8:23
added 7:11
additional 7:10
  18:17,19
  20:17
address 15:15
  15:16
adjunct 6:15
administer
  72:9
advantages
  66:3
aerodynamics
  39:8
aerosolized
  59:9
afar 55:20
affect 72:18
affiliated 6:5
aforesaid 72:6
afternoon 4:5
Agency 4:3,14
agglomerate
  32:11 60:17
  60:19
aggregated
  61:17
agree 66:13
agreement
  41:3
Ah 45:3 47:20
  53:17 54:7

aid 54:13
air 6:19,21
  10:19,20
  23:15 38:19
  38:22,23
  39:3 66:8,13
  66:14
Air-O 53:10
Air-O-Cell
  17:25 29:17
  29:18,22
  30:7,23,24
  33:1,4 35:7
  41:6 56:23
  66:6 68:2,7
Alliance 26:14
  26:23
allowed 45:15
amber 32:5
America 1:6
  4:9
American
  21:17 28:19
amount 31:10
  65:8
analysis 6:17
  7:2,3,15,22
  7:24 8:15,16
  10:18,18,21
  10:22,23
  11:1,2,25
  12:6 13:11
  13:13,15,16
  15:4,13 16:5
  17:3,5,6,10
  17:14,15,16
  17:24 18:2,6
  18:9,11,23
  20:13,25
  21:8 22:10
  26:12,22
  27:4,16
  28:10,12,17
  28:25 30:16
  30:24 31:5,5
  32:25 37:3,4
  47:9 48:19
  49:2 56:14
  58:19,23
  59:1,3
Analytical 6:4
  6:5,8,10,12
  9:20 10:16
  10:17 11:9
analyze 12:8
  13:4 16:18
  25:4 33:1
  36:16 64:11
analyzed 8:18
  9:5,15 14:3
  14:16,25
  62:13 64:12
analyzing 8:1,3

  21:12,15
  23:21 35:6
  48:9 65:6
annually 12:12
answer 5:12,17
  33:16 34:23
  40:13 46:8
  46:14,18
  47:1 52:7
  67:6
anticipate 31:3
anyone's 13:6
apart 39:1
apparently
  13:2
appear 55:8
appearance
  31:23 61:11
APPEARANCES
  2:1
Appearing 2:7
appears 57:16
  59:2 60:9,11
apply 5:11
approached
  30:15
appropriately
  23:10
approximate
  34:12
approximately
  10:14,15
  17:1 33:5
  34:8,10
approximation
  34:25
architecture
  6:21
area 27:11
  52:15 56:1,3
  56:13,19,20
  56:24 58:2
areas 19:8
  55:16 56:4,8
  56:11 57:7,7
ash 61:1,3,21
  61:22 62:1
asked 17:4
  18:24 28:4
  28:21 30:16
asking 5:12
  10:7 11:25
  17:6 28:11
  52:16
Asp/Pen 36:4
  36:6,7,11,17
  38:6
aspect 61:11
aspects 7:21
aspergillus
  36:8,12
asphalt 23:15
assessments

  10:20,20
assist 6:17
  23:20
assistant 23:23
assisting 6:23
associated
  21:7 33:14
  39:3
Association
  21:18 28:20
assume 8:18
  25:18 45:13
assuming
  11:11
attached 62:9
attempting
  14:19
attend 7:14
attorneys 4:15
  72:18
authorized
  72:8
available 15:6
  15:18
average 33:8
aware 28:9,15
  45:16,19
  65:10,12

**B**

back 14:21
  43:12 52:24
  54:21 55:10
  64:25
background
  22:23,25
  54:20
bag 29:9
ball-parking
  38:5
ballpark 38:10
  39:23
based 26:18
  27:2 37:11
  45:24 54:24
  55:1 60:17
  62:5
basement
  27:20
basically 47:16
basis 25:18
  39:25
bathroom
  47:23
bdevilling@f...
  2:12
began 30:15
believe 7:5
  11:21 12:24
  24:25 26:20
Benchmark 4:2
  4:14
best 14:22

better 31:7
beyond 16:7
  20:17 26:21
  26:21 27:5
big 34:20
Biology 8:6
bit 16:24 28:4
  31:7 45:24
black 32:4 60:6
  60:13
black-like
  58:16 59:24
  59:25
BOBBITT 2:3
bolded 19:8
bottom 54:1,6
  54:9
box 25:10 29:8
boxes 27:24
Boynton 30:21
brand 16:3
break 5:15
  16:24 59:10
  59:11,14
  60:1 64:18
  64:24
Brian 2:13 4:17
  5:4
brings 40:24
budget 45:14
building 9:8
  12:18,19
  13:10 14:4
  23:3,11,12,18
  45:18
buildings 23:2
  23:4
built 57:25
bulk 18:1
burn 32:3
burned 30:22
  31:6 61:10
burner 31:8
burning 45:21
  46:12 52:2,3
burnt 48:18
business 13:22

**C**

California
  26:18
call 11:18 15:5
  32:6
campus 6:20
  31:10
capable 17:2
  17:10
carbon 58:16
  59:24,25
  60:12,16
  67:1,2
carbon-like
  59:13

carbonaceous
  67:1
carbons 67:13
career 8:17
Carlson 1:19
  4:1,7,23 5:4
  6:4,4,10,12
  9:19 10:16
  10:17 11:9
  71:1 72:5
Carlson's 3:7
Carver 72:3,8
case 4:9 5:6
  6:6,7 7:13,20
  15:8 19:3
  22:11 24:16
  25:11,25
  26:7 30:6
  37:2,6 50:4
  59:5 65:3
  67:14
cases 9:4 13:1
  35:8 38:21
  56:5,15,17
cassette 29:17
  29:19,22
  30:7,23,24
  33:1,4 53:10
  65:22 66:6
caused 9:6
  20:11
ceiling 47:23
cell 10:9
cenospheres
  67:2
Center 6:24
certain 17:17
  52:22
Certainly 9:25
  27:9
CERTIFICATE
  72:2
certification
  23:4
certified 23:23
  29:1
certify 72:4
chain 27:12
chains 15:9
chance 66:8
change 54:4,5
  54:6,8
char 8:24 9:16
  10:23 11:13
  11:14 12:6
  13:15,16
  14:5,16
  18:11 27:2
  28:10,13
  30:13,25
  31:2,9,20,23
  31:25 32:2
  32:13 33:7

Videotape Deposition of Neil G. Carlson - 2/28/2020
Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America

Page 74

33:15,25
35:10,19
37:3,21 38:1
38:2 40:6
41:23 42:1
42:15,15
43:2,10,22,25
44:2,3,7,11
44:13,17,21
45:3,24 46:2
46:6,10,16,19
46:24 47:12
48:10 49:1
49:21,23
50:2,12,15
51:22 52:13
52:24 54:17
55:10,24
61:4,6,7,25
67:2
**char-like** 20:21
30:5 49:3
58:15 59:24
61:20
**characteriza...**
39:16,17
**characterized**
41:16
**characterizing**
20:18
**charge** 18:8,17
18:19,21,23
18:25
**charged** 72:14
72:14
**check** 64:12
**chemical** 17:6
17:10,16
18:2,3,5
20:23 58:14
65:4
**chemistry** 8:6
**Chicago** 2:11
**choose** 32:23
**choosing** 56:3
**chose** 62:16
**Christine** 1:25
4:12 72:4,23
**circles** 32:2
**circumscribed**
34:7
**claim** 26:2
**claims** 9:5
**clarification**
11:12 67:5
**clarify** 9:1
16:20 28:9
57:13 67:20
68:2
**clarifying**
53:20,21
**Clark** 1:25 4:12
72:4,23

**class** 6:21
**clays** 48:18
**cleanup** 65:12
**clear** 29:2,5
30:1 33:19
57:17 58:11
**clearer** 57:12
58:10
**clearly** 40:1
**Clint** 4:19 64:2
**Clinton** 2:6
**close** 30:24
40:23
**closely** 57:8
**closer** 66:3
**cluster** 55:23
55:23 60:3
**clusters** 32:12
32:16
**CMU** 33:22
**cognizant** 21:7
**coke** 67:2
**collect** 57:14
58:5
**collecting**
57:21
**collection**
30:19
**color** 19:12
**colored** 32:5
50:3
**column** 39:11
47:15
**combusted**
62:1
**combustion**
52:10 61:7
61:19,25
62:2
**come** 15:2
23:19 30:13
39:15 40:10
60:21
**comes** 12:7
13:9 26:5
27:8 60:23
**comfort** 31:2
**comfortable**
31:4
**coming** 15:6,9
**commencing**
4:4
**comment**
18:24
**comments** 53:3
**communicati...**
14:25 15:4
**compact** 16:24
**companies**
11:10,22
13:21,24
**company** 1:6
4:9 9:22,23

10:12 11:21
12:20 13:19
26:13,18
**compare** 19:22
31:16 50:18
**comparing**
51:1
**complete** 7:11
20:3
**completeness**
61:25
**composition**
17:13 18:3
**concentration**
20:21 47:25
**concerning**
72:6
**concludes** 69:4
**conducted**
58:15
**configuration**
60:4
**consider** 7:22
16:12 46:14
**considered**
39:25 41:9
41:11
**constituent**
61:10
**constitutes**
40:25
**construction**
22:23 23:1,4
23:5
**construed** 19:7
**consulting** 6:3
23:16 26:14
**Consulting's**
26:24
**contacted** 13:3
**contained**
65:20
**container** 29:6
30:11
**contains** 8:20
**continuation**
24:9
**contract** 72:17
**control** 72:11
**controversy**
72:6
**copies** 19:14
72:13,14
**copy** 7:5 19:19
20:3,7 27:13
47:8 60:14
**corner** 27:19
**correct** 6:8,9
6:11 7:5 8:8
8:9,11 10:10
12:18,21
19:19 20:4,7
20:14,15

22:8,21,22
24:13 25:1
25:16,17,20
25:21 29:15
34:4 35:20
35:23 36:5
36:14,17
37:8 41:21
41:24 42:3
42:23,25
43:4,6,8,9,13
43:15,20,21
43:22,25
44:2,5,8,11
44:13,17,22
45:4,25 46:4
47:6,8,10,13
48:14,16,23
49:24,25
50:10,13,16
50:25 51:3,6
51:15 52:22
52:23 53:1
53:11 54:2,3
54:5 56:14
59:5 62:6,10
62:11,14
63:3,7,21,23
63:24 64:5
64:15 65:20
65:21 66:21
67:14 72:10
**Correction**
70:2
**cost** 72:12
**count** 11:6
14:21 33:11
35:14 40:25
63:22
**counting** 55:11
**counts** 33:3
41:16 54:23
54:24 55:1
**County** 72:3,8
**couple** 11:22
13:21 21:18
15:22 56:21
56:21 59:7
**course** 6:17,18
6:24 24:6
**courses** 6:16
7:1,2,3 23:24
24:7,11
**court** 1:1 4:10
4:12,21 5:18
**cover** 29:25
**covered** 50:6
**covering** 57:7
**coverslip** 30:1
**coverslips**
16:22
**cscott@gilbe...**
2:5

**cubic** 37:5,8
38:16 45:18
**culturable**
21:20
**current** 5:24
7:8,9
**currently** 5:25
**curved** 58:2
**custody** 27:12
**CV** 3:7 7:5,21
10:5

**D**

**D** 2:4 3:1
**damage** 9:6
23:2,19
**dark** 32:13
55:22 57:10
68:17
**darker** 50:2
**dataset** 11:6
**date** 10:1,10,14
27:14,15
**dates** 65:22
**day** 4:2 72:5,20
**Days** 3:9 19:20
20:2,4 24:23
25:15,19
26:9 29:15
36:10 50:19
51:1,6,14
64:4 65:25
**dead** 48:14,16
**deal** 21:6
**dealing** 67:13
**debris** 8:1,3,15
8:18 9:6,15
9:17 11:1
13:4,10 14:3
16:18 17:3
57:8 58:12
65:13,16
**decision** 55:4
56:1
**Defendant** 1:7
2:14
**defer** 65:16
**define** 61:6,15
61:21
**defined** 32:1
**definitely** 9:13
12:12 14:8
**degree** 8:5
23:24
**degrees** 7:10
**delivered**
25:11
**dense** 39:22
55:17 56:8
56:11 59:20
**denser** 56:3
**density** 30:8
39:12 41:20

42:4,9 47:15
47:17,24
49:9,15
**Department**
6:1
**depends** 29:11
33:10 38:21
45:11 57:3
**deposes** 5:1
**deposition**
1:17 3:11 4:1
4:7 5:7 69:4
72:4,13,15
**deposits** 59:17
**depth** 32:8
**describe** 15:11
**described**
17:18 41:21
49:16 67:11
68:6
**describing**
49:9
**DESCRIPTION**
3:6
**designated**
36:7
**determination**
30:7
**determine**
14:19 17:12
20:12 23:9
27:4 40:4
45:13
**determining**
8:20 9:16
45:6
**Develling** 2:13
16:15
**developing**
23:20
**device** 23:15
**Devilling** 3:2
4:17,17 5:3,4
46:22 47:4
51:10,12
52:9 63:13
63:15 64:17
65:2 68:20
**diameter** 34:13
**diameters**
34:10
**differ** 31:24
**difference**
17:21 51:21
**differences**
51:2
**different** 8:1
15:2 18:6
21:18 25:5
30:19,22
31:1 33:3
39:2 47:25
52:10,11

**Videotape Deposition of Neil G. Carlson - 2/28/2020**
**Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America**

Page 75

54:22 59:7,8
59:19 61:3
61:19 63:9
64:11,15
66:25 68:1
**differential**
66:12
**differentiate**
30:13 31:19
36:10,12
**differentiation**
66:23
**differently**
33:1 60:20
**difficult** 11:5
32:15 40:3
55:22 58:2,3
59:21
**direction** 72:11
**directions**
27:18
**directly** 12:8
13:4 30:2,3
**discern** 55:22
**discussion**
20:20 53:7
**disposal** 28:2
**dispose** 30:10
**distance** 55:21
**distinction**
17:19
**distributed**
56:7
**District** 1:1,1
4:10,10
**disturbance**
38:24
**disturbed** 39:6
**divide** 33:13
**dividing** 33:22
**Docket** 1:5
**doing** 10:24
14:21 17:2,4
17:5,10,14,23
18:8 20:24
21:2 23:13
32:17 37:4
45:10 48:25
54:23 55:10
58:18,23,25
**door** 25:10
**drafting** 18:17
**drainage** 23:12
**drink** 35:5
**drop** 25:6
**dropped** 47:23
**due** 32:3
**duly** 4:25 72:6
72:8

**E**

**E** 2:13 3:1
**earlier** 22:5

28:4,21
56:12
**easier** 5:18
38:21 54:18
**Eastern** 1:1
4:10
**easy** 49:13
**edges** 32:1,4
32:12,14
61:13,18
**education** 24:9
**eight** 63:2,5
**Eighteen** 64:3
64:13
**either** 17:25
25:22 57:5
57:25 65:3
65:20
**electrical** 31:10
**electron** 18:4
32:18
**elemental** 17:3
17:13
**email** 2:5,12
15:1,3,7,9,9
**emails** 14:20
**emanating**
46:17
**EMLab** 7:15
40:21
**EMPAT** 21:20
28:20
**employed** 5:25
**employment**
5:24
**engineering**
22:24
**enhanced** 18:4
**Enrique** 26:14
**entire** 35:7
56:13
**entities** 11:9
**environment**
38:25
**Environmental**
6:1 8:10,14
**equipment**
16:7,11,17
17:2,10
27:25
**ergonomic**
10:18
**errata** 70:1
71:3
**escape** 11:22
**escaping** 16:2
**essentially**
16:2 20:24
35:12,17
39:18 49:20
60:16
**established**
45:16

**establishes**
41:15
**estimate** 11:3
14:23 34:8
49:10
**estimates** 26:1
26:4
**evenly** 56:7
**event** 66:4,9
**exact** 9:7 15:24
34:23 35:25
37:22 40:11
**exactly** 16:16
22:3 40:16
68:13
**Examination**
3:2 5:2
**example** 33:20
35:19 47:22
48:13 49:8
**examples** 11:8
**Excuse** 8:17
35:4
**Exeter** 2:3
**exhibit** 7:4
19:19 20:3,6
24:25 33:20
36:3,16
39:11 45:21
47:4,8 49:6
50:22,24
53:5 62:9
63:2 64:4,10
**Exhibits** 3:4,11
19:14 24:17
**existence** 9:22
9:23
**expect** 46:11
46:19,23
**experience**
23:3 37:11
66:10
**expert** 26:7,8
60:18
**expertise**
30:12 65:11
**explain** 29:5
51:8,17
54:13
**express** 34:15
**expressed**
24:16 35:22
**extensive** 19:6
**external** 9:9
**extremely** 50:5

**F**

**fact** 26:21,25
58:18
**faculty** 6:15,23
**fair** 61:24
**fairly** 32:5 40:1
40:22 56:15

56:18 59:15
**familiar** 17:19
30:17,18
66:17,25
67:10,12
**far** 14:21 15:8
24:18,21
34:20 40:20
45:14
**faulty** 26:6
**FBS** 11:20,24
12:13,17
13:17 14:17
14:24 19:4
25:3,15,20
27:10 45:10
57:14
**February** 1:25
4:2 72:5
**FedEx** 25:9
**fee** 18:8
**fees** 18:10
**field** 22:23 24:1
30:4 33:9,17
34:2,5,6,6
35:7,11,15,18
35:22 36:1
36:19,21
38:14 39:24
41:8 42:2,17
49:11,13,17
49:18,22
55:3,5 56:2
68:18
**fields** 33:5
**fifth** 54:11
**figure** 35:1,25
37:17 55:9
**filed** 4:9
**final** 62:1
64:12
**find** 33:15
41:11 55:7
55:14,18
65:4
**finding** 40:18
**findings** 26:24
**fine** 65:11
**finished** 28:3
**fire** 9:9 11:1
13:1,4,10
21:12 23:19
27:4 61:23
65:4,8 66:11
**fireplace** 45:22
46:12,17
50:9,18 52:2
52:3
**fires** 31:10
**firm** 12:25
**firms** 13:24
**first** 4:25 11:16
13:12 15:11

19:19 24:22
27:11,20,21
30:15 36:16
53:8 72:6
**five** 63:4
**five-minute**
64:18
**flat** 18:8,10
61:11
**floor** 27:20,21
**fluid** 27:25
30:1 68:5
**fluids** 16:21
**focus** 56:18,20
**focused** 37:3
67:17
**follow** 37:16
**follows** 5:1
**foot** 45:18,18
**FORAN** 2:10
**force** 39:9
**foregoing**
72:10
**Forensic** 12:17
12:19 13:9
14:4
**forget** 20:10
**form** 16:13
29:19 46:21
47:2 51:9
52:5 67:4
**forms** 66:25
**Forty** 12:15
**found** 27:1,1,2
50:12 62:24
**four** 63:4
**fragments** 67:3
**front** 58:12
**fuchsin** 54:12
54:15
**full** 55:6
**fully** 24:16
**fungal** 6:24
10:17,17,21
11:2,13 13:7
18:11 21:6
21:15,16,21
28:17 30:6
36:23,24,25
37:1,4 54:16
55:23
**fungi** 21:20

**G**

**G** 1:19 4:1,23
71:1 72:4
**gas** 66:23
**gas-phase**
66:16
**gel** 29:23,24
**general** 8:10
8:13 29:16
32:5 41:3

**generally**
40:25 52:10
**generated**
31:13
**getting** 29:6
30:18
**give** 5:12 9:10
9:11 10:10
11:3,8 14:6
18:24 20:20
34:7,11 37:5
37:22,22
38:9 39:23
49:10 57:4
**given** 5:7 22:13
28:7,13
66:14
**gives** 54:20
**GLENNON** 2:10
**go** 14:20 16:7,9
16:9 33:9
35:13,15
42:1 49:7
50:8 52:24
53:3 55:13
58:5 59:4
**goes** 32:21,21
53:18
**going** 11:3,5
14:18 29:11
34:11 35:13
35:15 38:9
42:14 55:19
56:16 64:17
64:22 69:2
**good** 4:5 14:15
19:16 34:15
53:15 64:1
64:20
**governing**
45:17 65:12
**grade** 54:11
**grapelike**
32:11 61:17
67:11
**grapes** 60:5
**green** 58:11
**grid** 22:19
**ground** 5:11
**group** 6:20
**growth** 36:25
37:1
**guess** 14:18,19

**H**

**H** 2:6
**half** 39:1
**hand** 19:16
25:7 72:20
**handled** 21:17
**happen** 15:1
**hard** 50:5
**haystack** 35:16

Case 3:19-cv-00006-DCLC-HBG   Document 59-11   Filed 03/12/20   Page 23 of 29   PageID #:
4083

Videotape Deposition of Neil G. Carlson - 2/28/2020
Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America

Page 76

head 41:17
  59:17
health 6:1,2
  8:10,14
  30:21
heard 17:17
heavy 36:4,17
  39:15 40:2
  47:24,24
  49:16,17
  59:20
Hello 5:4
help 16:20
  39:19 40:13
  47:21 48:7
  54:16
helpful 9:11
  12:2 66:5
helps 39:18
Hemlock 19:21
hereto 72:17
high 31:8
  32:23
higher 13:14
  46:24,24
highly 45:11
hire 11:9,10
home 10:20
  15:14,17,21
  16:4 22:1,7
  22:17,20
  27:17
homeowners
  11:17 12:7
  12:11 13:3,7
hotel 65:3
hour 18:25
  39:1
house 27:19
housing 6:19
  6:19
huge 56:20
hygiene 6:18
  21:17 28:20
hygienist 6:2
  29:1

            I
idea 37:7
identification
  20:23 21:6
  40:5 54:13
  58:14,25
  62:5
identified
  45:24 53:10
identify 48:15
Illinois 2:11
illumination
  68:18
immediately
  66:6,9
immersion

16:9
impact 41:9
  42:18 43:22
  43:24 44:2,7
impartiality
  72:19
impossible
  57:9
impression
  47:16
in-person
  31:21
include 21:25
  22:1
included 18:20
  63:2
Indemnity 1:6
  4:8 5:6
independent
  39:15
INDEX 3:4
individuals
  28:8,14
indoor 6:19,21
  10:19,20
industrial 6:2
  6:18 21:17
  28:19 29:1
information
  10:9 25:20
  29:18,20
  30:9
initial 55:18
Inn 1:3 3:8,9
  4:8 5:5 19:20
  20:2,4,8
  24:23 25:15
  25:16,19,20
  26:9,10
  29:15 36:17
  47:5,10
  50:19 51:1,2
  51:6,6,13,14
  53:4 64:4
  65:25 66:1
insects 48:16
inside 29:22,22
inspection 6:20
inspections
  23:16
instance 29:20
  33:9 35:8,9
  55:6,12,20
  57:10 58:2
  59:9
instances 23:6
  23:7
insurance 26:2
intakes 23:15
intention 39:19
interest 72:18
interested
  72:17

interesting
  55:8
interior 36:15
  37:19
internal 9:9
  37:15
interpret 42:14
interpretation
  18:24 19:3,6
  19:7 20:13
  20:17,19
  36:21,24,25
  40:7,20
  41:13 42:2
  42:10 47:13
  52:25
interpreted
  41:5
introduce 4:15
investigating
  23:1
involved 9:5
  11:1 45:14
involving 9:5
Irmiter 30:15
  40:12 65:17
Irmiter's 12:20
irregular 32:12
irrespective
  8:24 47:19
isolated 27:22
  27:23
issues 13:2,5

            J
Jackson 2:4
January 3:8,9
  65:24,24,25

            K
kind 15:22
  30:23 32:6
  35:11 39:20
  40:24 55:7
  56:9 57:14
  58:5 67:23
kinds 59:6
  60:13
know 5:15,22
  7:8,16 9:4,7
  13:25 14:2
  14:16 15:24
  17:9,12 20:6
  20:16,17
  21:13 22:10
  24:18,21
  25:11 28:15
  29:12 36:19
  39:8 40:14
  41:1 46:13
  46:23 48:2,8
  50:4 52:9,21
  57:14,20

59:22 62:3
  62:18,20,21
  62:22 65:9
  65:11,14
  66:16,18
knowing 25:19
knowledge
  21:14 46:16
known 68:14
  68:17

            L
lab 15:12,17,19
  15:23 21:23
  22:1,20
  27:11,17
  29:19 30:9
  32:25
laboratories
  17:17,18,19
  21:4,12,15
  28:5
laboratory
  6:17 16:12
  17:22,23
  21:9 22:8
  28:21 30:20
  30:21
lactic 54:12
Lacto 54:12,15
large 30:18
  31:3,10 37:1
larger 31:25
  32:7
LaSalle 2:10
Lately 13:12
law 12:25
  13:24
learn 64:2
legal 2:18 4:13
  6:11
length 32:7
  61:12
lens 53:25 54:5
  54:6
let's 8:4,22
  10:2 14:7
  16:20,22
  18:4 20:2
  24:22 28:9
  28:12 29:23
  33:18 34:17
  34:19,19
  36:22 37:23
  38:24 39:1
  40:6 47:4
  49:7,7 60:7
  63:4,11,22,25
level 9:16
  17:18,18,21
  17:21,23
  18:3,8 20:24
  21:2,8 26:12

26:21,25
  27:21 31:2
  46:24,24
  51:17 58:18
  58:19 59:4
levels 21:18
licensed 24:1,2
  28:23
licenses 7:10
licensing 28:7
lift 45:22
light 15:23
  16:3,5,5 17:5
  17:23 26:5
  32:15,19,21
  38:6,8 39:14
  39:25 49:10
  53:11 55:12
  59:19 61:13
  68:8,10,10,12
  68:15,16
lighter 50:3
limit 32:19
limited 41:1
  42:18,21,25
  43:6,8,13,14
  43:17,18,22
  44:13,17,21
  45:3
line 29:21
list 59:23
listed 7:16 33:7
  52:25
little 11:5
  16:24 28:4
  31:7 54:18
  57:12
LLC 1:3
located 15:12
  27:17
location 23:14
  25:7 28:1
  52:11 66:14
locations 15:13
long 9:22 68:22
longer 66:7
look 7:7,12
  11:19 12:23
  15:8 18:1
  19:9 20:6
  22:14,16
  23:14 29:11
  30:4,5 32:11
  32:23,24
  33:19 35:7
  35:11 41:20
  42:15,16
  47:4 49:6
  55:19 56:4
  56:13,16,20
  56:23 57:8
  58:25 59:6
  59:12,18

62:24
looked 30:25
  31:13 35:3
  37:11 66:24
looking 10:3,4
  10:4 11:12
  11:13 14:20
  22:13 31:15
  35:16 36:3
  37:14,23
  38:15 40:1
  40:17,19
  42:4,7 47:16
  47:18 48:22
  49:8,20 53:4
  55:3,21 57:9
  61:1 65:2
  66:20
looks 12:24
  35:13 45:24
  50:9 57:10
  59:14 60:5
  62:10 63:2,6
  64:14 65:24
lot 35:13 38:24
  38:25 39:2
  49:14 57:8
lots 47:25
  48:21
low 35:14

            M
M 1:25 72:4,23
machine 60:14
Magic 58:11
magnification
  17:24 18:4
  53:2,14 54:4
  57:1
magnifications
  54:22
mail 25:8
major 41:2,3,9
making 59:5
manifest 59:8
manufactured
  57:20
March 72:20
mark 30:8
marked 3:11
  7:4 19:12
  24:25 33:20
marking 22:19
master's 8:13
  24:5
material 17:13
  30:2 31:6,6
  61:9,10,25
materials 28:2
  60:13,21,22
math 34:14
matte 40:2
matter 4:7

**Videotape Deposition of Neil G. Carlson - 2/28/2020**
**Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America**

Page 77

72:6,11
**MCWHERTOR**
  2:3
**mean** 34:2,22
  39:25 58:21
**means** 20:1
  47:24 54:14
  58:23
**measure** 34:9
  36:20
**mechanical**
  16:25 39:9
**medical** 23:22
  24:1
**Medina** 26:14
**Medina's** 26:23
**medium** 67:23
**member** 6:23
**memory** 26:6
**meter** 37:5
  38:16
**method** 32:17
**methods** 53:8
  58:14 62:4
**micrometer**
  34:10
**micrometers**
  34:12,21
**micron** 32:10
**microns** 60:7,8
**microscope**
  8:19 15:14
  15:18,22,24
  16:3,21 18:2
  22:6,17,18
  27:23 29:7
  29:25,25
  30:3 31:24
  35:23 47:17
  48:9 53:13
  54:10,18
  55:4 56:2,14
  60:10,11
  66:20 67:24
  67:25
**microscopes**
  16:19
**microscopic**
  61:17
**microscopy**
  16:6 17:5,23
  18:5,9 32:15
  32:15,18,20
  32:21 53:11
  61:14 68:9
  68:11,14,17
**microtoxins**
  24:8
**Midwest** 6:24
**millimeter** 36:1
  37:8
**millimeters**
  34:16,21

**mind** 9:24 10:7
  19:22
**mind's** 54:10
**mineral** 59:17
  61:22
**minerals** 59:17
  61:22
**Minneapolis**
  4:3 72:5
**Minnesota** 4:4
  5:25 6:6,14
  8:7,12 15:19
  21:23 22:2,7
  23:8 24:5
  72:1,5,8
**minor** 8:6
**mix** 13:10
**mixed** 11:5
**Mm-hmm** 12:4
  55:16
**moderate** 38:6
  38:8 39:14
  39:14 41:1
  41:21 42:2,9
  42:25 43:1
  44:7 45:3
**moderately**
  61:8
**Modest** 22:25
**modified** 41:6
**mold** 11:18
  12:5 13:2,5
  13:11,13
  14:4 36:4,6
  37:8,20,25
**morphology**
  62:6
**Morris** 8:7
**Motor** 3:8 4:8
  5:5 20:8
  25:16,20
  26:9 47:9
  51:2,6,13
  53:4 66:1
**Motors** 47:5
**MOUNTAIN** 1:3
**mounting**
  16:21 27:25
  30:1 67:23
  68:5
**move** 39:6,9,10
  40:6 45:20
  57:12
**moved** 30:22
**multiple** 8:19

**N**

**N** 3:1
**N.G** 6:3,4,7,10
  6:11,12 9:19
  10:16,17
  11:9
**name** 4:12,13

5:4 13:20
  15:25 16:1
  26:12,16
**names** 11:22
  13:23
**narrow** 57:5
**need** 5:15 7:11
  11:19 15:15
  15:16 18:12
  32:18 34:21
  34:23 35:1
  35:25 45:13
  66:5
**needed** 6:25
**needle** 35:16
**negligible** 38:2
  41:1,10,12
  43:12,15,16
  43:17,19,20
  43:24 44:5,8
  44:10,15,19
  44:21 45:4
**Neil** 1:19 4:1,7
  4:23 68:24
  71:1 72:4
**never** 24:1
**New** 24:8
**Ninth** 4:3
**nonlegal** 19:1
**nonviable**
  10:21 21:21
**North** 2:10
**notary** 71:11
  72:7,23
**notation** 36:4
  37:13
**note** 30:9
**noted** 36:17
  38:6 71:2
**notes** 59:22
  72:10
**noticed** 65:19
  72:13
**notification**
  15:7
**number** 3:6 4:9
  9:10 31:4
  33:7,8,11,12
  33:13,14,22
  35:19 37:1
  37:12,19
  42:12,13,14
  42:15 45:9
  45:17 47:18
  47:22 49:6,7
  49:8,9,10,15
  49:21 50:12
  50:19,21
  51:13,14,18
  51:18,23,23
  56:6,10
  64:12
**numerous**

39:22
**nursing** 23:23

**O**

**oath** 72:9
**Object** 16:13
  46:21 47:2
  51:9 52:5
  67:4
**observe** 41:8
  54:18
**observed** 34:3
  37:21 41:23
**obstruction**
  49:14
**obvious** 56:16
  66:19
**occasions** 8:19
**occupancy**
  23:10
**oh** 10:6 18:13
  20:12 60:7
  62:4
**oil** 16:8
**okay** 5:11,13
  5:15 6:7,13
  7:4,18,25 8:4
  8:7,17,25 9:3
  9:15,19,22
  10:6,16,25
  11:8,16 12:1
  12:13 13:3,8
  14:1,10,24
  15:11,17
  16:7,11 17:2
  17:8,12,15
  18:8,15 19:3
  19:11,13,18
  21:1,11
  22:20 24:1
  24:12,14,22
  24:24 25:14
  25:25 26:14
  26:17,20,21
  27:5,9,22
  28:4,21 29:5
  29:11,17
  30:12 31:23
  32:21,25
  34:14,18,24
  35:18 36:3
  36:23 37:7
  37:10,19
  38:3,17 39:5
  39:11 40:6
  40:14 41:14
  41:18 42:7,8
  42:11,19
  43:8,20 44:5
  44:10,24
  45:20 46:6,9
  46:14,19
  47:5,7,12,15

47:20,22
  48:4,21 49:4
  49:6,15,19,21
  50:1,8 51:21
  51:25 52:12
  52:16,24
  53:3,9,19,25
  54:4,7,10,19
  54:21 55:2
  56:1,12
  57:18 58:8
  58:21 59:6
  59:23 60:24
  61:3 62:4,18
  62:23,25
  63:17,19
  64:19 65:2,7
  65:10,19,22
  66:18,25
  67:8,9,13,19
  67:21 68:8
  68:17,20,20
**Olympus** 15:24
**once** 27:9 29:5
  30:9
**one's** 7:16
**ones** 7:19,23
  15:25 21:5
  31:15 54:9
  55:12 59:7
  59:16 62:16
  67:15,17
**online** 31:14
**opaque** 32:4,13
  35:12 61:8,9
**open** 29:22
  32:2
**opinion** 38:19
  45:12 66:2
**opinions** 24:16
  27:6
**opposed** 5:17
  11:1 58:19
  60:4
**optical** 32:19
  58:9 59:2
  68:10
**ordered** 72:13
**organism** 36:9
  37:15
**organisms**
  21:21 37:1
  54:16
**organization**
  21:24 22:21
**organizations**
  21:3 28:23
  28:24
**origin** 27:4
**original** 20:10
  61:9 72:12
**outcome** 72:17
**outside** 32:19

65:10
**overall** 13:9
**owner** 9:19

**P**

**P&K** 7:15 40:21
**p.m** 4:4,6
  64:23,24,24
  65:1 69:3,5
**package** 15:3
**Page** 3:2,7,8,9
**Page/Ln** 70:2
**pages** 71:1
**paint** 59:8,9
**PALANDECH**
  2:10
**part** 16:12 41:3
  55:4 61:18
**participate**
  21:5,22
  50:15
**particle** 31:7
  31:25 32:2
  33:17 40:7
  40:25 41:11
  41:15 42:1
  47:12 52:24
  54:23,24
  55:1 59:13
  59:25 62:5
**particles** 17:25
  18:6 20:22
  27:3 30:5,6
  31:11,13,16
  31:17,20,24
  32:9,13 33:8
  33:12,15
  34:2 35:19
  35:22 36:19
  36:20 37:21
  38:14,16
  39:9,22,24
  40:2,4 41:8
  41:23 42:2
  42:12,17
  46:2 47:18
  47:25 48:2
  48:10 49:3
  49:11,12,17
  49:18,22
  50:2,3,3,5,12
  52:1,2 54:17
  55:7,23,24
  56:6 58:15
  58:16,22,24
  59:6,8,9,13
  59:23 60:2
  60:13,20
  61:16,20
  66:19,21
  67:2
**particular** 10:8
  32:24 37:2

Videotape Deposition of Neil G. Carlson - 2/28/2020
Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America

Page 78

particularly
  56:6,19
particulate
  10:22 17:13
parties 31:19
  72:13,17,17
party 72:13
Paul 6:20
PC 2:10
PCG 11:21,23
  12:22,24
  13:18
penicillium
  36:9,13
people 11:8
  40:19 57:24
  66:9
percent 11:7
  12:12,15,16
  13:9,22 41:7
  54:12 57:3
percentage
  10:25 12:6
  13:14 49:23
  56:24 57:6
performed
  22:10
person 37:14
  39:19
personal 11:16
  12:7 13:3,7
personally
  25:6 28:23
  45:19
persons 72:18
pertinent 8:14
phase 66:23
phone 2:5,12
  10:9 15:1,5
photo 10:8
  48:5,7
photographs
  18:20,21
  62:9,10,12,15
  62:19 63:3,7
  63:9,16
  64:14,15
photos 18:22
  22:16,17,18
pi 34:17
pick 32:16,16
  32:18
pictures 64:8
piece 10:8
  16:25 30:25
  56:22 59:20
pieces 6:22
place 29:19,24
  30:1,2 40:12
placed 25:9
  67:25 68:4,5
  68:6
plainer 32:1

61:8
plaintiff 1:4
  2:7 4:19
plan 23:3,8
plastic 29:9
PLC 2:3
please 4:15
plus 35:10 46:2
  50:13,16
  51:17 52:1
point 7:21 8:17
  11:11 25:14
  41:14
polarized 68:8
  68:10
PONZI 2:10
poor 46:22
  63:18
portions 7:1
position 5:24
  6:13
positions 30:22
possibilities
  52:17
possible 27:4
post 23:5
potential 51:25
precise 9:10
prepare 18:25
presence 52:1
present 2:17
  4:15 31:16
  40:4 67:17
presented
  29:18
President 6:3
presumption
  59:5
presumptive
  32:17 59:1
  62:5
pretty 62:8
previously
  28:19 68:7
primarily 11:10
  11:12 13:1,7
  15:2,21 23:7
  31:6,8 37:2
  38:4 41:5
  54:15
primary 10:19
  37:3 41:23
prior 3:11
  13:13
probably 11:6
  7:19 9:13
  11:4,7 12:14
  14:8,22 19:8
  19:16 24:10
  26:15 27:13
  35:11 40:23
  41:12 49:12
  62:16

problem 11:19
  37:18 56:16
problems
  35:14
proceed 4:22
process 21:19
  29:6 61:19
  61:19
produce 60:14
produced 31:7
  31:8,10 36:8
  61:18
product 61:7
  62:2
production
  60:19 61:23
professional
  45:12
program 24:6
progressed
  13:15
project 23:14
proper 23:11
properties
  25:23,24
  26:13 58:9
  59:2
property 9:6
proportion
  37:20 46:6
  46:10,16
  51:22
protocol 23:20
  45:16
provide 19:4
  20:16 21:3
public 6:2
  71:11 72:7
  72:23
publication
  41:14
publications
  7:10
purchased
  30:18
purpose 8:19
  9:16 57:21
purposes 6:11
put 7:9 18:22
  54:2 68:7
puts 56:9
putting 18:23

            Q
qualified 46:8
  46:9,14,17
  47:1 52:6
quality 6:21
  10:19,21
question 5:13
  5:21 7:25
  20:10 24:18
  27:8 28:10

28:22 29:16
  40:13,24
  46:8,10,15,18
  46:22 51:11
  51:15
  63:18 66:19
questions
  68:21,24
quite 45:24

            R
radius 34:19,19
range 9:11
  11:3 14:7,13
  20:20 34:12
  38:7 49:12
  56:5 60:7
rate 72:14
ratio 61:12
read 68:24
  71:1
reading 27:1
  72:15
really 34:21
  35:14 55:12
  56:8 57:2,5,5
  59:20
reason 36:7
  70:2
reasonable
  34:25
reasons 51:25
recall 13:20,23
  14:2,6 16:3
  22:12 24:11
  25:13 26:4,6
  26:12,15
  27:7 29:9
  40:11,16,17
  48:4 59:16
receive 27:9,14
  45:9
received 23:23
  24:10 25:14
  31:18
recollection
  26:23 27:5
recommenda...
  65:15,19
record 4:6 10:3
  35:4 64:23
  65:1 69:3
recovery 38:22
red 16:22
  57:16
reddish 54:20
refer 9:24 10:9
  19:9 35:9
  36:21
reference 36:4
  36:6 58:18
references
  31:14

referred 28:18
  36:11
referring 29:15
  53:6 68:13
reflected 68:12
reflective
  68:15,16
refraction
  59:19
regulations
  65:12,14
related 7:2
  12:5,5 26:1
  72:10
relative 20:21
  39:21
released 61:23
relevant 7:13
  7:17,20,22
  62:17
reliable 38:20
relying 39:8
remediating
  65:15
remediation
  6:24 66:11
remember
  13:21 40:16
remodeling
  23:13
rephrase 5:22
report 3:8,9
  18:17,21,22
  18:23,25
  19:9,20 20:4
  20:7 24:22
  27:2,6 28:2
  29:19 33:20
  47:8 49:6
  53:5 63:10
  63:12,25
  64:10 65:22
reported 72:4
reporter 4:21
  5:18
reporter's 4:12
Reporting 4:2
  4:14
reports 9:8
  19:14 23:17
  26:7,8,11
  39:18 40:18
  63:6,16,20
  65:20 66:1
represent 5:5
  12:11,12
  52:15
representative
  56:21
representing
  6:4
require 51:20
  51:24

required 60:18
residence
  15:14 25:8
residual 48:14
residue 8:21,23
  21:12 46:7
  48:22
respect 6:6,19
  7:23 8:1
  10:22 11:24
  12:3 19:20
  20:4,8 22:25
  23:1,15 24:5
  25:15 26:9
  28:10,12,17
  28:19 29:10
  30:6,8 31:2,5
  33:3,6 38:5
  46:16 47:9
  49:23 56:22
  60:18 67:20
respond 27:8
restate 51:10
resulting 30:25
results 19:4,5
  20:18 61:8
retained 25:3
retardant 65:4
  65:8
review 23:3,9
  23:11 26:8
reviewed 7:14
  26:1,7 65:3
right 5:9 7:7
  14:14 15:17
  15:20 17:17
  20:3,10 21:9
  21:25 24:25
  27:7,9,18
  29:14 32:22
  33:21 34:11
  36:15 38:12
  38:14 42:19
  42:25 43:17
  43:18 44:15
  45:6 46:2
  48:2,18,18
  50:23 51:5
  51:17 53:4
  57:20 60:10
  62:4 63:25
  64:4,7,21
  65:15 67:8
  69:1
Road 2:3
Rocky 1:3 3:8
  4:8 5:5 20:8
  25:16,19
  26:9 47:5,9
  51:2,5,13
  53:4 66:1
role 23:6 45:6
roofing 23:13

**Videotape Deposition of Neil G. Carlson - 2/28/2020**
**Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America**

Page 79

**room** 27:22,23
33:22 36:15
37:19 41:13
41:21 45:21
47:23
**rough** 11:3
34:7 39:25
60:4 61:18
**roughly** 12:15
34:20
**RPR** 1:25 72:4
72:23
**RUDOLPH** 2:10
**rules** 5:11
**run** 17:12
**runs** 13:2
**rush** 18:12,13
18:14

**S**

**Safety** 6:1
**sample** 14:25
16:24 17:25
18:1,1,12,12
27:10,14
29:10,20
30:24 31:12
33:22 35:10
36:16 37:19
38:7,22,23
39:4,5,20
41:6,7,20
43:6,8,12,22
43:24 44:2,7
44:13,17,21
45:25 47:22
48:22 49:7,7
49:9 50:9,9
50:15,18,19
50:21 51:1,1
51:13,14,18
51:18,22,23
56:19,25
66:10 68:4
**samples** 11:24
15:6 16:18
19:20 23:21
25:4,11,15
28:17 29:6,8
29:10 32:24
33:1,2,4 35:6
35:7 38:18
38:18,19,20
38:23 39:1,3
41:6 44:10
45:7,9,12,15
45:17,20
48:9 50:8,10
56:7 57:15
57:22 58:5
62:13 63:9
63:15,20
64:3,5,7,7,11

**seminar** 24:7
40:21
**seminars** 7:10
**send** 25:3,3,5
**sending** 11:24
39:19
**sends** 14:24
**sense** 42:17
**sent** 13:19 25:9
**separate** 18:10
54:16
**September**
10:23
**Service** 30:21
**session** 6:22
20:20
**set** 15:14,17
23:10 27:23
45:13
**sets** 26:8
**setting** 16:9
**settled** 39:7
**seven** 63:5
**shadows** 57:11
**sharp** 32:4
61:13
**Sharps** 27:24
30:10
**sheet** 70:1 71:3
**sheetlike** 61:11
**sheets** 32:6,7
**shifted** 13:12
13:14
**ship** 25:8
**show** 7:4
**shown** 51:12
51:14
**shows** 31:12
**side** 27:24,25
29:24
**sign** 27:12,14
27:15 68:25
**Signature** 71:7
**significant**
23:19 37:12
41:1 44:2
**signing** 72:15
**similar** 11:23
11:23 31:17
36:8 40:19
40:22 46:10
58:24,25
59:12,15,18
60:15
**sir** 5:8,14,16,20
5:23 6:9,15
7:3,6 9:21,24
10:4,7 11:12
12:19,21
17:20 19:9
20:2,5,9,12
20:15 22:22
25:1,13,21,24

26:19 36:14
68:22
**sit** 26:22 37:7
40:14
**six** 63:5 64:9
**size** 32:10 34:5
34:6,6,8
35:18 60:7,8
**sized** 61:16
**skin** 48:14
**skip** 45:1
**slide** 29:7,23
29:25 57:25
67:24,25
68:4,5
**slides** 16:21
**slight** 54:20
**slightly** 7:25
33:3 41:6
59:8,19
**small** 32:11
33:11 56:18
**smaller** 50:6
60:1
**Smith** 2:18
4:13
**smoke** 7:15
42:18 66:9
**snapshot** 66:13
**sole** 9:19
**solid** 66:23
**solid-phase**
66:21
**somebody**
11:19
**somewhat**
31:17 59:12
59:18 67:10
**soot** 7:15 8:23
9:16 10:23
11:13,13
12:6 13:14
13:16 14:5
14:16 18:11
27:2 28:11
28:13 30:13
31:5,7,9,11
31:13,15,19
31:23 32:9
33:7 37:3,21
38:1,2 41:24
43:12,15,17
43:18,19,20
43:25 44:5,8
44:11,15,19
44:22 45:4
46:4,6,11,17
46:19,24
48:11 49:1
50:4,12,16
51:5,6,12,14
51:18,18,22
52:1,2,13

54:17 55:9
58:24 59:1,2
59:6,15 60:2
60:5,20 61:4
61:15,16
66:16 67:1
67:20
**soot-like** 20:22
30:5 40:7
42:1 47:12
49:3 52:24
58:15,21,21
59:12,24
**sorry** 6:10 10:4
42:7 47:3
62:21
**sort** 12:8 30:7
32:4 41:15
55:25
**sounds** 14:15
64:1
**source** 8:24 9:9
9:9 37:15
39:16
**South** 4:3
**southwest**
27:19
**space** 37:16
**speaks** 64:2
**specialist** 6:2
**specific** 7:23
8:3,16,22
18:5 21:7,11
21:14,23
26:23 28:25
31:15 37:4,9
60:21 65:19
68:16
**specifically**
8:14 29:9
57:21 65:14
66:24
**specify** 9:8
**spectrum**
61:24
**speculate**
51:20,24
**sphere** 60:3,6
**spheres** 59:11
59:11
**spherical** 32:10
**spheroidal**
60:3 61:16
**split** 27:21
**spore** 10:17,21
21:16
**spores** 11:2
12:5 21:15
36:5,6,7 37:2
37:5,8,8,20
37:25 38:8
**spot** 28:2 37:14
57:12

**spots** 32:3
35:12
**spray** 59:9
**square** 34:15
36:1 45:18
**St** 6:20
**stage** 30:3
**stain** 54:12,15
**stand** 12:22
**standard** 5:11
41:15 45:16
**start** 28:12
55:10
**started** 10:23
10:24 13:12
14:21
**State** 72:1,8
**stated** 20:23
**States** 1:1 4:10
**stating** 20:24
**stays** 54:8
**stenographic**
72:10
**Stephen** 2:18
4:13
**stop** 35:1,4
**straight** 19:1,2
**Street** 2:10 4:3
19:21
**strictly** 60:16
**strike** 35:3
63:13,18
**structure** 11:23
**structures**
61:17 67:12
**stuck** 54:10
**students** 6:18
**stuff** 23:3
**styles** 30:19
31:1,2
**submicron**
61:16
**subrogations**
40:22
**substance**
12:10 61:4
**substances**
49:24
**substantial**
72:18
**Suffice** 25:14
48:21
**suggesting**
37:14
**suggestion**
27:3
**Suite** 2:4,11
4:3
**sure** 9:12 10:1
11:10 12:23
14:6,11
16:15,17
19:15,24,25

**seeing** 26:4
31:3,3 48:10
57:13 67:15
**seen** 12:24
39:17 57:23

64:15 65:2,5
65:23,23
66:3,13
**sampling** 23:20
52:11,14
**saw** 18:18 65:9
**saying** 15:5
22:3,4 39:20
59:1
**says** 33:25
47:23 49:22
53:10 54:12
58:14,21
62:4
**scale** 39:21
**scan** 55:6,18
56:17
**Sciences** 12:18
12:19 13:10
14:4
**scope** 16:2
45:13
**Scotch** 16:22
57:16 58:1,7
**Scott** 2:3,6
4:19,19
16:13 46:21
47:2 51:9
52:5 63:12
64:21 67:4,7
68:24
**SEAL** 72:20
**second** 11:20
26:3
**section** 33:10
40:7 53:7
**see** 7:12 8:4,22
10:2 14:7
15:9 16:23
20:2 24:17
29:12 33:18
33:23,25
34:17 36:22
36:25 37:23
39:12 40:1,2
40:3,8 45:21
45:22 46:7
46:11,19,23
48:4,5 49:13
49:21 50:5
52:25 53:24
55:11,13,14
56:5,5,10
57:9,10
58:13,16
59:14 63:4
63:11 65:7
66:8 67:16

**Videotape Deposition of Neil G. Carlson - 2/28/2020**
**Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America**

Page 80

22:3,15
24:20 26:3
29:8,13
35:15 38:6
48:6 50:22
54:15 59:4
60:22 67:9
68:3,4,13
**surface** 38:20
38:22 39:4,5
57:21 58:3,3
**suspension**
66:8
**swear** 4:21
**switch** 58:1,3
**sworn** 4:25
72:6
**system** 23:9
**systems** 23:12

**T**

**table** 40:6,10
40:15 47:13
54:23
**tables** 53:3
**take** 11:19 19:8
23:14 27:11
29:10,21
30:3 34:17
35:5 45:15
49:7 62:15
63:25 64:18
66:11
**taken** 1:25 4:1
10:8 22:17
23:24 39:1
45:7,17
50:19 62:12
64:24 65:23
**takes** 18:21
**talk** 24:22 53:8
**talked** 28:18
30:17
**talking** 12:17
16:16 49:11
**tape** 16:22
18:1 27:24
33:2 35:6,10
36:10 41:5,7
45:20,22
48:22 49:24
50:8 52:14
56:7,13,19,25
57:4,6,14,17
57:17 58:4,5
58:11,12
65:23 68:1,4
68:6
**tapes** 57:20
**tartan** 16:22
57:17
**taught** 7:1
**teach** 6:16,18

6:21,23
**teaching** 6:14
6:15,17
**tease** 18:1
27:24 35:10
41:5,7 52:14
56:7 68:1,4
**technique** 36:9
68:14,15,16
68:17
**telephonically**
2:7
**tell** 12:6 22:16
38:7 49:16
51:21 56:24
57:11 72:6
**temp** 60:17
**temperature**
31:8 52:11
60:18
**tend** 32:10
38:23 60:16
**tendency** 72:18
**tends** 39:4
**Tennessee** 1:1
2:4 4:11
**term** 66:17,23
**terms** 13:8
30:12 32:25
34:14 35:18
39:14 61:24
65:15
**terribly** 57:8
**test** 17:12
**testified** 52:6
56:12,12
**testifies** 5:1
**testimony** 22:5
**thank** 4:20
5:23 10:4,7
53:20,21
54:4 68:21
**thereof** 72:8
**they'd** 7:19
**thin** 32:6,8
61:12
**thing** 19:7
27:11 51:5
51:12
**think** 6:11,12
7:13,16,19,23
13:6,6 16:25
20:12,19
21:5 26:3,15
26:16 27:13
34:11 35:9
40:12,20
41:3,12 52:5
54:11 56:12
62:8 66:5,22
**third** 31:18
**third-party**
31:21

**thorough** 59:3
**thought** 53:13
65:7
**thousands**
49:18
**three** 54:21
59:23 62:10
62:15 63:4
64:15 67:12
**time** 4:6 5:15
18:22 19:16
30:20 59:21
63:25 64:23
65:1 66:3,7
66:12,14
68:21 69:3
**times** 5:9 9:15
14:3,16
32:22 34:17
56:25 57:3
**tint** 54:20
**tiny** 60:5
**titled** 39:11
**today** 26:22
37:7 40:14
**told** 57:19
**Tom** 12:20
30:15 40:12
**top** 29:25 30:2
41:17 54:1,5
54:8 59:16
**topics** 7:2
**total** 42:12
47:18 63:6,7
63:20 64:4
**touched** 62:8
**toxicologist**
24:12,15
**toxicology** 24:3
24:4,6
**trace** 30:8 33:6
33:16 38:13
39:12 41:20
42:4,9 47:15
47:23 49:9
49:15 56:23
65:7
**traces** 53:10
65:4
**trained** 17:15
**training** 8:13
23:22,23
24:3,4 30:12
31:18,22
**transcribe** 5:19
**transcribed**
72:11
**transcript** 71:1
72:10,10
**Travelers** 1:6
4:8,18 5:5,6
**trigger** 24:19
**triggers** 27:8

**true** 19:19 20:7
47:8 72:10
**truth** 72:6,6
**try** 37:16
**trying** 13:6
20:12 48:25
52:14 55:9
59:21
**Tweezers**
16:25
**two** 6:22 11:10
15:13 16:18
36:10 55:14
63:4,6,11,20
**type** 17:14
23:2,10
29:14 32:3
33:8,12 41:8
47:19 55:19
**types** 11:8 18:6
47:25 48:2
48:21 49:1
59:23 60:21
**typical** 36:24
45:9 46:6,10
**typically** 6:22
16:8,9 29:8
31:25 32:9
33:4,5 36:20
37:16 41:5
48:10 50:2
55:6,16 56:3
59:7,10,11
60:1,2,6 61:7
61:8,19,22

**U**

**uh-huh** 5:17
**uh-uh** 5:18
**unable** 36:10
36:12
**undergraduate**
8:19
**understand**
5:21 16:14
52:21 61:3
**understanding**
36:3
**understood**
22:5 50:8
**uneven** 32:14
**uniform** 56:18
**unit** 38:1
**United** 1:1 4:10
**units** 37:25
**university** 5:25
6:6,13 8:7,12
15:19 21:23
22:6,18 23:8
24:5 25:7
**UPS** 25:9
**use** 15:18 16:1

16:5,8,17,21
16:21,21,22
16:23 22:1,6
22:7 35:19
46:11 54:15
57:19,25
58:6,7 68:8
68:12,19
**uses** 57:14
**usually** 36:23
64:2

**V**

**v** 1:5 4:8
**variability** 39:3
56:10
**variable** 38:23
39:4 45:11
**variables** 38:25
**varies** 12:11,14
12:15 57:2
**variety** 11:17
31:2
**ventilation**
23:9
**versus** 5:5
**viable** 10:21
**video** 31:11
**videographer**
2:18 4:5,13
4:20 64:20
64:22,25
69:2
**Videotape** 1:17
4:1 72:4
**videotaped** 4:7
**view** 54:24
**viewed** 53:11
54:21
**viewing** 35:23
56:25
**virtue** 72:8
**visual** 17:5,24
**visually** 30:4
30:13 31:19
58:25

**W**

**wait** 5:11,12
**waived** 72:15
**wall** 36:15
37:20
**want** 14:19,25
17:9 26:3
44:25 53:8
55:5,11 59:3
67:8
**water** 23:2
35:5
**Waters** 1:3 3:8
4:8 5:5 20:8
25:16,19
26:9 47:5,9

51:2,5,13
53:4 66:1
**way** 6:5 15:7
25:25 33:16
40:19 41:4
61:1,6
**ways** 15:2 25:5
25:8 30:17
**we're** 2:3
29:15 67:13
**we've** 7:4
13:15 29:14
49:15 56:16
62:8 64:4,17
**webinar** 7:14
**welcome** 68:22
**went** 53:13
**wide** 11:17
57:5,6
**width** 32:7
61:13
**wildfire** 7:2,3
7:22,24 8:2,3
8:14,15,16,20
8:23 9:6,10
46:7,20,25
65:12
**witness** 4:21
4:24 52:8
64:19 67:5,8
68:22 69:1
72:5,20
**wondering**
60:12
**wood** 30:19,20
30:23,25
31:1,7 45:21
46:12 52:2,3
**words** 33:15
39:23 41:4
55:21 66:21
**work** 6:3,7
10:19,25
11:21 12:3,7
13:1,2,8,9
15:21 24:8
45:10
**wouldn't** 8:22
9:7,24 50:4
**write** 29:17
**write-up** 28:1

**X**

**X** 3:1
**xerogel** 67:1

**Y**

**yeah** 12:3,9
18:14,16
19:10 20:1
20:16 22:5
25:17 29:3
35:2,21,24,24

**Videotape Deposition of Neil G. Carlson - 2/28/2020**
**Rocky Waters Mountain Inn, LLC v. The Travelers Indemnity Company of America**

Page 81

38:2 42:22
43:1,1,3,5,16
43:19 50:25
51:10 52:8
52:18,20
53:2,25
55:18 57:19
62:7,11,14
67:15,22,25
**year** 11:1
12:14
**years** 10:13
**yep** 41:22
42:24 43:7
43:11,14,14
43:16 63:5
**York** 24:8
**YouTube** 31:11

**Z**

**Ziploc** 29:9
**zoom** 35:11
55:5,8,10,14
55:16,24
56:2,3

**0**

**1**

**1** 3:7 7:4 17:18
17:21,23
18:3,8 21:2,8
29:20 33:25
34:2 35:19
35:22 36:1
37:19,24,25
41:11,20,24
41:24 42:16
42:19,20
43:12 50:9
50:12 51:1
51:13,18,23
58:19 71:1
**1,000** 37:24,25
37:25 38:5
**10** 5:10 10:12
13:22 38:7
38:10 39:24
42:2 43:24
49:21 50:15
53:15 54:1,8
57:2
**100** 9:14,18
34:20 54:24
**100x** 53:11
54:22 55:2,7
55:21
**105** 47:23
**10x** 15:25 16:4
53:15,15
**11** 63:7
**12** 44:2 50:9,15
**12:55** 4:4,6

**13** 3:8,9 44:7
**14** 44:10
**1400** 2:11
**150** 14:22
18:25 34:12
**16** 44:10
**17** 44:13
**19** 3:8 44:17,25
45:1,3

**2**

**2** 3:8 10:23
19:14,19
20:3 24:17
24:25 33:20
33:25 34:2
35:19,22
36:3,16
39:11 42:2
45:21 49:7,9
50:19,22,24
51:1,14,19,23
63:2 64:4
**2:25** 64:23,24
**2:33** 64:24
65:1
**2:40** 69:3,5
**20** 3:9 5:10
9:13 44:21
50:12,15
56:10 60:7
63:20 64:5,7
**200** 9:18 14:8
34:12 54:24
**2000** 13:13
**200x** 53:11
54:22 55:7
**2011** 10:24
**2018** 3:8,9
65:25
**2020** 1:25 4:2
72:5,20
**20X** 16:4
**222** 2:10
**25** 12:12 33:5
33:13,15
**28** 1:25
**28th** 4:2 72:5

**3**

**3** 3:9 19:14
20:6 24:17
47:4,8 49:6
53:5 60:7
62:9 64:10
**3:19-CV-6** 1:5
4:9
**30** 50:12 56:11
60:8
**30-liter** 38:18
**312.863.5000**
2:12
**35** 18:10

**38305** 2:4
**3M** 16:22 57:16
**3rd** 65:24
72:20

**4**

**4** 17:18,21
20:24 26:12
26:21,25
42:25 43:1
43:15 47:22
49:8,15,21
58:19 59:4
**40** 12:15,15
13:9 57:3
**400** 54:25 55:1
56:25
**400x** 33:5 34:7
52:25 53:11
54:22
**407** 36:15
37:19 41:21
45:21
**40X** 15:25 16:4
**412** 33:22
**450** 4:3,3
**4th** 65:24,24,25
**4X** 15:25 16:4

**5**

**5** 3:2 18:21
49:12 57:2
**50** 11:7 12:16
14:22 18:12
35:10 41:7
46:2 50:13
50:16 51:17
52:1 57:3
**54** 2:3
**5th** 65:25

**6**

**6** 43:6,17
**60** 32:22 53:16
53:24 54:1
**600** 14:9 53:14
54:2 57:16
58:1,7
**60601** 2:11
**60x** 15:25 16:4
16:7 53:13
53:14
**69** 71:2

**7**

**7** 3:7
**731.664.1340**
2:5
**75** 11:7 38:11

**8**

**8** 49:21

**85** 54:12

**9**

**9** 33:22 35:19
43:8,20,22
**96** 10:15