IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

**ROCKY WATERS MOTOR INN, LLC,**

    Plaintiff,

v.                                                No: 3:19-cv-00006
                                                  JURY DEMANDED

**THE TRAVELERS INDEMNITY**
**COMPANY OF AMERICA,**               Chief District Judge Corker
                                                  Magistrate Judge Guyton

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME Plaintiff, Rocky Waters Motor Inn LLC, and Defendant, The Travelers Indemnity Company of America, by and through their attorneys, and stipulate that, having settled the matter to the mutual satisfaction of both parties, this matter shall be dismissed with prejudice with each party to bear its own costs.

                                          */s/ Brian E. Devilling*
                                          Matthew S. Ponzi
                                          Brian E. Devilling
                                          FORAN GLENNON PALANDECH PONZI
                                          & RUDLOFF PC
                                          222 North LaSalle Street, 14th Floor
                                          Chicago, Illinois 60601
                                          mponzi@fgppr.com
                                          bdevilling@fgppr.com
                                          Attorneys for Defendant

                                          */s/ Douglas R. Bergeron*
                                          Douglas R. Bergeron
                                          Clint J. Woodfin
                                          SPICER RUDSTROM, PLLC
                                          800 South Gay Street, Suite 1400
                                          Knoxville TN 37929
                                          dbergeron@spicerfirm.com
                                          cwoodfin@spicerfirm.com
                                          Attorneys for Defendant

/s/ Clinton H. Scott
Clinton H. Scott
Gilbert McWherter Scott & Bobbitt PLC
54 Exeter Road, Suite D
Jackson, TN 38305
cscott@gilbertfirm.com
Attorney for Plaintiff

/s/ J. Brandon McWherter
J. Brandon McWherter
Jonathan L. Bobbitt
Gilbert McWherter Scott & Bobbitt PLC
341 Cool Springs Blvd., Suite 230
Franklin, TN 37067
bmcwherter@gilbertfirm.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the appended document was filed electronically with the above-captioned court on April 15, 2020, with notice of case activity to be generated and sent electronically by the Clerk of said court to all attorneys of record.

/s/ Brian E. Devilling

2

Case 3:19-cv-00006-DCLC-HBG    Document 64    Filed 04/15/20    Page 2 of 2    PageID #: 4197